# EXHIBIT 6

**US 7,804,785 B2 v. NVIDIA**

**Claim Chart (Claims 1, 2, 8, and 11)**

## A. Accused Instrumentalities

The Accused Instrumentalities are the NVIDIA BlueField Data Processing Unit ("DPU") and NVIDIA ConnectX SmartNIC / SuperNIC platform, including the BlueField and ConnectX hardware, the NVIDIA DOCA software, and the software that configures and operates them. The Accused Instrumentalities include, without limitation: (i) every generation and form factor of the NVIDIA BlueField DPU, including BlueField-2, BlueField-3, BlueField-4, and their successors, variants, and derivative modules and boards; (ii) the NVIDIA ConnectX network controllers integrated into or operable with those DPUs, including ConnectX-6 Dx, ConnectX-7, ConnectX-8, and later devices, together with NVIDIA SuperNICs incorporating them; (iii) every mode of operation in which the platform performs packet processing, including DPU mode (also called ECPF or embedded mode), zero-trust mode, and NIC mode; and (iv) the NVIDIA DOCA software framework and its constituent libraries, runtime services, drivers, firmware, and reference applications, including DOCA Flow, DOCA Flow Connection Tracking, DOCA Flow gRPC, the DOCA Data Path Language, NVIDIA Accelerated Switching and Packet Processing (ASAP), the embedded switch (eSwitch) and its switchdev, software-managed, and device-managed flow-steering modes, and the NVIDIA OVS distributions in all three flavors — OVS-DOCA, OVS-DPDK, and OVS-Kernel.

Upon information and belief, NVIDIA directly infringes under 35 U.S.C. § 271(a) by making, using, offering to sell, selling within, and importing into the United States the Accused Instrumentalities. NVIDIA designs, manufactures, and supplies both the BlueField and ConnectX hardware and the DOCA software that configures and operates it, and the accused functionality arises from the combined operation of the two. NVIDIA's software assembles the accused packet-processing architecture. NVIDIA authors and distributes OVS-DOCA, which preserves the same interfaces as OVS-DPDK and OVS-Kernel while utilizing the DOCA Flow library, NVIDIA authors the DOCA Flow Connection Tracking module and its hardware connection table, and in DPU mode (which upon information and belief, is the default mode) the virtual switch control plane on the Arm cores is mandatory, because networking to the host is blocked until the virtual switch on the DPU is loaded. NVIDIA further uses the Accused Instrumentalities each time it operates, tests, validates, demonstrates, benchmarks, or supports them, including in its own testing and reference environments and in NVIDIA's own DPU-based data center, cloud, and AI-infrastructure deployments. Where NVIDIA operates its own DPU-based infrastructure, it practices every element of the asserted claims itself, including the hardware Fast Path, the Arm-core exception path, the connection-tracking state, and the flow-merging optimization.

To the extent any step or element of the accused operation is performed by a customer, cloud provider, or network operator rather than by NVIDIA, NVIDIA directs or controls that performance and conditions the receipt of a benefit on it. NVIDIA designs the platform so that, in the default DPU mode, host networking depends on NVIDIA's virtual switch running on the Arm cores, and NVIDIA's zero-trust mode removes the host administrator's control of the DPU altogether, so that the data center administrator should control the DPU entirely through the Arm cores and/or BMC connection instead of through the host. NVIDIA further prescribes the manner of operation through mandatory configuration steps, firmware settings, and driver parameters without which the platform will not function as advertised

**B. Exhibit List**

| Exhibit | Description |
| --- | --- |
| Ex. 1 | https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/documents/datasheet-nvidia-bluefield-2-dpu.pdf. |
| Ex. 2 | https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/documents/datasheet-nvidia-bluefield-3-dpu.pdf |
| Ex. 3 | https://networking-docs.nvidia.com/doca/archive/2-6-0/dpu-functional-diagram |
| Ex. 4 | https://networking-docs.nvidia.com/doca/archive/2-6-0/nvidia-doca-switching-support |
| Ex. 5 | https://developer.nvidia.com/networking/doca |
| Ex. 6 | https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-framework |
| Ex. 7 | https://networking-docs.nvidia.com/doca/archive/3-5-0/hardware-architecture |
| Ex. 8 | https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |
| Ex. 9 | https://networking-docs.nvidia.com/doca/archive/2-6-0/doca-flow |
| Ex. 10 | https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow-connection-tracking |
| Ex. 11 | https://www.youtube.com/watch?v=H7T-yS4FTqI |

| Exhibit | Description |
|---|---|
| Ex. 12 | https://docs.nvidia.com/doca/archive/doca-v2.2.0/flow-programming-guide/index.html#setting-pipe-forwarding |
| Ex. 13 | https://developer.nvidia.com/blog/harness-dpu-accelerated-packet-steering-logic-with-nvidia-doca-flow/ |
| Ex. 14 | https://docs.nvidia.com/doca/archive/doca-v2.2.1/pdf/flow-programming-guide.pdf |
| Ex. 15 | https://docs.nvidia.com/doca/archive/doca-v2.0.2/ovs-doca/index.html |
| Ex. 16 | https://networking-docs.nvidia.com/doca/archive/3-5-0/connection-tracking-example |
| Ex. 17 | https://networking-docs.nvidia.com/doca/archive/2-5-3/openvswitch-offload |
| Ex. 18 | https://docs.nvidia.com/doca/archive/doca-v2.2.0/modes-of-operation/index.html |

**Claim Chart — US 7,804,785 B2 (Claims 1, 2, 8, and 11)**

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| **1 pre.** | A network system, comprising: | The Accused Instrumentalities practice a network system. For instance, the NVIDIA BlueField DPU-2 and BlueField DPU-3, operating in DPU Mode under the NVIDIA DOCA software framework. In DPU Mode, 'the NIC resources and functionality are owned and controlled by the embedded Arm subsystem' and 'all network communication to the host flows through a virtual switch control plane hosted on the Arm cores that manages all networking traffic coming and going from the host.' BlueField DPU-2 combines 'the industry-leading NVIDIA ConnectX-6 Dx network adapter with an array of Arm cores,' while BlueField DPU-3 includes 'a powerful cluster of 16 ARM A78 v8.2 with fully coherent low-latency mesh interconnect' plus 'the latest generation NVIDIA ConnectX-7 SmartNIC with integrated networking and security hardware accelerators.' The DOCA framework provides the software abstraction layer, libraries, APIs, runtime services, and programming framework through which applications access networking, security, storage, telemetry, and data flow capabilities implemented in the underlying BlueField hardware.<br><br>DOCA provides data flow control features which include algorithms to monitor, manage and process data packets entering and leaving physical ports of the DPUs and ConnectX SuperNICs. NVIDIA describes DOCA Flow as a framework for building packet-processing pipelines in hardware and for developing network-function applications. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | NVIDIA BlueField DPUs, operating through the DOCA Flow framework, implement a packet-processing architecture composed of multiple interconnected DOCA Flow pipes. NVIDIA's documentation states that 'DOCA Flow is the most fundamental API for building generic packet processing pipes in hardware' and that 'pipes can be chained so that after a pipe-defined action is executed, the packet may proceed to another pipe.' NVIDIA further describes DOCA Flow as providing 'C library APIs for defining hardware-based packet processing pipelines, abstracting the hardware capabilities of BlueField DPUs and ConnectX SmartNICs.'<br><br>Accordingly, the functionality practiced by the accused BlueField DPU-2 and DPU-3 products is implemented through the combined operation of DOCA software and BlueField hardware resources, constituting a network system as recited. *See* Exs. 1, 2, 3, 4, 5, 6, 7, 8, 18. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br>DATASHEET<br>NVIDIA BLUEFIELD-2 DPU<br>Data Center Infrastructure on a Chip<br>The NVIDIA® BlueField®-2 data processing unit (DPU) is the world's first data center infrastructure-on-a-chip optimized for traditional enterprises' modern cloud workloads and high performance computing. It delivers a broad set of accelerated software-defined networking, storage, security, and management services with the ability to offload, accelerate and isolate data center infrastructure. With its 200Gb/s Ethernet or InfiniBand connectivity, the BlueField-2 DPU enables organizations to transform their IT infrastructures into state-of-the-art data centers that are accelerated, fully programmable, and armed with "zero trust" security to prevent data breaches and cyber attacks.<br>KEY FEATURES<br>Security<br>> Hardened isolation layer<br>> Hardware root of trust<br>> IPsec/TLS and AES-XTS encryption acceleration<br>> Connection tracking for stateful<br><br>Exhibit 1: https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/documents/datasheet-nvidia-bluefield-2-dpu.pdf. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | By combining the industry-leading NVIDIA ConnectX®-6 Dx network adapter with an array of Arm® cores and infrastructure-specific offloads, BlueField-2 offers purpose-built, hardware-acceleration engines with full software programmability. Sitting at the edge of every server, BlueField-2 empowers agile, secured and high-performance cloud and artificial intelligence (AI) workloads, all while reducing the total cost of ownership and increasing data center efficiency.<br><br>The NVIDIA DOCA™ software framework enables developers to rapidly create applications and services for the BlueField-2 DPU. NVIDIA DOCA makes it easy to leverage DPU hardware accelerators, providing breakthrough data center performance, efficiency and security.<br><br>Exhibit 1: https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/documents/datasheet-nvidia-bluefield-2-dpu.pdf.<br><br>The DOCA Framework provides a comprehensive software suite that includes drivers, libraries, tools, and low-level software for interacting with hardware devices and the default operating system installed with BlueField.<br><br>Rather than being a single installation package, the DOCA Framework is a collection of DOCA-related software components, distributed through two primary packages: DOCA-Host and BlueField-Bundle.<br><br>Exhibit 6: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-framework |

<table>
<tr><th>Claim / Element</th><th>Claim Language</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td></td><td>

BlueField's main hardware entities, which are optimized for different workloads.




Exhibit 7: https://networking-docs.nvidia.com/doca/archive/3-5-0/hardware-architecture

</td></tr>
</table>

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br><br>Exhibit 2: https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/documents/datasheet-nvidia-bluefield-3-dpu.pdf |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **NVIDIA DOCA Switching Support**<br><br>The NVIDIA® BlueField® DPU family delivers the flexibility to accelerate a range of applications while leveraging ConnectX-based network controllers hardware-based offloads with unmatched scalability, performance, and efficiency.<br><br>OVS configuration involves the definition and creation of representors, virtualization, optional bridge configuration, etc. The following subsections provide information and steps for setting up each of these software components.<br><br>Exhibit 4: https://networking-docs.nvidia.com/doca/archive/2-6-0/nvidia-doca-switching-support |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **DPU Functional Diagram**<br><br>The following is a functional diagram of the NVIDIA® BlueField® DPU.<br><br><br><br><br>Exhibit 3: https://networking-docs.nvidia.com/doca/archive/2-6-0/dpu-functional-diagram |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br>Exhibit 5: https://developer.nvidia.com/networking/doca |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | DOCA Flow is the most fundamental API for building generic packet processing pipes in hardware. The DOCA Flow library provides an API for building a set of pipes, where each pipe consists of match criteria, monitoring, and a set of actions. Pipes can be chained so that after a pipe-defined action is executed, the packet may proceed to another pipe.<br><br>Using DOCA Flow API, it is easy to develop hardware-accelerated applications that have a match on up to two layers of packets (tunneled).<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | **2. DPU Mode**<br><br>This mode, also known as ECPF or embedded mode, is the default mode for the BlueField DPU.<br><br>In DPU mode, the NIC resources and functionality are owned and controlled by the embedded Arm subsystem. All network communication to the host flows through a virtual switch control plane hosted on the Arm cores, and only then proceeds to the host. While working in this mode, the DPU is the trusted function managed by the data center and host administrator—to load network drivers, reset an interface, bring an interface up and down, update the firmware, and change the mode of operation on the DPU device.<br><br>A network function is still exposed to the host, but it has limited privileges. In particular:<br><br>1. The driver on the host side can only be loaded after the driver on the embedded side has loaded and completed NIC configuration.<br>2. All ICM (interface configuration memory) is allocated by the ECPF and resides in the embedded host memory.<br>3. The ECPF controls and configures the NIC embedded switch which means that traffic to and from the host interface always lands on the Arm side.<br><br>Exhibit 18: https://docs.nvidia.com/doca/archive/doca-v2.2.0/modes-of-operation/index.html |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br>When the server and DPU are initiated, the networking to the host is blocked until the virtual switch on the DPU is loaded. Once it is loaded, traffic to the host is allowed by default.<br><br>There are two ways to pass traffic to the host interface: Either using representors to forward traffic to the host (every packet to/from the host would be handled also by the network interface on the embedded Arm side), or push rules to the embedded switch which allows and offloads this traffic.<br><br>In DPU mode, OpenSM must be run from the DPU side (not the host side). Also, management tools (e.g., sminfo, ibdev2netdev, ibnetdiscover) can only be run from the DPU side (not from the host side).<br><br>Exhibit 18: https://docs.nvidia.com/doca/archive/doca-v2.2.0/modes-of-operation/index.html |
| **1 a** | a virtual graph that includes a plurality of service modules, a first service module modeled to represent a network element, | The Accused Instrumentalities practice a virtual graph that includes a plurality of service modules, a first service module modeled to represent a network element, the first service module to initiate one or more primitive operations to be performed on a packet in order to process the packet. NVIDIA BlueField DPUs, operating through the DOCA Flow framework, implement a packet-processing |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | the first service module to initiate one or more primitive operations to be performed on a packet in order to process the packet; | architecture composed of multiple interconnected DOCA Flow pipes. NVIDIA discloses that 'DOCA Flow is the most fundamental API for building generic packet processing pipes in hardware' and that 'each pipe consists of match criteria, monitoring, and a set of actions.' Pipes 'can be chained so that after a pipe-defined action is executed, the packet may proceed to another pipe for additional processing.' *See* Exs. 8, 11, 12.<br><br>The collection of interconnected DOCA Flow pipes forms a logical packet-processing topology ('virtual graph'). Each pipe operates as an independent processing stage modeled to represent a network element. NVIDIA's documentation confirms that DOCA Flow provides 'building blocks for implementing basic packet processing pipelines for popular networking use cases, as well as for more sophisticated ones such as Longest Prefix Matching (LPM), Internet Protocol Security (IPsec) encryption or decryption, and creation or modification of entries in the Access Control List (ACL).' Each of these use cases corresponds to a discrete network element, e.g., LPM implements router functionality, ACL implements firewall/filter functionality, and IPsec implements VPN functionality.<br><br>NVIDIA further discloses that pipes perform matching, monitoring, modification, forwarding, encapsulation, metadata operations, and other packet-processing functions ('primitive operations'). Because packets are forwarded between multiple pipes according to configured rules, the resulting architecture constitutes a graph of interconnected processing elements, each initiating one or more primitive operations on the packet. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Within the DOCA Flow architecture, each pipe contains match criteria and a set of actions that are executed when a packet satisfies the applicable matching conditions. NVIDIA identifies numerous packet-processing actions available within a pipe, including modifying MAC addresses, modifying IP addresses, modifying transport-layer ports, adding tunnels, stripping tunnels, setting metadata, forwarding packets, counting packets, and policing traffic. Each action performs a discrete primitive operation on the packet. NVIDIA's documentation further confirms that 'in many instances the complete PIPE is executed in the HW, including the forwarding of the packet back to the wire. The packet never arrives to the SW,' demonstrating that each pipe independently initiates and completes its primitive operations.<br><br>DOCA Flow is the most fundamental API for building generic packet processing pipes in hardware. The DOCA Flow library provides an API for building a set of pipes, where each pipe consists of match criteria, monitoring, and a set of actions. Pipes can be chained so that after a pipe-defined action is executed, the packet may proceed to another pipe.<br><br>Using DOCA Flow API, it is easy to develop hardware-accelerated applications that have a match on up to two layers of packets (tunneled).<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Architecture**<br><br>The following diagram shows how the DOCA Flow library defines a pipe template, receives a packet for processing, creates the pipe entry, and offloads the flow rule in NIC hardware.<br><br><br><br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Pipe Mode**<br><br>The pipe mode (set via `mode_args`) defines the fundamental traffic topology and default "miss" behavior for a DOCA port. When a port is initialized, this mode creates the initial miss rules.<br><br>This mode (`mode_args`) defines the basic traffic in DOCA. It creates some miss rules when a DOCA port initializes. Currently, DOCA supports 2 modes:<br><br>• `vnf`<br><br>A packet arriving from one of the device's ports is processed, and can be sent to another port. By default, missed packets go to RSS.<br><br>The following diagram shows the basic traffic flow in `vnf` mode. Packet1 firstly misses and is forwarded to host RSS. The app captures this packet and decides how to process it and then creates a pipe entry. Packet2 will hit this pipe entry and do the action, for example, for VXLAN, will do decap, modify, and encap, then is sent out from P1.<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | • `switch`<br><br>Used for internal switching, only representor ports are allowed, for example, uplink representors and SF/VF representors. Packet is forwarded from one port to another. If a packet arrives from an uplink and does not hit the rules defined by the user's pipe, then the packet is received on all RSS queues of the representor of the uplink.<br><br>The following diagram shows the basic flow of traffic in `switch` mode. Packet1 firstly misses to host RSS queues. The app captures this packet and decides to which representor the packet goes, and then sets the rule. Packets hit this rule and go to representor0.<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | The execution pipe can include packet modification actions such as the following:<br><br>• Modify MAC address<br>• Modify IP address<br>• Modify L4 (ports)<br>• Strip tunnel<br>• Add tunnel<br>• Set metadata<br>• SRv6 actions<br>    ◦ Insert SRv6 Segment Routing Header (SRH)<br>    ◦ Decrement SRv6 segments left<br>    ◦ Copy active SID to IPv6 destination based on segments left field<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Pipe Matching or Action Applying**<br><br>DOCA Flow allows defining criteria for matching on a packet or for taking actions on a matched packet by modifying it. The information defining these criteria is provided through the following pointers:<br><br>• Match or action pointer – given at pipe or entry creation<br>• Mask pointer – optionally given at pipe creation<br><br>Defining criteria for matching or actions on a packet can be done at the pipe level, where it applies to all packets of a pipe, or specified on a per entry basis, where each entry defines the operation on either the match, actions, or both.<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | |

### Scratch Area Usage by Pipe Type

The following table shows which scratch area bytes (metadata fields) are used internally by different DOCA Flow pipe types.

If the application writes to any of these fields before or after they are used internally by a pipe, the values may be overwritten.

| Pipe Type/Action | Elements Used in Scratch |
|---|---|
| Hash Pipe | u32[3] bits [31:16] |
| LPM Pipe | u32[0] |
| LPM Exact Match Pipe | u32[0] , u32[1] |
| ACL | u32[0] – u32[3] |
| IPsec Anti-Replay | u32[0] bits [7:0], u32[1] |
| METER COLOR | u32[1] bits [7:0] |
| NAT64 | u32[0] – u32[2] |

Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Concurrency and Queue Affinity**<br>DOCA Flow is designed to support millions of new entries per second. To achieve this, its architecture requires that entry-addition operations be parallelized.<br>This is managed by assigning a dedicated `pipe_queue` ID to each CPU core that will be adding entries. Having a unique queue ID per core prevents the need for data-structure locking and enables efficient, parallel interaction with the hardware.<br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | DOCA Flow is designed to support concurrency in an efficient way. Since the expected rate is going to be in millions of new entries per second, it is mandatory to use a similar architecture as the data path. Having a unique queue ID per core saves the DOCA engine from having to lock the data structure and enables the usage of multiple queues when interacting with hardware.   Exhibit 12: https://docs.nvidia.com/doca/archive/doca-v2.2.0/flow-programming-guide/index.html#setting-pipe-forwarding |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | <br>Exhibit 11: https://www.youtube.com/watch?v=H7T-yS4FTqI (at 49:18) |
| **1 b** | a first packet processing path limited in its decision making capacity by the amount of primitive | The Accused Instrumentalities practice a first packet processing path limited in its decision making capacity by the amount of primitive operations in an instruction set. NVIDIA DOCA Flow discloses that packets matching specific flow entries are processed entirely in hardware. The hardware pipeline performs a predefined, finite set of packet-processing operations represented by match, monitor, |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | operations in an instruction set; | modify, and forwarding actions. NVIDIA's documentation states that 'DOCA Flow is the most fundamental API for building generic packet processing pipes in hardware' and that each pipe supports a defined set of hardware-accelerated operations. *See* Exs. 8 and 9.<br><br>NVIDIA expressly describes a "Fast Path (Full Hardware Forwarding, No Software Involvement)" architecture in which packets are processed entirely within the networking hardware without intervention from software executing on Arm cores or the host CPU. Under this architecture, packets traverse a sequence of hardware forwarding stages and are processed exclusively through configured DOCA Flow pipes and hardware flow rules.<br><br>This Fast Path is limited to the packet-processing operations supported by the DOCA Flow hardware execution engine. NVIDIA describes DOCA Flow pipes as supporting a defined set of operations: packet matching, packet modification, metadata manipulation, monitoring, encapsulation, and forwarding. This finite set of hardware-supported operations constitutes the 'instruction set' that limits the Fast Path's decision-making capacity. Packets processed on the Fast Path can only be handled through these predefined hardware-supported primitives and cannot invoke software logic. NVIDIA's documentation confirms that 'in many instances the complete PIPE is executed in the HW, including the forwarding of the packet back to the wire. The packet never arrives to the SW.' As a result, the decision-making capability of the Fast Path is constrained by the finite set of packet-processing operations available within the hardware pipeline. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Architecture**<br><br>The following diagram shows how the DOCA Flow library defines a pipe template, receives a packet for processing, creates the pipe entry, and offloads the flow rule in NIC hardware.<br><br> |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Features of DOCA Flow:<br><br>• User-defined set of matches parser and actions<br>• DOCA Flow pipes can be created or destroyed dynamically<br>• Packet processing is fully accelerated by hardware with a specific entry in a flow pipe<br>• Packets that do not match any of the pipe entries in hardware can be sent to Arm cores for exception handling and then reinjected back to hardware<br><br>The DOCA Flow pipe consists of the following components:<br><br>• Monitor (MON in the diagram) - counts, meters, or mirrors<br>• Modify (MDF in the diagram) - modifies a field<br>• Forward (FWD in the diagram) - forwards to the next stage in packet processing<br><br>Exhibit 9: https://networking-docs.nvidia.com/doca/archive/2-6-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Fast Path (Full Hardware Forwarding, No Software Involvement)** |

| # | Path | Domain Chain | Description |
|---|---|---|---|
| FP1 | VF → Wire | `DEFAULT` → `[EGR/SEC_EGR(root)]` → `fwd_port` → wire | Egress direction: The `DEFAULT` root matches and forwards directly to the wire via `fwd_port`. It can optionally pass through `SECURE_EGRESS` for encryption. |
| FP2 | Wire → VF | `DEFAULT` → `[SEC_ING -> EGRESS(root)]` → `fwd_port` → VF | Ingress direction: The `DEFAULT` root matches and forwards directly to the VF via `fwd_port`. It can optionally pass through `SECURE_INGRESS` for decryption before utilizing `EGRESS` for dispatch. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |
| **1 c** | a second packet-processing path that processes packets that are an exception to the primitive operations in the instruction set; | The Accused Instrumentalities practice a second packet-processing path that processes packets that are an exception to the primitive operations in the instruction set. The DOCA Flow framework implements a dedicated 'Slow Path (Miss to Software, Software Processes, Re-enters e-Switch)' for packets that cannot be completely processed by the hardware flow-processing pipeline. NVIDIA's documentation states that 'packets that do not match any of the pipe entries in hardware can be sent to Arm cores for exception handling and then reinjected back to hardware.' After the required software processing is performed, the packet may be reinjected into the hardware pipeline and continue through |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | the e-switch processing path. This architecture establishes a separate packet-processing path for packets that are exceptions to the hardware flow-processing primitives.<br><br>When a packet fails to satisfy a hardware flow-pipe matching rule or otherwise requires processing beyond the capabilities of the hardware packet-processing engine, the packet leaves the hardware path and is forwarded to software running on the BlueField Arm cores. The Arm cores perform the additional processing required to determine how the packet should be handled. NVIDIA's modes-of-operation documentation further confirms this architecture: 'for subsequent packets in the flow, the virtual switch defines eswitch rules, enabling fast path processing for the remainder of the traffic,' demonstrating that the slow path processes initial/exception packets while installing hardware rules so subsequent packets take the fast path. The software exception path therefore processes packets that are exceptions to the primitive operations available in the hardware execution engine. *See* Exs. 8 and 9. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Architecture**<br><br>The following diagram shows how the DOCA Flow library defines a pipe template, receives a packet for processing, creates the pipe entry, and offloads the flow rule in NIC hardware.<br><br><br> |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Features of DOCA Flow:<br><br>• User-defined set of matches parser and actions<br>• DOCA Flow pipes can be created or destroyed dynamically<br>• Packet processing is fully accelerated by hardware with a specific entry in a flow pipe<br>• Packets that do not match any of the pipe entries in hardware can be sent to Arm cores for exception handling and then reinjected back to hardware<br><br>The DOCA Flow pipe consists of the following components:<br><br>• Monitor (MON in the diagram) - counts, meters, or mirrors<br>• Modify (MDF in the diagram) - modifies a field<br>• Forward (FWD in the diagram) - forwards to the next stage in packet processing<br><br>Exhibit 9: https://networking-docs.nvidia.com/doca/archive/2-6-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Slow Path (Miss to Software, Software Processes, Re-enters e-Switch)**<br><br>\| # \| Path \| Domain Chain \| Description \|<br>\| SP1 \| * → RSS → SW → Tx → Wire \| `DEFAULT` → `RSS` → `SW` → `EGRESS(root)` → `[SEC_EGR]` → wire \| Egress slow path: Unmatched packets miss to RSS for Software (SW) processing. The SW then transmits the packet (with `pkt_meta`), and the `EGRESS` root dispatches it through the encrypt pipeline or directly to the wire. \|<br>\| SP2 \| * → RSS → SW → Tx → VF \| `DEFAULT` → `RSS` → `SW` → `EGRESS(root)` → `fwd_port` → VF \| Ingress slow path: Unmatched packets miss to RSS for SW processing. The SW then transmits the packet (with `pkt_meta`), and the `EGRESS` root dispatches it via `fwd_port` to the VF. \| |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |
| **1 d** | a stateful decision logic to determine if the packet to be processed is eligible be processed by the first packet processing path or required to processed by another packet processing path; and | The Accused Instrumentalities practice a stateful decision logic to determine if the packet to be processed is eligible be processed by the first packet processing path or required to processed by another packet processing path. The accused NVIDIA BlueField DPUs, operating through the DOCA Flow and DOCA Flow Connection Tracking (CT) frameworks, implement stateful decision logic that determines whether an incoming packet is eligible for hardware Fast Path processing or must be redirected to an alternative processing path. The stateful decision logic is inherent to the DPU Mode architecture: NVIDIA's modes-of-operation documentation discloses that the first packet in a flow is processed by software on the Arm cores, and 'for subsequent packets in the flow, the virtual switch defines eswitch rules, enabling fast path processing for the remainder of the traffic.' This first- |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | packet/subsequent-packet determination is itself stateful decision logic. Additionally, the DOCA Flow Connection Tracking (CT) module provides a further layer of stateful decision logic. NVIDIA discloses that 'the DOCA Flow Connection Tracking (CT) module is a 5-tuple table designed to efficiently track network connections using hardware resources.' The CT module maintains connection state using a tracked 5-tuple (source IP address, destination IP address, source port, destination port, and protocol) together with a zone identifier, and evaluates incoming packets against previously established connection entries. For packets matching a known connection, the CT module provides 'Forward to next pipe' and for packets without a matching entry, the CT module provides 'Miss to next pipe.' Accordingly, the system makes a state-based determination regarding the appropriate packet-processing path for each packet.<br><br>More specifically, packets are evaluated against previously established connection state maintained within the CT table. When a matching connection entry exists, the packet is determined to belong to a recognized flow and is forwarded through the hardware Fast Path, corresponding to the claimed first packet-processing path. When no matching connection entry exists, the packet is treated as a connection-tracking miss and is handled separately by application logic or software-based exception processing, corresponding to the claimed alternative packet-processing path. NVIDIA further confirms that 'connection tracking enables stateful packet processing by keeping a record of currently open connections' and that 'OVS flows utilizing connection tracking can be accelerated using advanced NICs by offloading established connections.' *See* Exs. 8, 10,13, and 15. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The CT table serves as the state information associated with prior packet flows. Using this stored connection state, the accused system determines whether a packet belongs to a previously recognized connection and, based upon that determination, decides whether the packet qualifies for hardware processing or requires alternative handling. This state-dependent eligibility determination practices the claimed stateful decision logic that selects between the first packet-processing path and another packet-processing path based upon prior flow state.<br><br>**Pipe Matching or Action Applying**<br><br>DOCA Flow allows defining criteria for matching on a packet or for taking actions on a matched packet by modifying it. The information defining these criteria is provided through the following pointers:<br><br>• Match or action pointer – given at pipe or entry creation<br>• Mask pointer – optionally given at pipe creation<br><br>Defining criteria for matching or actions on a packet can be done at the pipe level, where it applies to all packets of a pipe, or specified on a per entry basis, where each entry defines the operation on either the match, actions, or both.<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Setting Pipe Forwarding**<br><br>The FWD (forwarding) action is the last action in a pipe, and it directs where the packet goes next. Users may configure one of the following destinations:<br><br>• Send to software (representor)<br>• Send to wire<br>• Jump to next pipe<br>• Drop packets<br><br>The FORWARDING action may be set for pipe create, but it can also be unique per entry.<br><br>Pipe forwarding can be set either at creation time or be deferred to entry addition:<br><br>• If the `fwd.type` type is not `DOCA_FLOW_FWD_CHANGEABLE`, any match on the pipe, on any entry, is forwarded to the specified target<br>• If the `fwd.type` type is `DOCA_FLOW_FWD_CHANGEABLE`, the target would match on whatever is defined in the `fwd.type` field of the specific entry<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The DOCA Flow Connection Tracking (CT) module is a 5-tuple table designed to efficiently track network connections using hardware resources. It supports the following key features:<br><br>• Track zone and 5-tuple sessions – Track and manage network connections based on a 5-tuple (source IP, destination IP, source port, destination port, and protocol) along with zone-based separation<br>• IPv4 and IPv6 sessions – Track connections for both IP versions; each direction can independently use IPv4 or IPv6<br>• Zone-based virtual tables – Enable logical isolation using zones<br>• Aging support – Remove idle connections automatically using configurable timeouts<br>• Connection metadata – Set and manage metadata for tracked connections<br>• Bidirectional packet handling – Manage traffic in both directions of a connection<br>• High connection rate – Efficiently handle a high rate of connections per second (CPS)<br><br>The CT module makes it simple and efficient to track connections by leveraging hardware resources.<br><br>Exhibit 10 : https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow-connection-tracking |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Architecture**<br><br>The DOCA Flow CT Pipe is designed to handle non-encapsulated TCP and UDP packets. It support two primary actions:<br><br>• Forward to next pipe – For packets that match a known 6-tuple connection (5-tuple + zone)<br>• Miss to next pipe – For packets without a matching connection entry<br><br>The application is responsible for handling packets based on these outcomes.<br><br>The DOCA Flow CT API consists of four major components:<br><br>• CT module manipulation – Configure and manage resources within the CT module<br>• CT connection entry manipulation – Add, remove, or update connection entries efficiently<br>• Callbacks – Handle asynchronous processing results for connection entries<br>• Pipe and entry statistics – Monitor connection tracking performance using pipe-level and entry-level statistics<br><br>These components provide flexible control over connection tracking and monitoring, allowing applications to adapt to various network scenarios effectively. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | |   Exhibit 10: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow-connection-tracking |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | |  <br>*Figure 1. Pipe chaining constructs network logic, as each pipe handles unique criteria, actions, and forwarding, shaping a steering tree for packet control*<br><br>Exhibit 13: https://developer.nvidia.com/blog/harness-dpu-accelerated-packet-steering-logic-with-nvidia-doca-flow/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **2.3. Offloading Connection Tracking**<br><br>Connection tracking enables stateful packet processing by keeping a record of currently open connections.<br><br>OVS flows utilizing connection tracking can be accelerated using advanced NICs by offloading established connections. To view offloaded connections, run:<br><br>`ovs-appctl dpctl/offload-stats-show`<br><br>Exhibit 15: https://docs.nvidia.com/doca/archive/doca-v2.0.2/ovs-doca/index.html |
| **1 e** | an optimization component to optimize an amount of primitive operations performed on the packet by removing redundant primitive operations and other primitive operations that are made obsolete by performing a subsequent primitive operation. | The Accused Instrumentalities practice an optimization component to optimize an amount of primitive operations performed on the packet by removing redundant primitive operations and other primitive operations that are made obsolete by performing a subsequent primitive operation. NVIDIA BlueField DPU and NVIDIA ConnectX SuperNIC products, operating through the DOCA Flow framework, include packet-classification and flow-processing mechanisms that optimize packet-processing operations through the use of Relaxed Match functionality, which is enabled by default. NVIDIA's documentation states that the pipe configuration parameter 'enable_strict_matching' defaults to false, meaning Relaxed Matching is the standard operating mode. DOCA Flow constructs packet-processing |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | pipes containing matching criteria and corresponding packet-processing actions. During operation, packets are evaluated against configured match fields before the associated actions are executed.<br><br>DOCA Flow Relaxed Match permits the system to eliminate unnecessary matching criteria, allowing packet classification to be performed using a reduced set of header fields. As a consequence, fewer packet-processing primitive operations are executed during the matching and classification phase. This directly optimizes the amount of primitive operations performed on the packets by removing redundant operations.<br><br>Specifically, NVIDIA describes an example involving a Control Pipe ("Pipe C") that classifies packets based on Layer-4 protocol type and directs TCP packets to Pipe A and UDP packets to Pipe B. Pipe A then performs additional TCP-specific matching, while Pipe B performs additional UDP-specific matching. As a result, the hardware matches the same Layer-4 protocol field both in the Control Pipe and again in the destination processing pipe. NVIDIA expressly identifies this condition as a redundant matching operations.<br><br>NVIDIA further discloses that Relaxed Matching eliminates these implicit duplicate matches. NVIDIA's documentation states that 'with particularly large pipelines, such double matches decrease performance and increase the memory footprint in hardware. Relaxed matching mode gives the user greater control of the match logic to eliminate the implicitly added matches, consequently reducing hardware memory footprint and improving performance as well.' Under Relaxed Matching, once the |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Control Pipe has classified a packet as TCP traffic, the subsequent TCP-processing pipe omits the additional TCP protocol match and performs only those operations that remain necessary, such as matching TCP flags. Similarly, once a packet has been classified as UDP traffic, the subsequent UDP-processing pipe omits the redundant UDP protocol match and proceeds directly to evaluating the UDP source-port criteria. As a result, packet processing is achieved with fewer primitive operations than would otherwise be required under the strict matching model.<br><br>NVIDIA DOCA Flow discloses plurality of Flow pipe types. The type of pipe is configured during pipe creation. The various pipe type include Basic, LPM, ACL, Control, Ordered List etc. The Ordered List pipe allows multiple packet-processing operations to be arranged and executed according to a predefined processing order instead of requiring those operations to be implemented as independent processing stages or redundant pipe transitions.<br><br>NVIDIA documentation states " doca_flow_pipe_ordered_list runs a fixed sequence of actions per entry, so the user can control ordering and reuse the same kind of step multiple times (for example, meter and encap/decap ordering). An ordered list pipe is defined by an array of actions (i.e., sequences of actions). Each entry can be an instance of one of these sequences.", and that "An ordered list pipe may consist of up to an array of 8 different actions. The maximum size of each action array is 4 elements. Resource allocation may be optimized when combining multiple action arrays in one ordered list pipe" . (*See* Ex. 8, 14). |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Further, NVIDIA DOCA Flow documentation confirms "DOCA Flow allows you to define a pipe with an array of multiple, distinct actions. This feature is useful for creating multiple flow entries that share the same match criteria but require different actions. When adding or updating an entry (e.g., with doca_flow_pipe_basic_add_entry), you select which action to execute by providing its index in the action_idx argument.". This functionality enables multiple data packet flows requiring different actions (primitive operations) to be processed through a common pipe. The said pipe includes a list of multiple actions to optimize packet processing and reduce traversal of packets through multiple subsequent chained pipes with fewer primitive operations. *See* Ex. 8.<br><br>Accordingly, the accused products NVIDIA BlueField DPUs, operating through the DOCA Flow framework, implement optimization functionality to optimize the number of primitive operations performed on a packet by removing redundant primitive operations and combining multiple primitive operation one pipe through relaxed matching, ordered list pipes and pipe with multiple actions. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | **Relaxed Match**<br><br>Relaxed matching mode grants users full control on matching fields and guarantees that no fields are implicitly added by DOCA Flow.<br><br>**Relaxed Matching and Pipeline Design Considerations**<br><br>Relaxed matching mode provides full control to the DOCA application developer over the match design, without adding implicit match logic by the DOCA Flow library. This approach increases user responsibility to prevent unintended side effects caused by packet layout similarities (e.g., between UDP and TCP source/destination ports) or by skipping header type validation before matching on header fields. For instance, matching solely on a UDP destination port does not verify the presence of an L4 header or confirm that the L4 header is of UDP type.<br><br>To ensure effective design, early-stage pipes should classify packet types to filter out undesired packets. As the pipeline progresses, later stages can focus on more specific packet types based on prior matches. Examples include:<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Relaxed Matching Memory Footprint and Performance Impact**<br><br>Consider the following strict matching mode example. There are three pipes:<br><br>• Basic pipe `A` with `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_TCP` and `match.outer.tcp.flags = 1`<br>• Basic pipe `B` with `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP` and `match.outer.udp.l4_port.src_port = 8080`<br>• Control pipe `C` with two entries to direct TCP traffic to pipe `A` and UDP traffic to pipe `B`. The first entry has `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_TCP` while the second has `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP`.<br><br>As a result, the hardware matches on the L4 header type twice:<br><br>• When the packet enters the filter in control pipe `C` to decide the next pipe<br>• When the packet enters the filter of pipe `A` or `B` to match on the L4 header fields<br><br>With particularly large pipelines, such double matches decrease performance and increase the memory footprint in hardware. Relaxed matching mode gives the user greater control of the match logic to eliminate the implicitly added matches, consequently reducing hardware memory footprint and improving performance as well. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Parser Meta Usage with Relaxed Match**<br><br>Parser meta matching is particularly useful when it comes to matching on a specific packet type. In relaxed mode, type selectors in the `outer`, `inner`, and `tun` parts of the `doca_flow_match` structs are used only for the type cast of the underlying unions. Header-type (packet type) matches are available using the `parser_meta` API.<br><br>For example, the scenario from the previous section may be overwritten by changing the match of control pipe `C` (with the same `A` and `B` pipes):<br><br>• Basic pipe `A` with `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_TCP` and `match.outer.tcp.flags = 1`<br>• Basic pipe `B` with `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP` and `match.outer.udp.l4_port.src_port = 8080`<br>• Control pipe `C` with two entries to direct TCP traffic to pipe `A` and UDP traffic to pipe `B`. The first entry has `match.parser_meta.outer_l4_type = DOCA_FLOW_L4_META_TCP` while the second has `match.parser_meta.outer_l4_type = DOCA_FLOW_L4_META_UDP`.<br><br>As a result, the hardware performs the L4 header-type match only once, when the packet enters the filter of control pipe. Basic pipes' `match.outer.l4_type_ext` are used only for the selection of the `match.outer.tcp` or `match.outer.udp` structures during the inspection of match struct.<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | **doca_flow_pipe_ordered_list**<br>`doca_flow_pipe_ordered_list` runs a fixed sequence of actions per entry, so the user can control ordering and reuse the same kind of step multiple times (for example, meter and encap/decap ordering).<br>An ordered list pipe is defined by an array of actions (i.e., sequences of actions). Each entry can be an instance of one of these sequences.<br>The pipe is built from one or more list templates (doca_flow_pipe_cfg_set_ordered_lists). Each template is an ordered array of typed elements (enum doca_flow_ordered_list_element_type):<br>- 'DOCA_FLOW_ORDERED_LIST_ELEMENT_ACTIONS' - a 'struct doca_flow_actions' with optional action descriptors and mask.<br>-'DOCA_FLOW_ORDERED_LIST_ELEMENT_MONITOR' -a 'struct doca_flow_monitor'<br>-'DOCA_FLOW_ORDERED_LIST_ELEMENT_NAT64 - a 'struct doca_flow_nat64_action'<br>-'DOCA_FLOW_ORDERED_LIST_ELEMENT_CRYPTO' - a 'struct doca_flow_crypto'<br>-'DOCA_FLOW_ORDERED_LIST_ELEMENT_EXTERNAL_ACTIONS' - an external action handle. At pipe creation, the 'external_actions' field points to the pipe-level action handle. At entry creation, it points to the per-entry data structure (e.g. SRH content for SRv6 PUSH).<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | 11.3.12. doca_flow_pipe_ordered_list<br><br>`doca_flow_pipe_ordered_list` allows the user to define a specific order of actions and multiply the same type of actions (i.e., specific ordering between counter/meter and encap/decap).<br><br>An ordered list pipe is defined by an array of actions (i.e., sequences of actions). Each entry can be an instance one of these sequences. An ordered list pipe may consist of up to an array of 8 different actions. The maximum size of each action array is 4 elements. Resource allocation may be optimized when combining multiple action arrays in one ordered list pipe.<br><br>Exhibit 14: https://docs.nvidia.com/doca/archive/doca-v2.2.1/pdf/flow-programming-guide.pdf |

<table>
<tr><th>Claim / Element</th><th>Claim Language</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td></td><td>

## 5.3. doca_flow_pipe_cfg

This is a pipe configuration that contains the user-defined template for the packet process.

```
struct doca_flow_pipe_attr {
    const char *name;
    enum doca_flow_pipe_type type;
    enum doca_flow_pipe_domain domain;
    bool is_root;
    uint32_t nb_flows;
    uint8_t nb_actions;
    uint8_t nb_ordered_lists;
    enum doca_flow_direction_info dir_info;
};
```

**name**
A string containing the name of the pipeline.

**type**
Type of pipe (enum doca_flow_pipe_type). This field includes the following pipe types:

- DOCA_FLOW_PIPE_BASIC – flow pipe
- DOCA_FLOW_PIPE_CONTROL – control pipe
- DOCA_FLOW_PIPE_LPM – LPM pipe
- DOCA_FLOW_PIPE_ACL – ACL pipe
- DOCA_FLOW_PIPE_ORDERED_LIST – ordered list pipe
- DOCA_FLOW_PIPE_HASH – hash pipe

Exhibit 14: https://docs.nvidia.com/doca/archive/doca-v2.2.1/pdf/flow-programming-guide.pdf
</td></tr>
</table>

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **11.3.8. Pipe Entry With Multiple Actions**<br><br>Users can define multiple actions per pipe. This gives the user the option to define different actions per entry in the same pipe by providing the `action_idx` in `struct doca_flow_actions`.<br><br>For example, to create two flows with the same match but with different actions, users can provide two actions upon pipe creation, `Action_0` and `Action_1`, which have indices 0 and 1 respectively in the actions array in the pipe configuration. `Action_0` has `modify_mac`, and `Action_1` has `modify_ip`.<br><br>Users can also add two kinds of entries to the pipe, the first one with `Action_0` and the second with `Action_1`. This is done by assigning 0 in the `action_idx` field in `struct doca_flow_actions` when creating the first entry and 1 when creating the second one.<br><br>Exhibit 14: https://docs.nvidia.com/doca/archive/doca-v2.2.1/pdf/flow-programming-guide.pdf |

<table>
<tr><th>Claim / Element</th><th>Claim Language</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td></td><td>
Pipes with Multiple Actions<br><br>
DOCA Flow allows you to define a pipe with an array of multiple, distinct actions. This feature is useful for creating multiple flow entries that share the same match criteria but require different actions.<br><br>
When adding or updating an entry (e.g., with <code>doca_flow_pipe_basic_add_entry</code>), you select which action to execute by providing its index in the <code>action_idx</code> argument.<br><br>
⚠ Even if a pipe has multiple actions defined, only one action will be executed for any given packet that matches an entry.<br><br>
Consider a case where two flows are needed with identical match criteria but different actions:<br><br>
1. Pipe creation: A pipe is created with two actions defined in its <code>actions</code> array:<br>
◦ Index 0: An action to <code>modify_mac</code>.<br>
◦ Index 1: An action to <code>modify_ip</code>.<br>
2. Entry addition:<br>
◦ Entry A is added (e.g., <code>match L4_PORT=80</code>) with its <code>action_idx</code> set to <code>0</code>. Packets matching this entry will have their MAC modified.<br>
◦ Entry B is added (e.g., <code>match L4_PORT=80</code>) with its <code>action_idx</code> set to <code>1</code>. Packets matching this entry will have their IP modified.<br><br>
Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow
</td></tr>
</table>

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| 2 | The network system of claim 1, wherein each service module that the packet progresses through in the virtual graph initiates one or more primitive operations to be performed on the packet. | The Accused Instrumentalities practice the network system of claim 1, wherein each service module that the packet progresses through in the virtual graph initiates one or more primitive operations to be performed on the packet. NVIDIA BlueField DPUs, operating through the DOCA Flow framework, implement a packet-processing architecture composed of multiple interconnected DOCA Flow pipes. NVIDIA discloses that DOCA Flow provides an API for building a set of packet-processing pipes and that those pipes may be chained together so that, after one pipe executes its defined actions, the packet proceeds to another pipe for additional processing. Critically, each pipe the packet traverses mandatorily evaluates its match criteria and executes its defined actions: NVIDIA's documentation states that 'each pipe consists of match criteria, monitoring, and a set of actions.' A packet cannot pass through a pipe without the pipe's match/action logic being evaluated and initiated. *See* Exs. 8, 11, 12, 13.<br><br>The collection of interconnected DOCA Flow pipes forms a logical packet-processing topology ("virtual graph"). Each pipe ("first service module") operates as an independent processing stage and collectively participates in handling network traffic. The pipes are assembled by DOCA Flow framework into a larger processing structure through which packets are routed and processed according to application requirements.<br><br>NVIDIA further discloses that pipes perform matching, monitoring, modification, forwarding, encapsulation, metadata operations, and other packet-processing functions ('primitive operations'). |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Each pipe in the graph that the packet progresses through initiates one or more of these primitive operations.<br>Within the DOCA Flow architecture, each pipe contains match criteria and a set of actions that are executed when a packet satisfies the applicable matching conditions. NVIDIA identifies numerous packet-processing actions, including modifying MAC addresses, modifying IP addresses, modifying transport-layer ports, adding tunnels, stripping tunnels, setting metadata, forwarding packets, counting packets, and policing traffic. Each action performs a discrete primitive operation on the packet. Accordingly, each service module (pipe) that the packet progresses through in the virtual graph initiates one or more primitive operations to be performed on the packet, as recited.<br><br>DOCA Flow is the most fundamental API for building generic packet processing pipes in hardware. The DOCA Flow library provides an API for building a set of pipes, where each pipe consists of match criteria, monitoring, and a set of actions. Pipes can be chained so that after a pipe-defined action is executed, the packet may proceed to another pipe.<br><br>Using DOCA Flow API, it is easy to develop hardware-accelerated applications that have a match on up to two layers of packets (tunneled).<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Architecture**<br>The following diagram shows how the DOCA Flow library defines a pipe template, receives a packet for processing, creates the pipe entry, and offloads the flow rule in NIC hardware.<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | |  <br>*Figure 1. Pipe chaining constructs network logic, as each pipe handles unique criteria, actions, and forwarding, shaping a steering tree for packet control*<br><br>Exhibit 13: https://developer.nvidia.com/blog/harness-dpu-accelerated-packet-steering-logic-with-nvidia-doca-flow/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Pipe Mode**<br><br>The pipe mode (set via `mode_args`) defines the fundamental traffic topology and default "miss" behavior for a DOCA port. When a port is initialized, this mode creates the initial miss rules.<br><br>This mode (`mode_args`) defines the basic traffic in DOCA. It creates some miss rules when a DOCA port initializes. Currently, DOCA supports 2 modes:<br><br>• `vnf`<br><br>A packet arriving from one of the device's ports is processed, and can be sent to another port. By default, missed packets go to RSS.<br><br>The following diagram shows the basic traffic flow in `vnf` mode. Packet1 firstly misses and is forwarded to host RSS. The app captures this packet and decides how to process it and then creates a pipe entry. Packet2 will hit this pipe entry and do the action, for example, for VXLAN, will do decap, modify, and encap, then is sent out from P1.<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | • `switch`<br><br>Used for internal switching, only representor ports are allowed, for example, uplink representors and SF/VF representors. Packet is forwarded from one port to another. If a packet arrives from an uplink and does not hit the rules defined by the user's pipe, then the packet is received on all RSS queues of the representor of the uplink.<br><br>The following diagram shows the basic flow of traffic in `switch` mode. Packet1 firstly misses to host RSS queues. The app captures this packet and decides to which representor the packet goes, and then sets the rule. Packets hit this rule and go to representor0.<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The execution pipe can include packet modification actions such as the following:<br>• Modify MAC address<br>• Modify IP address<br>• Modify L4 (ports)<br>• Strip tunnel<br>• Add tunnel<br>• Set metadata<br>• SRv6 actions<br>  ◦ Insert SRv6 Segment Routing Header (SRH)<br>  ◦ Decrement SRv6 segments left<br>  ◦ Copy active SID to IPv6 destination based on segments left field<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Pipe Matching or Action Applying**<br><br>DOCA Flow allows defining criteria for matching on a packet or for taking actions on a matched packet by modifying it. The information defining these criteria is provided through the following pointers:<br><br>• Match or action pointer – given at pipe or entry creation<br>• Mask pointer – optionally given at pipe creation<br><br>Defining criteria for matching or actions on a packet can be done at the pipe level, where it applies to all packets of a pipe, or specified on a per entry basis, where each entry defines the operation on either the match, actions, or both.<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow<br><br>**Concurrency and Queue Affinity**<br><br>DOCA Flow is designed to support millions of new entries per second. To achieve this, its architecture requires that entry-addition operations be parallelized.<br><br>This is managed by assigning a dedicated `pipe_queue` ID to each CPU core that will be adding entries. Having a unique queue ID per core prevents the need for data-structure locking and enables efficient, parallel interaction with the hardware.<br><br>Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | DOCA Flow is designed to support concurrency in an efficient way. Since the expected rate is going to be in millions of new entries per second, it is mandatory to use a similar architecture as the data path. Having a unique queue ID per core saves the DOCA engine from having to lock the data structure and enables the usage of multiple queues when interacting with hardware.   |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 12: https://docs.nvidia.com/doca/archive/doca-v2.2.0/flow-programming-guide/index.html#setting-pipe-forwarding   Exhibit 11: https://www.youtube.com/watch?v=H7T-yS4FTqI (at 49:18) |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| **8** | The network system of claim 1, wherein the stateful decision logic determines if the packet belongs to a particular flow of packets previously identified by the stateful decision logic. | The Accused Instrumentalities practice the network system of claim 1, wherein the stateful decision logic determines if the packet belongs to a particular flow of packets previously identified by the stateful decision logic. The accused NVIDIA BlueField DPUs, operating through the DOCA Flow and DOCA Flow Connection Tracking (CT) frameworks, implement stateful decision logic that determines whether an incoming packet belongs to a particular flow of packets previously identified. NVIDIA discloses that 'the DOCA Flow Connection Tracking (CT) module is a 5-tuple table designed to efficiently track network connections using hardware resources' and that 'connection tracking is a stateful process that follows the a TCP/UDP session from establishment to termination. It consists of a 5 tuple match.' The CT module evaluates incoming packets against previously established connection entries stored in the connection-tracking table. For packets matching a known connection, the CT module provides 'Forward to next pipe.' For packets without a matching entry, the CT module provides 'Miss to next pipe.' NVIDIA further confirms that 'CT enables stateful packet processing by keeping a record of currently open connections.' The 'record of currently open connections' directly constitutes the 'particular flow of packets previously identified by the stateful decision logic.'<br><br>More specifically, packets are evaluated against previously established connection state maintained within the CT table. When a matching connection entry exists, the packet is determined to belong to a recognized flow (a particular flow of packets previously identified) and is forwarded through the hardware Fast Path. When no matching connection entry exists, the packet is treated as a connection- |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | tracking miss and is handled separately by application logic or software-based exception processing. *See* Exs. 10, 13, 16 and 17.<br><br>The CT table serves as the state information associated with prior packet flows. Using this stored connection state, the accused system determines whether a packet belongs to a previously recognized connection and, based upon that determination, decides whether the packet qualifies for hardware processing or requires alternative handling. Accordingly, the stateful decision logic determines if the packet belongs to a particular flow of packets previously identified by the stateful decision logic, as recited. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The DOCA Flow Connection Tracking (CT) module is a 5-tuple table designed to efficiently track network connections using hardware resources. It supports the following key features:<br><br>• Track zone and 5-tuple sessions – Track and manage network connections based on a 5-tuple (source IP, destination IP, source port, destination port, and protocol) along with zone-based separation<br>• IPv4 and IPv6 sessions – Track connections for both IP versions; each direction can independently use IPv4 or IPv6<br>• Zone-based virtual tables – Enable logical isolation using zones<br>• Aging support – Remove idle connections automatically using configurable timeouts<br>• Connection metadata – Set and manage metadata for tracked connections<br>• Bidirectional packet handling – Manage traffic in both directions of a connection<br>• High connection rate – Efficiently handle a high rate of connections per second (CPS)<br><br>The CT module makes it simple and efficient to track connections by leveraging hardware resources.<br><br>Exhibit 10 : https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow-connection-tracking |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Architecture**<br><br>The DOCA Flow CT Pipe is designed to handle non-encapsulated TCP and UDP packets. It support two primary actions:<br><br>• Forward to next pipe – For packets that match a known 6-tuple connection (5-tuple + zone)<br>• Miss to next pipe – For packets without a matching connection entry<br><br>The application is responsible for handling packets based on these outcomes.<br><br>The DOCA Flow CT API consists of four major components:<br><br>• CT module manipulation – Configure and manage resources within the CT module<br>• CT connection entry manipulation – Add, remove, or update connection entries efficiently<br>• Callbacks – Handle asynchronous processing results for connection entries<br>• Pipe and entry statistics – Monitor connection tracking performance using pipe-level and entry-level statistics<br><br>These components provide flexible control over connection tracking and monitoring, allowing applications to adapt to various network scenarios effectively. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br>Exhibit 10: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow-connection-tracking |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | |   *Figure 1. Pipe chaining constructs network logic, as each pipe handles unique criteria, actions, and forwarding, shaping a steering tree for packet control*<br><br>Exhibit 13: https://developer.nvidia.com/blog/harness-dpu-accelerated-packet-steering-logic-with-nvidia-doca-flow/ |

<table>
<tr><th>Claim / Element</th><th>Claim Language</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td></td><td>

## Connection Tracking Example

Connection tracking is a stateful process that follows the a TCP/UDP session from establishment to termination. It consists of a 5 tuple match on <Source IP address, Destination IP address, IP protocol, L4 Source port, L4 Destination port>. The DPL datapath relies on a controller to insert entries for new 5 tuple flows that have not been seen yet.




Exhibit 16: https://networking-docs.nvidia.com/doca/archive/3-5-0/connection-tracking-example
</td></tr>
</table>

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **CT Offload**<br><br>CT enables stateful packet processing by keeping a record of currently open connections. OVS flows using CT can be accelerated using advanced NICs by offloading established connections.<br><br>Exhibit 17: https://networking-docs.nvidia.com/doca/archive/2-5-3/openvswitch-offload |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| **11** | The network system of claim 1, wherein the second packet processing path further comprises a general purpose processor cooperating with software. | The Accused Instrumentalities practice the network system of claim 1, wherein the second packet processing path further comprises a general purpose processor cooperating with software. NVIDIA BlueField DPUs implement a second packet-processing path that utilizes the DPU's Arm-based general-purpose processors executing software to handle packets that cannot be fully processed by the hardware flow pipeline. BlueField DPU-2 includes 'an array of Arm cores' and BlueField DPU-3 includes 'a powerful cluster of 16 ARM A78 v8.2 with fully coherent low-latency mesh interconnect.' These Arm processors are indisputably general-purpose processors, directly analogous a general-purpose processor.<br><br>DOCA Flow framework implement a dedicated "Slow Path (Miss to Software, Software Processes, Re-enters e-Switch)" for packets that cannot be completely processed by the hardware flow-processing |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | pipeline. NVIDIA describes that packets which do not match an installed hardware flow-pipe entry are directed to Software for exception handling rather than being processed solely by the hardware forwarding engine. After the required software processing is performed, the packet may be reinjected into the hardware pipeline and continue through the e-switch processing path. This architecture establishes a separate packet-processing path for packets that fall outside the capabilities of the hardware flow-processing primitives.<br><br>When a packet fails to satisfy a hardware flow-pipe matching rule or otherwise requires processing beyond the capabilities of the hardware packet-processing engine, the packet leaves the hardware path and is forwarded to software running on the BlueField Arm cores. The Arm cores, executing DOCA software, perform the additional processing required to determine how the packet should be handled. NVIDIA's modes-of-operation documentation confirms that in DPU Mode, the Arm cores are 'active' and all network communication 'flows through a virtual switch control plane hosted on the Arm cores.' The software exception path therefore constitutes a general-purpose processor cooperating with software, as recited. *See* Exs. 8,9 and 18. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Architecture**<br><br>The following diagram shows how the DOCA Flow library defines a pipe template, receives a packet for processing, creates the pipe entry, and offloads the flow rule in NIC hardware.<br> |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Features of DOCA Flow:<br><br>• User-defined set of matches parser and actions<br>• DOCA Flow pipes can be created or destroyed dynamically<br>• Packet processing is fully accelerated by hardware with a specific entry in a flow pipe<br>• Packets that do not match any of the pipe entries in hardware can be sent to Arm cores for exception handling and then reinjected back to hardware<br><br>The DOCA Flow pipe consists of the following components:<br><br>• Monitor (MON in the diagram) - counts, meters, or mirrors<br>• Modify (MDF in the diagram) - modifies a field<br>• Forward (FWD in the diagram) - forwards to the next stage in packet processing<br><br>Exhibit 9: https://networking-docs.nvidia.com/doca/archive/2-6-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | **Slow Path (Miss to Software, Software Processes, Re-enters e-Switch)** |

| # | Path | Domain Chain | Description |
| --- | --- | --- | --- |
| SP1 | * → RSS → SW → Tx → Wire | `DEFAULT` → `RSS` → `SW` → `EGRESS(root)` → `[SEC_EGR]` → wire | Egress slow path: Unmatched packets miss to RSS for Software (SW) processing. The SW then transmits the packet (with `pkt_meta`), and the `EGRESS` root dispatches it through the encrypt pipeline or directly to the wire. |
| SP2 | * → RSS → SW → Tx → VF | `DEFAULT` → `RSS` → `SW` → `EGRESS(root)` → `fwd_port` → VF | Ingress slow path: Unmatched packets miss to RSS for SW processing. The SW then transmits the packet (with `pkt_meta`), and the `EGRESS` root dispatches it via `fwd_port` to the VF. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | |   Exhibit 8: https://networking-docs.nvidia.com/doca/archive/3-5-0/doca-flow |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **2. DPU Mode**<br><br>This mode, also known as ECPF or embedded mode, is the default mode for the BlueField DPU.<br><br>In DPU mode, the NIC resources and functionality are owned and controlled by the embedded Arm subsystem. All network communication to the host flows through a virtual switch control plane hosted on the Arm cores, and only then proceeds to the host. While working in this mode, the DPU is the trusted function managed by the data center and host administrator—to load network drivers, reset an interface, bring an interface up and down, update the firmware, and change the mode of operation on the DPU device.<br><br>A network function is still exposed to the host, but it has limited privileges. In particular:<br><br>1. The driver on the host side can only be loaded after the driver on the embedded side has loaded and completed NIC configuration.<br>2. All ICM (interface configuration memory) is allocated by the ECPF and resides in the embedded host memory.<br>3. The ECPF controls and configures the NIC embedded switch which means that traffic to and from the host interface always lands on the Arm side.<br><br>Exhibit 18: https://docs.nvidia.com/doca/archive/doca-v2.2.0/modes-of-operation/index.html |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | |   When the server and DPU are initiated, the networking to the host is blocked until the virtual switch on the DPU is loaded. Once it is loaded, traffic to the host is allowed by default.<br><br>There are two ways to pass traffic to the host interface: Either using representors to forward traffic to the host (every packet to/from the host would be handled also by the network interface on the embedded Arm side), or push rules to the embedded switch which allows and offloads this traffic.<br><br>In DPU mode, OpenSM must be run from the DPU side (not the host side). Also, management tools (e.g., sminfo, ibdev2netdev, ibnetdiscover) can only be run from the DPU side (not from the host side).<br><br>Exhibit 18: https://docs.nvidia.com/doca/archive/doca-v2.2.0/modes-of-operation/index.html |