# EXHIBIT 7

**US 8,300,614 B2 v. NVIDIA**

**Claim Chart (Claims 1, 2, and 7)**

## A. Accused Instrumentalities

The Accused Instrumentalities are NVIDIA's switches and switching systems with overlay loop prevention, including at least the NVIDIA Spectrum-4 SN5000 Series, Spectrum-3 SN4000 Series, Spectrum-2 SN3000 Series, and Spectrum SN2000 Series switches running Cumulus Linux with EVPN Multihoming, split-horizon filtering, and Designated Forwarder mechanisms for VXLAN overlay loop prevention. An exemplary implementation is the NVIDIA Spectrum-4 SN5000 Series Switch (for example, the SN5600) operating with Cumulus Linux in an EVPN Multihoming configuration. Ex. 1 (Ethernet Switching) identifies the SN5000 series as NVIDIA's Spectrum-4 switch portfolio, and Ex. 5 (SN5000 Hardware Introduction) identifies the Spectrum-4 forwarding hardware, Cumulus Linux network software, and the feature-rich Layer-2 and Layer-3 packet forwarding capabilities of the platform. The exemplary products are identified for illustration only, and Plaintiff does not limit the Accused Instrumentalities to them. On information and belief, NVIDIA's Spectrum-4 SN5000 Series Switch operating with Cumulus Linux operates in substantially the same manner as the other '614 Accused Instrumentalities. The SN5000 platform operates as a unified switch that combines Spectrum-4 forwarding hardware with Cumulus Linux to perform physical Ethernet switching and virtual VXLAN tunnel forwarding within a single platform, using EVPN as the control plane for the VXLAN data plane. EVPN exchanges VNI membership, host MAC/IP reachability, Ethernet-segment information, and host/VM mobility information among SN5000 VTEPs, constituting a split-plane mobility domain. When multiple SN5000 switches provide redundant connectivity to a shared Ethernet segment, EVPN Multihoming identifies the participating switches and synchronizes their MAC and neighbor information, while split-horizon and Designated Forwarder filters restrict paths that could duplicate traffic or return traffic toward the same Ethernet segment—performing the loop-prevention functionality claimed in the '614 patent. As detailed below, the Accused Instrumentalities practice each element of claims 1, 2, and 7 of U.S. Patent No. 8,300,614 B2 (the '614 patent).

Upon information and belief, NVIDIA directly infringes the asserted claims by operating Spectrum-4 SN5000 switches in EVPN Multihoming configurations in its own facilities, including the data center and evaluation environments where NVIDIA deploys its networking infrastructure, and induces and contributes to infringement by the network operators and customers that deploy the Accused Instrumentalities, whom NVIDIA instructs to enable the accused EVPN Multihoming, split-horizon filtering, and Designated Forwarder functionality. Exs. 2 and 3 supply the configuration commands and parameters for enabling EVPN Multihoming and the associated loop-prevention controls, and Ex. 11 provides configuration examples illustrating the deployment of these features in production EVPN-VXLAN fabrics.

**B. Exhibit List**

| Exhibit | Description |
|---|---|
| Ex. 1 | https://www.nvidia.com/en-us/networking/ethernet-switching/ |
| Ex. 2 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/ |
| Ex. 3 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/ |
| Ex. 4 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Border-Gateway-Protocol-BGP/ |
| Ex. 5 | https://networking-docs.nvidia.com/sn5000hw/introduction |
| Ex. 6 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Routing/ |
| Ex. 7 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Static-VXLAN-Tunnels/ |
| Ex. 8 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/ |
| Ex. 9 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Ethernet-Bridging-VLANs/ |
| Ex. 10 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/Troubleshooting-EVPN/ |
| Ex. 11 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/Configuration-Examples/ |

| Exhibit | Description |
|---|---|
| Ex. 12 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Ethernet-Bridging-VLANs/VLAN-aware-Bridge-Mode/ |

**Claim Chart — US 8,300,614 B2 (Claims 1, 2, and 7)**

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| **1[pre]** | A method of loop prevention in a unified split-plane mobility domain comprising: | The Accused Instrumentalities practice a method of loop prevention in a unified split-plane mobility domain. Consider the following exemplary evidence and analysis for further detail. For example, the NVIDIA Spectrum-4 SN5000 Series Switch operating with Cumulus Linux. The SN5000 operates as an Ethernet switch that combines Spectrum-4 forwarding hardware with Cumulus Linux network software to perform Layer-2 and Layer-3 packet forwarding over physical Ethernet connections and virtual VXLAN paths. The SN5000 examines packet destinations and uses its installed forwarding state to select an applicable physical or virtual path, thereby functioning as a unified switch for packet transport that combines physical L2/L3 wired switching with virtual VXLAN tunnel forwarding in a single platform. *See* Exs. 1, 4, and 6.<br><br>On the SN5000, Cumulus Linux uses EVPN as the control plane for the VXLAN data plane, constituting a split-plane architecture. EVPN exchanges VNI membership, host MAC/IP reachability, Ethernet-segment information, and host/VM mobility information among SN5000 VTEPs. NVIDIA's documentation confirms that EVPN supports 'host/VM mobility (MAC and IP moves) through exchange of the MAC Mobility Extended community,' and that the VTEP 'considers a host MAC or IP address to be duplicate if the address moves across the network more than a certain number of times within a certain number of seconds.' This EVPN mobility tracking and duplicate-detection functionality programs the SN5000's forwarding state, enabling the Spectrum-4 data plane to transport |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | packets across the physical underlay and virtual overlay while maintaining endpoint connectivity as hosts or VMs move between VTEPs—constituting a mobility domain. *See* Exs. 2 and 6.<br><br>When multiple SN5000 switches provide redundant connectivity to a shared Ethernet segment, EVPN multihoming identifies the participating switches and synchronizes their MAC and neighbor information. NVIDIA's documentation states that 'split-horizon and Designated-Forwarder filters only apply to interfaces that are MH uplinks' and that 'if you configure EVPN-MH without MH uplinks, BUM traffic duplicates or loops back to the same ES. This can cause MAC flaps or other issues on multihomed devices.' The SN5000 applies these split-horizon and Designated Forwarder filters to restrict paths that could duplicate traffic or return traffic toward the same Ethernet segment and to identify the SN5000 authorized to deliver the traffic locally. Collectively, these operations disclose that the SN5000 performs loop prevention within a unified, split-plane mobility domain comprising physical and virtual forwarding paths. *See* Exs. 1–6.<br><br>The patent specification itself contemplates that the 'transport path may include wired links such as from the access point to the mobility switch and from the mobility switch to other switches and/or wired network nodes/entities.' The SN5000 provides the corresponding functionality through a VLAN-aware bridge in which a VLAN is mapped to a VNI and extended between VTEPs through a logical VXLAN interface, while physical bonds provide local connectivity to the associated Ethernet segment. The VLAN/VNI service, VXLAN interface, and physical Ethernet-segment bond therefore |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | collectively provide the functional counterpart to the patent's VLAN containing physical and virtual tunnel ports. *See* Exs. 2, 5, and 6–12.<br><br>**Introduction**<br>**NVIDIA Spectrum Ethernet Switches**<br>NVIDIA Spectrum™ Ethernet switches accelerate networking for all layers of software and hardware. Fully standards-based Ethernet, they power NVIDIA Spectrum-X™ Ethernet for AI and support both traditional, pluggable, optical connectivity and groundbreaking co-packaged silicon photonics networking. Spectrum Ethernet switches enable operational efficiency with a wide variety of network operating system choices, including NVIDIA® Cumulus® Linux and Pure SONiC. Spectrum Ethernet switches also offer innovative digital twins with NVIDIA DSX Air and network visibility through NVIDIA NetQ™. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 1: https://www.nvidia.com/en-us/networking/ethernet-switching/<br><br><br>Exhibit 1: https://www.nvidia.com/en-us/networking/ethernet-switching/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Ethernet Virtual Private Network - EVPN**<br><br>VXLAN enables layer 2 segments to extend over an IP core (the underlay). The initial definition of VXLAN (RFC 7348) does not include any control plane and relied on a flood-and-learn approach for MAC address learning.<br><br>EVPN is a standards-based control plane for VXLAN defined in RFC 7432 and RFC 8365 that allows for building and deploying VXLANs at scale. It relies on multi-protocol BGP (MP-BGP) to exchange information and uses BGP-MPLS IP VPNs (RFC 4364). It enables not only bridging between end systems in the same layer 2 segment but also routing between different segments (subnets). There is also inherent support for multi-tenancy.<br><br>Exhibit 2: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | Key Features<br><br>Cumulus Linux fully supports EVPN as the control plane for VXLAN, including for both intra-subnet bridging and inter-subnet routing, and provides these key features:<br><br>• MAC VRFs use a *VLAN-Based Service Interface* (RFC 7432). Therefore, the MAC VRFs are VLANs and there is a direct one-to-one mapping between layer 2 VNIs and VLANs.<br>• VNI membership exchange between VTEPs using EVPN type-3 (Inclusive multicast Ethernet tag) routes.<br>• Host MAC and IP address exchange using EVPN type-2 (MAC and IP advertisement) routes.<br>• Host/VM mobility support (MAC and IP moves) through exchange of the MAC Mobility Extended community.<br>• Dual-attached hosts via VXLAN active-active mode. MLAG synchronizes MAC addresses between the peer switches.<br>• ARP/ND suppression is on VNIs by default, which enables VTEPs to suppress ARP flooding over VXLAN tunnels.<br><br>Exhibit 2: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | EVPN Multihoming<br><br>*EVPN multihoming* (EVPN-MH) provides support for all-active server redundancy. It is a standards-based replacement for MLAG in data centers deploying Clos topologies. Replacing MLAG provides these benefits:<br><br>• Eliminates the need for peerlinks or inter-switch links between the top of rack switches<br>• Allows more than two ToR switches a redundancy group<br>• Provides a single BGP-EVPN control plane<br>• Allows multi-vendor interoperability<br><br>EVPN-MH uses BGP-EVPN type-1, type-2 and type-4 routes to discover Ethernet segments (ES) and to forward traffic to those Ethernet segments. The MAC and neighbor databases synchronize between the Ethernet segment peers through these routes as well. An *Ethernet segment* is a group of switch links that attach to the same server. Each Ethernet segment has an unique Ethernet segment ID (ESI) across the entire PoD.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Supported Features<br>• Known unicast traffic multihoming through type-1/EAD (Ethernet auto discovery) routes and type-2 (non-zero ESI) routes. Includes all-active redundancy using aliasing and support for fast failover.<br>• LACP Bypass.<br>  ◦ When an EVPN-MH bond enters LACP bypass state, BGP stops advertising EVPN type-1 and type-4 routes for that bond. The switch disables split-horizon and designated forwarder filters.<br>  ◦ When an EVPN-MH bond exits the LACP bypass state, BGP starts advertising EVPN type-1 and type-4 routes for that bond. The switch enables split-horizon and designated forwarder filters.<br>• EVI - Cumulus Linux supports VLAN-based service only, so the EVI is just a layer 2 VNI.<br>• Supported ASICs include NVIDIA Spectrum A1, Spectrum-2 and later.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/ |
| **1[a]** | identifying a topology of unified switches for transporting message traffic, the message traffic defined by packets; | The Accused Instrumentalities practice identifying a topology of unified switches for transporting message traffic, the message traffic defined by packets. Consider the following exemplary evidence and analysis for further detail. The SN5000 identifies the network topology used for packet transport by combining BGP underlay information with EVPN overlay information. Each SN5000 is a 'unified switch' in the patent's sense because it combines physical L2/L3 switching with virtual VXLAN tunnel forwarding in a single platform—both wired physical paths and virtual tunnel paths are unified within one switch. When an SN5000 receives a packet, the switch examines the packet header to identify the intended destination and consults its routing and forwarding state to determine the |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | available path. BGP supplies the physical-fabric topology by exchanging routing and reachability information among the switches, maintaining that information in the routing information base, and using AS-path information to identify how destinations are reached through the network. *See* Exs. 4–6.<br><br>Using this physical reachability, EVPN identifies the virtual forwarding relationships among the SN5000 VTEPs. EVPN exchanges VNI membership through type-3 routes and host MAC/IP reachability through type-2 routes, thereby identifying which VTEPs participate in each virtual network and which destinations are reachable through those VTEPs. Where multiple SN5000 switches provide redundant access to a shared Ethernet segment, EVPN multihoming uses type-1 routes to identify the redundant VTEPs providing access to the segment, type-2 routes to advertise destination MAC/IP reachability through those VTEPs, and type-4 routes to identify the VTEPs participating as peers for the same Ethernet segment. These routes also support synchronization of MAC and neighbor information among the participating switches. *See* Exs. 2–3 and 5.<br><br>The SN5000 consequently maintains an integrated topology identifying the physical routes between switches, the VXLAN relationships among VTEPs, the shared Ethernet segments, and the endpoints reachable through those paths. The Spectrum-4 forwarding hardware uses this combined BGP and EVPN topology to transport received packets through the applicable physical underlay or virtual VXLAN path. Collectively, these operations disclose that the SN5000 identifies a topology of unified switches for transporting message traffic defined by packets, as recited. *See* Exs. 2–6. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | How Does BGP Work?<br><br>BGP directs packets between autonomous systems (AS), which are a set of routers under a common administration. Each router maintains a routing table that controls how the switch forwards packets. The BGP process on the router generates information in the routing table based on information coming from other routers and from information in the RIB. The RIB stores routes and continually updates the routing table as changes occur.<br><br>Autonomous System<br><br>BGP treats each independently managed enterprise and service provider as an autonomous system, responsible for a set of network addresses. Each such autonomous system has a unique number called an ASN. A central authority (ICANN) hands out ASNs but numbers between 64512 and 65535 are for private use. When you use BGP within the data center, you must either use this number space or the single ASN you own.<br><br>The ASN is central to how BGP builds a forwarding topology. A BGP route advertisement carries with it not only the ASN of the originator, but also the list of ASNs that this route advertisement passes through. When forwarding a route advertisement, a BGP speaker adds itself to this list. The *AS path* includes the list of ASNs. BGP uses the AS path to detect and avoid loops.<br><br>Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Border-Gateway-Protocol-BGP/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **EVPN Multihoming**<br><br>*EVPN multihoming* (EVPN-MH) provides support for all-active server redundancy. It is a standards-based replacement for MLAG in data centers deploying Clos topologies. Replacing MLAG provides these benefits:<br><br>• Eliminates the need for peerlinks or inter-switch links between the top of rack switches<br>• Allows more than two ToR switches a redundancy group<br>• Provides a single BGP-EVPN control plane<br>• Allows multi-vendor interoperability<br><br>EVPN-MH uses BGP-EVPN type-1, type-2 and type-4 routes to discover Ethernet segments (ES) and to forward traffic to those Ethernet segments. The MAC and neighbor databases synchronize between the Ethernet segment peers through these routes as well. An *Ethernet segment* is a group of switch links that attach to the same server. Each Ethernet segment has an unique Ethernet segment ID (ESI) across the entire PoD.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | SN5000 switch systems are based on the high-performance Spectrum-4 ASIC with a bidirectional switching capacity of up to 51.2 Tbps. SN5000 platforms are available in a range of configurations, each delivering high performance combined with feature-rich layer 2 and layer 3 forwarding, ideally suited for both top-of-rack leaf and fixed configuration spines. The SN5000 series provides full wire speed, cut through-mode latency, on-chip fully-shared 128MB packet buffering, and flexible port use in addition to advanced capabilities. Combining a wide range of innovations in the areas of programmability, telemetry, and tunneling with industry-leading performance, NVIDIA SN5000 series is capable of addressing the complex networking requirements of today's data centers.<br><br>Exhibit 5: https://networking-docs.nvidia.com/sn5000hw/introduction<br><br>Key Features<br><br>Cumulus Linux fully supports EVPN as the control plane for VXLAN, including for both intra-subnet bridging and inter-subnet routing, and provides these key features:<br>• MAC VRFs use a *VLAN-Based Service Interface* (RFC 7432). Therefore, the MAC VRFs are VLANs and there is a direct one-to-one mapping between layer 2 VNIs and VLANs.<br>• VNI membership exchange between VTEPs using EVPN type-3 (Inclusive multicast Ethernet tag) routes.<br>• Host MAC and IP address exchange using EVPN type-2 (MAC and IP advertisement) routes.<br><br>Exhibit 2: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | # EVPN Multihoming<br><br>*EVPN multihoming* (EVPN-MH) provides support for all-active server redundancy. It is a standards-based replacement for MLAG in data centers deploying Clos topologies. Replacing MLAG provides these benefits:<br><br>• Eliminates the need for peerlinks or inter-switch links between the top of rack switches<br>• Allows more than two ToR switches a redundancy group<br>• Provides a single BGP-EVPN control plane<br>• Allows multi-vendor interoperability<br><br>EVPN-MH uses BGP-EVPN type-1, type-2 and type-4 routes to discover Ethernet segments (ES) and to forward traffic to those Ethernet segments. The MAC and neighbor databases synchronize between the Ethernet segment peers through these routes as well. An *Ethernet segment* is a group of switch links that attach to the same server. Each Ethernet segment has an unique Ethernet segment ID (ESI) across the entire PoD.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/<br><br># Routing<br><br>Network routing is the process of selecting a path across one or more networks. When the switch receives a packet, it reads the packet headers to find out its intended destination. It then determines where to route the packet based on information in its routing tables, which can be static or dynamic. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 6: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Routing/ |
| **1[b]** | identifying a set of links between the unified switches for forwarding message traffic packets, the links defined by ports on the unified switches; | The Accused Instrumentalities practice identifying a set of links between the unified switches for forwarding message traffic packets, the links defined by ports on the unified switches. Consider the following exemplary evidence and analysis for further detail. The SN5000 identifies the physical and virtual links used to forward packets between switches in the EVPN-VXLAN fabric. The disclosed topology identifies the participating leaf and spine switches and the physical connections between them, while VXLAN establishes logical tunnel links between SN5000 VTEPs. Each VXLAN tunnel connects two VTEPs and extends the applicable VLAN from one switch to another across the physical underlay. *See* Exs. 7–8.<br><br>The SN5000 represents these links through forwarding interfaces on the switch. Physical underlay connections are accessed through physical switch ports, while virtual links are defined through VTEPs, VNIs, VXLAN interfaces, and UDP tunnel endpoints. Cumulus Linux initiates and terminates the VTEPs in hardware and identifies each VXLAN tunnel using the source and destination VTEP information, the applicable VNI, and UDP port 4789. The SN5000 therefore accesses each identified physical or virtual link through the corresponding physical or logical forwarding port. *See* Exs. 7–8.<br><br>EVPN multihoming further uses BGP-EVPN routes to discover the Ethernet segments and switch links through which packets are forwarded to multihomed destinations. The participating SN5000 switches synchronize MAC and neighbor information for those links, while the physical Ethernet- |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | segment ports and VXLAN tunnel ports collectively provide the available forwarding paths. Accordingly, the SN5000 practices identifying a set of links between unified switches for forwarding message-traffic packets, with the identified links defined by ports on the participating switches, as recited. *See* Exs. 3 and 7–8.<br><br>a set of links between unified switches for forwarding message-traffic packets, with the identified links defined by ports on the participating switches. *See* Exs. 3 and 7–8.<br><br>**Static VXLAN Tunnels**<br><br>Static VXLAN tunnels serve to connect two VTEPs in a given environment. Static VXLAN tunnels are the simplest deployment mechanism for small scale environments and are interoperable with other vendors that adhere to VXLAN standards. Because you map which VTEPs are in a particular VNI, you can avoid the tedious process of defining connections to every VLAN on every other VTEP on every other rack.<br><br>Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Static-VXLAN-Tunnels/ |

<table>
<tr><th>Claim / Element</th><th>Claim Language</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td></td><td>

The configuration examples use the following topology. Each IP address corresponds to the loopback address of the switch.




Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Static-VXLAN-Tunnels/

VXLAN uses a VLAN-like encapsulation technique to encapsulate MAC-based layer 2 Ethernet frames within layer 3 UDP packets. Each virtual network is a VXLAN logical layer 2 segment. VXLAN scales to 16 million segments - a 24-bit VXLAN network identifier (VNI ID) in the VXLAN header - for multi-tenancy.

Exhibit 8: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/

</td></tr>
</table>

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **EVPN Multihoming**<br><br>*EVPN multihoming* (EVPN-MH) provides support for all-active server redundancy. It is a standards-based replacement for MLAG in data centers deploying Clos topologies. Replacing MLAG provides these benefits:<br><br>• Eliminates the need for peerlinks or inter-switch links between the top of rack switches<br>• Allows more than two ToR switches a redundancy group<br>• Provides a single BGP-EVPN control plane<br>• Allows multi-vendor interoperability<br><br>EVPN-MH uses BGP-EVPN type-1, type-2 and type-4 routes to discover Ethernet segments (ES) and to forward traffic to those Ethernet segments. The MAC and neighbor databases synchronize between the Ethernet segment peers through these routes as well. An *Ethernet segment* is a group of switch links that attach to the same server. Each Ethernet segment has an unique Ethernet segment ID (ESI) across the entire PoD.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/<br><br>Cumulus Linux can start and stop VTEPs in hardware and supports wire-rate VXLAN. VXLAN provides an efficient hashing scheme across the IP fabric during the encapsulation process; the source UDP port is unique, with the hash based on layer 2 through layer 4 information from the original frame. The UDP destination port is the standard port 4789. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 8: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/ |
| **1[c]** | computing, based on a destination, at least one port corresponding to the destination, each of the links corresponding to a virtual tunnel or a physical connection and accessible via a port on the unified switch; | The Accused Instrumentalities practice computing, based on a destination, at least one port corresponding to the destination, each of the links corresponding to a virtual tunnel or a physical connection and accessible via a port on the unified switch. Consider the following exemplary evidence and analysis for further detail. The SN5000 computes a forwarding port by using the packet's destination MAC address to perform a lookup in the bridge forwarding database (FDB). The bridge FDB records MAC addresses against their corresponding interfaces and forwards each frame according to the interface associated with the destination. The FDB entries associate destination MAC addresses with physical bonds such as bond1 and bond2 or with the logical VXLAN interface vxlan48, thereby computing a specific port for each destination. *See* Exs. 9–10 and 11.<br><br>When the destination is reachable through the EVPN-VXLAN overlay, the corresponding MAC-table entry identifies vxlan48, which operates as a logical bridge port having an associated VNI, local tunnel address, and UDP tunnel endpoint. When the destination is locally attached, the forwarding entry identifies a physical bond comprising one or more physical switch ports. The VLAN-aware bridge includes both physical and logical interfaces within the same Layer-2 forwarding domain and maintains the VLAN membership used to determine which interfaces are eligible for forwarding. *See* Exs. 8–10 and 12. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | NVIDIA's documented traffic flow illustrates the resulting destination-based selection: the ingress leaf performs a Layer-2 lookup for the destination MAC address and forwards the packet through the applicable VNI toward the remote leaf; after the VXLAN-encapsulated frame arrives, the remote leaf performs another Layer-2 lookup and forwards the frame toward the locally attached destination. Collectively, the bridge MAC table, VLAN/VNI state, and VXLAN interface information disclose that the SN5000 computes, based on the destination, a corresponding port that provides access to either a virtual VXLAN tunnel or a physical Ethernet connection, as recited. *See* Exs. 8–12.<br><br>Bridge MAC Addresses<br><br>The switch learns the MAC address for a frame when the frame enters the bridge through an interface and records the MAC address in the bridge table. The bridge forwards the frame to its intended destination by looking up the destination MAC address. Cumulus Linux maintains the MAC entry for 1800 seconds (30 minutes). If the switch sees the frame with the same source MAC address before the MAC entry age expires, it refreshes the MAC entry age; if the MAC entry age expires, the switch deletes the MAC address from the bridge table.<br><br>Exhibit 9: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Ethernet-Bridging-VLANs/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The following shows example output for the `nv show bridge domain <domain> mac-table` command:<br><br>`cumulus@leaf01:mgmt:~$ nv show bridge domain br_default mac-table`<br>`entry-id  MAC address        vlan  interface  remote-dst  src-vni  entry-type    last-update  age`<br>`--------  -----------------  ----  ---------  ----------  -------  ------------  -----------  -------`<br>`1         48:b0:2d:fd:d3:bf  10    vxlan48                         extern_learn  8:06:02      8:06:02`<br>`2         48:b0:2d:4e:1c:fe  20    vxlan48                         extern_learn  8:06:02      8:06:02`<br>`3         48:b0:2d:a7:4d:ce  30    vxlan48                         extern_learn  8:06:02      8:06:02`<br>`4         48:b0:2d:53:d2:34  20    vxlan48                         extern_learn  8:06:30      8:06:30`<br>`5         44:38:39:be:ef:bb  4063  vxlan48                         extern_learn  8:06:30      8:06:30`<br>`6         48:b0:2d:2d:5f:b3  30    vxlan48                         extern_learn  8:06:32      8:06:32`<br>`7         44:38:39:be:ef:bb  4006  vxlan48                         extern_learn  8:06:32      8:06:32`<br><br>Exhibit 10: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/Troubleshooting-EVPN/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The sample output below shows `ip -d link show type vxlan` command output for one VXLAN interface. Relevant parameters are the VNI value, the state, the local IP address for the VXLAN tunnel, the UDP port number (4789) and the bridge of which the interface is part (*bridge* in the example below). The output also shows that MAC learning is *off* on the VXLAN interface.<br><br>`cumulus@leaf01:~$ ip -d link show type vxlan`<br>`14: vni10: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 9216 qdisc noqueue master bridge state UP mode DEFAULT group de`<br>`link/ether 42:83:73:20:46:ba brd ff:ff:ff:ff:ff:ff promiscuity 1 minmtu 68 maxmtu 65535`<br>`vxlan id 10 local 10.0.1.1 srcport 0 0 dstport 4789 nolearning ttl 64 ageing 300 udpcsum noudp6zerocsumtx no`<br>`bridge_slave state forwarding priority 8 cost 100 hairpin off guard off root_block off fastleave off learnin`<br>`...`<br><br>Exhibit 10: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/Troubleshooting-EVPN/<br><br>**Network Virtualization**<br><br>VXLAN is a standard overlay protocol that abstracts logical virtual networks from the physical network underneath. You can deploy simple and scalable layer 3 Clos architectures while extending layer 2 segments over that layer 3 network. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | Exhibit 8: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/<br><br>**VLAN-aware Bridge Mode**<br><br>VLAN-aware bridge mode in Cumulus Linux implements a configuration model for large-scale layer 2 environments, with *one single instance* of spanning tree protocol. Each physical bridge member port includes the list of allowed VLANs as well as the port VLAN ID, either the primary VLAN Identifier (PVID) or native VLAN. MAC address learning, filtering and forwarding are *VLAN-aware*. This reduces the configuration size, and eliminates the large overhead of managing the port and VLAN instances as subinterfaces, replacing them with lightweight VLAN bitmaps and state updates.<br><br>Exhibit 12: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Ethernet-Bridging-VLANs/VLAN-aware-Bridge-Mode/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The following images shows traffic flow between tenants. For simplicity, the images do not show spines and other devices.<br>**Traffic Flow between server01 and server04**<br><br><br>server01 and server04 are in the same VLAN but are across different leafs.<br>1. server01 makes a LACP hash decision and forwards traffic to leaf01.<br>2. leaf01 does a layer 2 lookup, has the MAC address for server04, and forwards the packet out VNI10, towards leaf04.<br>3. The VXLAN encapsulated frame arrives on leaf04, which does a layer 2 lookup and has the MAC address for server04 in VLAN10.<br><br>Exhibit 11: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/Configuration-Examples/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | Ethernet Bridging - VLANs<br><br>Ethernet bridges enable hosts to communicate through layer 2 by connecting the physical and logical interfaces in the system into a single layer 2 domain. The bridge is a logical interface with a MAC address and an MTU. The bridge MTU is the minimum MTU among all its members.<br><br>NOTE<br>• Bridge members can be individual physical interfaces, bonds, or logical interfaces that traverse an 802.1Q VLAN trunk.<br>• Cumulus Linux does not put all ports into a bridge by default.<br><br>Exhibit 9: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Ethernet-Bridging-VLANs/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The following example NVUE command output shows a MAC address table for the bridge.<br><br>cumulus@switch:~$ nv show bridge domain br_default mac-table<br>entry-id age bridge-domain entry-type interface last-update MAC address remote-dst src-vni<br>-------- ------- ------------- ------------ --------- ----------- ----------------- ----------- -------<br>1 0:12:54 br_default bond2 0:00:18 48:b0:2d:46:8f:ca<br>2 0:13:28 br_default bond2 0:01:17 48:b0:2d:66:cd:da<br>3 0:13:47 br_default permanent bond2 0:13:47 48:b0:2d:6c:f4:fc<br>4 0:12:54 br_default bond1 0:00:18 48:b0:2d:97:30:0d<br>5 0:13:28 br_default bond1 0:00:22 48:b0:2d:fc:d1:7f<br>6 0:13:47 br_default permanent bond1 0:13:47 48:b0:2d:b0:73:6d<br>7 0:06:36 br_default extern_learn vxlan48 0:06:36 44:38:39:be:ef:bb<br>8 0:12:53 br_default extern_learn vxlan48 0:12:53 48:b0:2d:28:23:1f<br>9 0:12:53 br_default extern_learn vxlan48 0:12:53 48:b0:2d:9d:37:18<br>10 0:12:53 br_default extern_learn vxlan48 0:12:53 48:b0:2d:e9:fd:e3<br>11 0:12:59 br_default extern_learn vxlan48 0:12:59 48:b0:2d:25:1f:8a<br><br>Exhibit 9: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Ethernet-Bridging-VLANs/ |
| **1[d]** | determining, at a unified switch | The Accused Instrumentalities practice determining, at a unified switch forwarding a packet to a destination, when forwarding on a particular port causes a loop back to the forwarding switch. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | forwarding a packet to a destination, when forwarding on a particular port causes a loop back to the forwarding switch; | Consider the following exemplary evidence and analysis for further detail. The SN5000 forwards VXLAN traffic through routed MH uplink interfaces. Cumulus Linux monitors these uplinks and withdraws the associated routes when connectivity to the VXLAN overlay is lost, thereby maintaining the forwarding state used by each SN5000 to determine which interfaces remain valid for packet transport. The MH uplinks provide the virtual portion of the forwarding path, while the shared Ethernet segment and its associated physical bonds provide the physical portion of the same VLAN/VNI forwarding domain. *See* Exs. 1 and 3.<br><br>EVPN multihoming uses BGP-EVPN type-1, type-2, and type-4 routes to discover the Ethernet segments and SN5000 switches participating in the redundant topology and to synchronize MAC and neighbor information among Ethernet-segment peers. Using this topology and interface state, the SN5000 identifies the physical and VXLAN paths associated with the shared forwarding domain and applies split-horizon and Designated Forwarder filters specifically to the MH uplinks carrying locally encapsulated or remotely received VXLAN traffic. NVIDIA's documentation states that 'the DF forwards flooded traffic received through the VXLAN overlay to the locally attached Ethernet segment' and that a 'designated forwarder (DF) is elected for each Ethernet segment,' confirming that the DF election dynamically determines which switch is authorized for local delivery and changes when VTEPs join or leave the segment. *See* Ex. 3.<br><br>NVIDIA's documentation expressly warns that 'if you configure EVPN-MH without MH uplinks, BUM traffic duplicates or loops back to the same ES. This can cause MAC flaps or other issues on |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | multihomed devices.' The SN5000 therefore uses the discovered EVPN-MH topology, the DF election state, and the status of the particular MH uplink to determine when forwarding through that path would return traffic through a previously traversed portion of the physical-and-virtual forwarding domain. Collectively, these operations practice determining, at an SN5000 forwarding a packet to a destination, when forwarding on a particular port causes a loop back through the forwarding topology, as recited. *See* Ex. 3. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Introduction**<br>**NVIDIA Spectrum Ethernet Switches**<br>NVIDIA Spectrum™ Ethernet switches accelerate networking for all layers of software and hardware. Fully standards-based Ethernet, they power NVIDIA Spectrum-X™ Ethernet for AI and support both traditional, pluggable, optical connectivity and groundbreaking co-packaged silicon photonics networking. Spectrum Ethernet switches enable operational efficiency with a wide variety of network operating system choices, including NVIDIA® Cumulus® Linux and Pure SONiC. Spectrum Ethernet switches also offer innovative digital twins with NVIDIA DSX Air and network visibility through NVIDIA NetQ™.<br><br>Exhibit 1: https://www.nvidia.com/en-us/networking/ethernet-switching/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br><br>Exhibit 1: https://www.nvidia.com/en-us/networking/ethernet-switching/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | Enable uplink Tracking<br><br>When all uplinks go down, the VTEP loses connectivity to the VXLAN overlay. To prevent traffic loss, Cumulus Linux tracks the operational state of the uplink. When all the uplinks are down, the Ethernet segment bonds on the switch are in a protodown or error-disabled state. An MH uplink is any routed interface to which the switch routes locally encapsulated VXLAN traffic (after encapsulation) or any routed interface receiving VXLAN traffic (before decapsulation) that the local device decapsulates.<br><br>⚠ IMPORTANT<br><br>Split-horizon and Designated-Forwarder filters only apply to interfaces that are MH uplinks. If you configure EVPN-MH without MH uplinks, BUM traffic duplicates or loops back to the same ES. This can cause MAC flaps or other issues on multihomed devices.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/<br><br>EVPN-MH uses BGP-EVPN type-1, type-2 and type-4 routes to discover Ethernet segments (ES) and to forward traffic to those Ethernet segments. The MAC and neighbor databases synchronize between the Ethernet segment peers through these routes as well. An *Ethernet segment* is a group of switch links that attach to the same server. Each Ethernet segment has an unique Ethernet segment ID (ESI) across the entire PoD. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/ |
| **1[e]** | identifying, in response to the determined loop, a loop rule, the loop rule indicative of another port for forwarding to the destination; and | The Accused Instrumentalities practice identifying, in response to the determined loop, a loop rule, the loop rule indicative of another port for forwarding to the destination. Consider the following exemplary evidence and analysis for further detail. The SN5000 uses EVPN multihoming to control BUM traffic across the physical Ethernet-segment and virtual VXLAN paths of the shared VLAN/VNI forwarding domain. Cumulus Linux applies split-horizon and Designated Forwarder filters to MH uplinks because, as NVIDIA's documentation states, 'if you configure EVPN-MH without MH uplinks, BUM traffic duplicates or loops back to the same ES.' The split-horizon filter restricts the forwarding path associated with the determined loop and therefore constitutes the claimed loop rule. *See* Ex. 3.<br><br>Designated Forwarder election identifies the alternative path permitted for destination delivery. NVIDIA's documentation states that 'the DF forwards flooded traffic received through the VXLAN overlay to the locally attached Ethernet segment' and that operators should 'specify a preference on an Ethernet segment for the DF election, as this leads to predictable failure scenarios.' The locally attached Ethernet-segment interface provides the physical destination-facing path within the VLAN/VNI service and therefore constitutes the claimed 'another port for forwarding to the destination.' *See* Ex. 3. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | NVIDIA's documented traffic flow further shows a VXLAN-encapsulated frame arriving at the destination leaf, after which the SN5000 performs a Layer-2 lookup for the locally attached destination. Collectively, split-horizon filtering excludes the virtual path that could return or duplicate the traffic, while Designated Forwarder election and the destination lookup identify the local physical Ethernet-segment interface as the permitted forwarding path. Accordingly, the EVPN-MH forwarding controls practice identifying, in response to the determined loop, a loop rule indicative of another port for forwarding to the destination, as recited. *See* Exs. 3 and 11.<br><br>⚠ IMPORTANT<br><br>Split-horizon and Designated-Forwarder filters only apply to interfaces that are MH uplinks. If you configure EVPN-MH without MH uplinks, BUM traffic duplicates or loops back to the same ES. This can cause MAC flaps or other issues on multihomed devices.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Supported Features<br><br>• Known unicast traffic multihoming through type-1/EAD (Ethernet auto discovery) routes and type-2 (non-zero ESI) routes. Includes all-active redundancy using aliasing and support for fast failover.<br>• LACP Bypass.<br>  ◦ When an EVPN-MH bond enters LACP bypass state, BGP stops advertising EVPN type-1 and type-4 routes for that bond. The switch disables split-horizon and designated forwarder filters.<br>  ◦ When an EVPN-MH bond exits the LACP bypass state, BGP starts advertising EVPN type-1 and type-4 routes for that bond. The switch enables split-horizon and designated forwarder filters.<br>• EVI - Cumulus Linux supports VLAN-based service only, so the EVI is just a layer 2 VNI.<br>• Supported ASICs include NVIDIA Spectrum A1, Spectrum-2 and later.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/<br><br>The switch selects a *designated forwarder* (DF) for each Ethernet segment. The DF forwards flooded traffic received through the VXLAN overlay to the locally attached Ethernet segment. Specify a preference on an Ethernet segment for the DF election, as this leads to predictable failure scenarios. The EVPN VTEP with the highest DF preference setting becomes the DF. The DF preference setting defaults to *32767*.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The following images shows traffic flow between tenants. For simplicity, the images do not show spines and other devices.<br>**Traffic Flow between server01 and server04**<br><br><br>server01 and server04 are in the same VLAN but are across different leafs.<br>1. server01 makes a LACP hash decision and forwards traffic to leaf01.<br>2. leaf01 does a layer 2 lookup, has the MAC address for server04, and forwards the packet out VNI10, towards leaf04.<br>3. The VXLAN encapsulated frame arrives on leaf04, which does a layer 2 lookup and has the MAC address for server04 in VLAN10.<br><br>Exhibit 11: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/Configuration-Examples/ |
| **1[f]** | forwarding the packet on the port indicated by the loop rule, the indicated port corresponding to a different one of a | The Accused Instrumentalities practice forwarding the packet on the port indicated by the loop rule, the indicated port corresponding to a different one of a tunnel or a physical port than the particular port causing the loop. Consider the following exemplary evidence and analysis for further detail. When BUM traffic reaches an SN5000 through the VXLAN overlay, Cumulus Linux applies EVPN-MH split-horizon and Designated Forwarder controls to the redundant physical and virtual paths of the shared VLAN/VNI forwarding domain. Split-horizon filtering restricts the MH-uplink path that could |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | tunnel or a physical port than the particular port causing the loop. | duplicate the traffic or return the traffic toward the same Ethernet segment, thereby reintroducing the traffic into the redundant SN5000 topology, while Designated Forwarder election identifies the SN5000 authorized to forward the traffic locally. *See* Ex. 3.<br><br>The elected SN5000 forwards the flooded traffic received through the VXLAN overlay to the locally attached Ethernet segment. The VXLAN overlay and MH uplink provide the virtual tunnel path, while the locally attached Ethernet segment is reached through a physical bond and its constituent switch ports. The forwarding path authorized by the EVPN-MH loop controls therefore corresponds to a physical port that differs in type from the virtual path associated with the looping condition. *See* Ex. 3.<br><br>NVIDIA's documented traffic flow illustrates this operation: the ingress leaf forwards the packet through VNI10 toward the destination leaf, where the VXLAN-encapsulated frame arrives and undergoes a Layer-2 lookup for the locally attached destination. The loop-causing path is the virtual VXLAN MH-uplink tunnel, while the DF-authorized forwarding path is the physical Ethernet-segment bond—two different types of ports (tunnel versus physical), directly satisfying the claim's requirement that 'the indicated port corresponding to a different one of a tunnel or a physical port than the particular port causing the loop.' Collectively, the SN5000 practices forwarding the packet on the port indicated by the loop rule, where the indicated port corresponds to a different one of a tunnel or physical port than the port causing the loop, as recited. *See* Exs. 3 and 11. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | The switch selects a *designated forwarder* (DF) for each Ethernet segment. The DF forwards flooded traffic received through the VXLAN overlay to the locally attached Ethernet segment. Specify a preference on an Ethernet segment for the DF election, as this leads to predictable failure scenarios. The EVPN VTEP with the highest DF preference setting becomes the DF. The DF preference setting defaults to *32767*.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/<br><br>⚠ IMPORTANT<br><br>Split-horizon and Designated-Forwarder filters only apply to interfaces that are MH uplinks. If you configure EVPN-MH without MH uplinks, BUM traffic duplicates or loops back to the same ES. This can cause MAC flaps or other issues on multihomed devices.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The following images shows traffic flow between tenants. For simplicity, the images do not show spines and other devices.<br>**Traffic Flow between server01 and server04**<br><br><br>server01 and server04 are in the same VLAN but are across different leafs.<br>1. server01 makes a LACP hash decision and forwards traffic to leaf01.<br>2. leaf01 does a layer 2 lookup, has the MAC address for server04, and forwards the packet out VNI10, towards leaf04.<br>3. The VXLAN encapsulated frame arrives on leaf04, which does a layer 2 lookup and has the MAC address for server04 in VLAN10.<br><br>Exhibit 11: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/Configuration-Examples/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| 2 | The method of claim 1 wherein determining includes computing a | The Accused Instrumentalities practice the method of claim 1 wherein determining includes computing a set of links defining a loop, each of the links accessible for forwarding via a port, the loop causing a routing path back to a node from which a packet was previously sent. Consider the following |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | set of links defining a loop, each of the links accessible for forwarding via a port, the loop causing a routing path back to a node from which a packet was previously sent. | exemplary evidence and analysis for further detail. The SN5000 uses EVPN type-1 routes to identify the redundant VTEPs providing access to an Ethernet segment, type-2 routes to advertise destination MAC/IP reachability through those VTEPs, and type-4 routes to identify the VTEPs participating as peers for the same Ethernet segment. Collectively, these routes identify the switches, destination reachability, and physical Ethernet-segment relationships forming the redundant forwarding topology, while the MH uplink ports provide the virtual VXLAN paths between the participating VTEPs. The loop path is concrete: a BUM frame entering a leaf through the locally attached Ethernet-segment bond is VXLAN-encapsulated and forwarded via the MH uplink to a remote peer leaf, which then forwards the frame back toward the same shared Ethernet segment—returning the traffic to the node from which it was previously sent. *See* Ex. 3.<br><br>Cumulus Linux applies split-horizon and Designated Forwarder controls to these MH uplinks because, as NVIDIA's documentation confirms, without the controls 'BUM traffic duplicates or loops back to the same ES.' The return to the shared Ethernet segment reintroduces the traffic into the previously traversed SN5000 forwarding topology. Collectively, the EVPN route information, Ethernet-segment relationships, and MH-uplink state disclose that the SN5000 computes a port-accessible set of links defining a return path to a previously traversed node, as recited. *See* Ex. 3. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | EVPN-MH uses BGP-EVPN type-1, type-2 and type-4 routes to discover Ethernet segments (ES) and to forward traffic to those Ethernet segments. The MAC and neighbor databases synchronize between the Ethernet segment peers through these routes as well. An *Ethernet segment* is a group of switch links that attach to the same server. Each Ethernet segment has an unique Ethernet segment ID (ESI) across the entire PoD.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/<br><br>Enable uplink Tracking<br><br>When all uplinks go down, the VTEP loses connectivity to the VXLAN overlay. To prevent traffic loss, Cumulus Linux tracks the operational state of the uplink. When all the uplinks are down, the Ethernet segment bonds on the switch are in a protodown or error-disabled state. An MH uplink is any routed interface to which the switch routes locally encapsulated VXLAN traffic (after encapsulation) or any routed interface receiving VXLAN traffic (before decapsulation) that the local device decapsulates.<br><br>⚠ IMPORTANT<br><br>Split-horizon and Designated-Forwarder filters only apply to interfaces that are MH uplinks. If you configure EVPN-MH without MH uplinks, BUM traffic duplicates or loops back to the same ES. This can cause MAC flaps or other issues on multihomed devices. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| 7 | The method of claim 2 wherein determining the loop further comprises determining that the destination is accessible by both a physical connection and a virtual tunnel, and the identified loop rule directs invocation of the physical connection for forwarding the packet. | The Accused Instrumentalities practice the method of claim 2 wherein determining the loop further comprises determining that the destination is accessible by both a physical connection and a virtual tunnel, and the identified loop rule directs invocation of the physical connection for forwarding the packet. Consider the following exemplary evidence and analysis for further detail. The SN5000's VLAN-aware bridge combines physical interfaces, bonds, and logical VXLAN interfaces within the same Layer-2 forwarding domain. The bridge MAC table associates locally reachable destinations with physical bonds and remotely learned EVPN destinations with the VXLAN interface, enabling the SN5000 to determine that the destination is accessible by both a physical connection and a virtual tunnel within the same VLAN/VNI. *See* Exs. 10 and 11.<br><br>When redundant EVPN-MH paths could cause BUM traffic to duplicate or loop back to the same Ethernet segment, split-horizon filtering restricts the impermissible overlay path and Designated Forwarder election selects the SN5000 authorized to deliver the traffic locally. NVIDIA's documentation states that 'the DF forwards flooded traffic received through the VXLAN overlay to the |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | locally attached Ethernet segment.’ The elected SN5000 forwards the VXLAN-received packet through the physical Ethernet-segment connection toward the destination. Accordingly, the identified loop rule directs invocation of the physical connection where the destination is accessible through both physical and virtual connectivity, as recited. *See* Exs. 3 and 11.<br><br>**Ethernet Bridging - VLANs**<br><br>Ethernet bridges enable hosts to communicate through layer 2 by connecting the physical and logical interfaces in the system into a single layer 2 domain. The bridge is a logical interface with a MAC address and an MTU. The bridge MTU is the minimum MTU among all its members.<br><br>NOTE<br>• Bridge members can be individual physical interfaces, bonds, or logical interfaces that traverse an 802.1Q VLAN trunk.<br>• Cumulus Linux does not put all ports into a bridge by default.<br><br>Exhibit 9: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Ethernet-Bridging-VLANs/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The following example NVUE command output shows a MAC address table for the bridge. |

```
cumulus@switch:~$ nv show bridge domain br_default mac-table
entry-id  age      bridge-domain  entry-type    interface  last-update  MAC address        remote-dst  src-vni
--------  -------  -------------  ------------  ---------  -----------  -----------------  ----------  -------
1         0:12:54  br_default                   bond2      0:00:18      48:b0:2d:46:8f:ca
2         0:13:28  br_default                   bond2      0:01:17      48:b0:2d:66:cd:da
3         0:13:47  br_default     permanent     bond2      0:13:47      48:b0:2d:6c:f4:fc
4         0:12:54  br_default                   bond1      0:00:18      48:b0:2d:97:30:0d
5         0:13:28  br_default                   bond1      0:00:22      48:b0:2d:fc:d1:7f
6         0:13:47  br_default     permanent     bond1      0:13:47      48:b0:2d:b0:73:6d
7         0:06:36  br_default     extern_learn  vxlan48    0:06:36      44:38:39:be:ef:bb
8         0:12:53  br_default     extern_learn  vxlan48    0:12:53      48:b0:2d:28:23:1f
9         0:12:53  br_default     extern_learn  vxlan48    0:12:53      48:b0:2d:9d:37:18
10        0:12:53  br_default     extern_learn  vxlan48    0:12:53      48:b0:2d:e9:fd:e3
11        0:12:59  br_default     extern_learn  vxlan48    0:12:59      48:b0:2d:25:1f:8a
```

Exhibit 9: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Ethernet-Bridging-VLANs/

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | IMPORTANT<br><br>Split-horizon and Designated-Forwarder filters only apply to interfaces that are MH uplinks. If you configure EVPN-MH without MH uplinks, BUM traffic duplicates or loops back to the same ES. This can cause MAC flaps or other issues on multihomed devices.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/<br><br>EVPN-MH uses BGP-EVPN type-1, type-2 and type-4 routes to discover Ethernet segments (ES) and to forward traffic to those Ethernet segments. The MAC and neighbor databases synchronize between the Ethernet segment peers through these routes as well. An *Ethernet segment* is a group of switch links that attach to the same server. Each Ethernet segment has an unique Ethernet segment ID (ESI) across the entire PoD.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The switch selects a *designated forwarder* (DF) for each Ethernet segment. The DF forwards flooded traffic received through the VXLAN overlay to the locally attached Ethernet segment. Specify a preference on an Ethernet segment for the DF election, as this leads to predictable failure scenarios. The EVPN VTEP with the highest DF preference setting becomes the DF. The DF preference setting defaults to *32767*.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-516/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/EVPN-Multihoming/<br><br>The following images shows traffic flow between tenants. For simplicity, the images do not show spines and other devices.<br><br>**Traffic Flow between server01 and server04**<br><br><br><br><br>server01 and server04 are in the same VLAN but are across different leafs.<br>1. server01 makes a LACP hash decision and forwards traffic to leaf01.<br>2. leaf01 does a layer 2 lookup, has the MAC address for server04, and forwards the packet out VNI10, towards leaf04.<br>3. The VXLAN encapsulated frame arrives on leaf04, which does a layer 2 lookup and has the MAC address for server04 in VLAN10.<br><br>Exhibit 11: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/Configuration-Examples/ |