# EXHIBIT 8

**US 8,351,431 B2 v. NVIDIA**

**Claim Chart (Claims 1, 3, and 5)**

## A. Accused Instrumentalities

The Accused Instrumentalities are the NVIDIA Spectrum SN5000 series switches and the software that configures and operates them, including NVIDIA Cumulus Linux. An exemplary implementation is the NVIDIA Spectrum-4 SN5000-series switch (for example, the SN5600) operating with NVIDIA Cumulus Linux in a PIM active-active MLAG configuration. The exemplary implementation is identified for illustration only, and Plaintiff does not limit the Accused Instrumentalities to it. As detailed below, the Accused Instrumentalities practice each element of claims 1, 3, and 5 of U.S. Patent No. 8,351,431 B2 ("the '431 patent"). These exemplary charts are not intended to comprehensively address all NVIDIA infringement, which will be provided as discovery progresses in accordance with the disclosure obligations in this case.

Upon information and belief, NVIDIA directly infringes under 35 U.S.C. § 271(a) by making, using, offering to sell, selling within, and importing into the United States the Accused Instrumentalities. NVIDIA designs and supplies the Spectrum SN5000 series switch hardware and the Cumulus Linux software that configures and operates it. NVIDIA further uses the Accused Instrumentalities each time it operates, tests, validates, demonstrates, benchmarks, or supports them, including in its own testing and reference environments.

To the extent any step or element of the accused operation is performed by a customer or network operator rather than by NVIDIA, NVIDIA directs or controls that performance and conditions the receipt of a benefit on it. NVIDIA prescribes the manner of operation through mandatory configuration steps, firmware settings, and driver parameters. NVIDIA further knows that these products are routinely implemented by organizations operating large-scale, high-bandwidth data centers that require extreme network reliability and redundancy, such as Hyperscale Cloud Providers, Enterprise Data Center Operators, AI Infrastructure Builders, High Performance Computing Centers, and Telecommunications and Managed Service Providers.

## B. Exhibit List

| Exhibit | Description |
|---|---|
| Exhibit 1 | https://dam-cdn.nvd.orangelogic.com/AssetLink/hm86386g5i27tj0g7ax45on587s03hb6.pdf |
| Exhibit 2 | https://networking-docs.nvidia.com/sn5000hw/software-management |
| Exhibit 3 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/System-Configuration/Configuring-switchd/ |

| Exhibit | Description |
|---|---|
| Exhibit 4 | https://networking-docs.nvidia.com/sn5000hw/introduction |
| Exhibit 5 | https://resources.nvidia.com/en-us-accelerated-networking-resource-library/ethernet-switches?xs=1123790#page=1 |
| Exhibit 6 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-55/System-Configuration/In-Service-System-Upgrade-ISSU/ |
| Exhibit 7 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Protocol-Independent-Multicast-PIM/ |
| Exhibit 8 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Multi-Chassis-Link-Aggregation-MLAG/ |
| Exhibit 9 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Bonding-Link-Aggregation/ |
| Exhibit 10 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-1-and-Switch-Ports/Interface-Configuration-and-Management/Switch-Port-Attributes/ |
| Exhibit 11 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Multi-Chassis-Link-Aggregation-MLAG/#check-mlag-status |

| Exhibit | Description |
|---|---|
| Exhibit 12 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-1-and-Switch-Ports/Interface-Configuration-and-Management/ |

**Claim Chart — US 8,351,431 B2 (Claims 1, 3, and 5)**

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| **1[pre]** | A computer-implemented method in which a Forwarding Data Unit (FDU) performs operations providing a fast re-route of a multicast packet within a network element to an available port associated with a multi-link trunk, the method comprising the steps of: | The Accused Instrumentalities practice a computer-implemented method in which a Forwarding Data Unit (FDU) performs operations providing a fast re-route of a multicast packet within a network element to an available port associated with a multi-link trunk. For example, the Accused Instrumentalities comprise Ethernet switch systems powered by the NVIDIA Spectrum-4 ASIC operating with Cumulus Linux in a PIM active-active MLAG configuration, in which the Spectrum-4 forwarding datapath performs computer-implemented multicast forwarding using ASIC-maintained forwarding entries and redirects multicast traffic to available bond members through hash recalculation upon failover, without control-plane intervention, within a distributed MLAG bond spanning two physical switches. *See also* citations and analysis for remaining elements of claim 1. For further detail, consider the following exemplary evidence and analysis below.<br><br>Exhibit 3 explains that the switchd service enables the switch to communicate with Cumulus Linux and its applications. Exhibit 6 further discloses that the switching ASIC maintains forwarding entries used by the data plane and continues forwarding with existing entries even when the control plane is |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | temporarily unavailable. Thus, Cumulus Linux and switchd provide the software environment for programming the switch, while the Spectrum-4 forwarding datapath performs computer-implemented forwarding operations using ASIC-maintained forwarding state. *See* Exs. 3 and 6.<br><br>Exhibit 7 discloses that multicast traffic arriving at one MLAG-enabled switch passes over the peerlink to the other MLAG-enabled switch. Exhibit 8 discloses that MLAG distributes the links of one logical bond, LAG, or trunk across two physical switches and supports active-active operation for redundancy. Exhibit 9 further discloses that bonding aggregates multiple interfaces into a single logical bond and provides load balancing and failover protection. Thus, the multicast stream is available to the Spectrum-4 forwarding datapaths, while the distributed MLAG bond provides local and remote physical members through which traffic can continue. *See* Exs. 7–9.<br><br>Collectively, the cited materials practice the claimed operation in an SN5000 network element in which the Spectrum-4 forwarding datapath performs software-programmed multicast forwarding using ASIC-maintained forwarding entries. NVIDIA's bonding documentation confirms that the Spectrum-4 ASIC implements fast re-routing within multi-link trunks: "In a failover event, the switch adjusts the hash calculation to steer traffic over available slaves" (Ex. 9). This hash-recalculation mechanism enables the forwarding datapath to redirect multicast traffic from a failed bond member to an available bond member without control-plane intervention, constituting fast re-routing at the data-plane level. The materials further describe the transfer of the multicast stream between MLAG peers and a |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | distributed logical bond having active physical members on separate switches for redundancy and failover protection. NVIDIA further discloses the PIM active-active MLAG configuration command: "nv set interface vlan10 router pim active-active enabled" (Ex. 7), confirming this is an explicitly configured operational mode of the Accused Instrumentalities.<br><br>*See* Exs. 1–9. Accordingly, the SN5000 arrangement operating with Cumulus Linux in a PIM active-active MLAG configuration practices fast re-routing of a multicast packet toward an available member port of a multi-link trunk, as recited.<br><br>The SN5000 series is ideal for enabling cloud-scale infrastructures for data centers of any size. SN5000 switch systems provide high performance, consistent low latency, and support for advanced data center networking features, making them ideal for cloud networks and end-to-end data center fabrics.<br><br>Powered by the NVIDIA Spectrum-4 application-specific integrated circuit (ASIC), the SN5000 series features dynamic, flexible shared buffers and predictable performance. SN5000 switches are built to accelerate clouds and power NVIDIA platforms, including the NVIDIA Spectrum-X™ networking platform, NVIDIA MGX™, NVIDIA DGX™, NVIDIA HGX™, NVIDIA RTX™ Pro Server, and AI software tools such as NVIDIA AI Enterprise and NVIDIA Mission Control™.<br><br>Exhibit 1: https://dam-cdn.nvd.orangelogic.com/AssetLink/hm86386g5i27tj0g7ax45on587s03hb6.pdf |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | **Software Management**<br><br>SN5000 series switches are available with the following software options:<br><br>• Pre-installed with NVIDIA Cumulus Linux.<br>• Bare metal including ONIE image, installable with any ONIE-mounted OS.<br><br>Exhibit 2: https://networking-docs.nvidia.com/sn5000hw/software-management<br><br>**Configuring switchd**<br><br>The `switchd` service enables the switch to communicate with Cumulus Linux and all the applications running on Cumulus Linux.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/System-Configuration/Configuring-switchd/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | SN5000 switch systems are based on the high-performance Spectrum-4 ASIC with a bidirectional switching capacity of up to 51.2 Tbps. SN5000 platforms are available in a range of configurations, each delivering high performance combined with feature-rich layer 2 and layer 3 forwarding, ideally suited for both top-of-rack leaf and fixed configuration spines. The SN5000 series provides full wire speed, cut through-mode latency, on-chip fully-shared 128MB packet buffering, and flexible port use in addition to advanced capabilities. Combining a wide range of innovations in the areas of programmability, telemetry, and tunneling with industry-leading performance, NVIDIA SN5000 series is capable of addressing the complex networking requirements of today's data centers.<br><br>Exhibit 4: https://networking-docs.nvidia.com/sn5000hw/introduction |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | |  <br>Exhibit 5: https://resources.nvidia.com/en-us-accelerated-networking-resource-library/ethernet-switches?xs=1123790#page=1 |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Restart Mode<br><br>You can configure the switch to restart in one of the following modes.<br><br>• **cold** restarts the system and resets all the hardware devices on the switch (including the switching ASIC).<br><br>• **fast** restarts the system more efficiently with minimal impact to traffic by reloading the kernel and software stack without a hard reset of the hardware. During a fast restart, the system decouples from the network to the extent possible using existing protocol extensions before recovering to the operational mode of the system. The restart process maintains the forwarding entries of the switching ASIC and the data plane is not affected. Traffic outage is much lower in this mode as there is a momentary interruption after reboot, while the system reinitializes.<br><br>**warm** restarts the system with no interruption to traffic for existing route entries. Warm mode diverts traffic from itself and restarts the system without a hardware reset of the switch ASIC. While this process does not affect the data plane, the control plane is absent during restart and is unable to process routing updates. However, if no alternate paths exist, the switch continues forwarding with the existing entries with no interruptions.<br><br>Exhibit 6: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-55/System-Configuration/In-Service-System-Upgrade-ISSU/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Protocol Independent Multicast - PIM<br><br>PIM is a multicast control plane protocol that advertises multicast sources and receivers over a routed layer 3 network. Layer 3 multicast relies on PIM to advertise information about multicast capable routers, and the location of multicast senders and receivers. Multicast does not go through a routed network without PIM.<br><br>Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Protocol-Independent-Multicast-PIM/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | PIM Active-active with MLAG<br><br>When a **multicast sender** attaches to an MLAG bond, the sender hashes the outbound multicast traffic over a single member of the bond. Traffic arrives on one of the MLAG enabled switches. Regardless of which switch receives the traffic, it goes over the MLAG peer link to the other MLAG-enabled switch, because the peer link is always the multicast router port and always receives the multicast stream.<br><br>Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Protocol-Independent-Multicast-PIM/ |

<table>
<tr><th>Claim / Element</th><th>Claim Language</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td></td><td>MLAG enables a server or switch with a two-port bond, such as a link aggregation group (LAG), EtherChannel, port group or trunk, to connect those ports to different switches and operate as if they connect to a single, logical switch. This provides greater redundancy and greater system throughput.<br><br>Dual-connected devices can create LACP bonds that contain links to each physical switch; Cumulus Linux supports active-active links from the dual-connected devices even though they connect to two different physical switches.<br><br>Exhibit 8: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Multi-Chassis-Link-Aggregation-MLAG/<br><br>Bonding - Link Aggregation<br><br>Linux bonding provides a way to aggregate multiple network interfaces (slaves) into a single logical bonded interface (bond). Link aggregation is useful for linear scaling of bandwidth, load balancing, and failover protection.</td></tr>
</table>

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 9: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Bonding-Link-Aggregation/<br><br>Create a Bond<br><br>To create a bond, specify the bond members. In the example below, the front panel port interfaces swp1 thru swp4 are members of bond1 but swp5 and swp6 are not part of bond1.<br><br><br><br>Exhibit 9: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Bonding-Link-Aggregation/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br>Exhibit 9: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Bonding-Link-Aggregation/ |
| **1[a]** | receiving a packet by said FDU in a data plane of a network element; | The Accused Instrumentalities practice receiving a packet by the FDU in a data plane of a network element. For example, the Accused Instrumentalities receive multicast packets at the Spectrum-4 ASIC forwarding datapath, which performs Layer 2 and Layer 3 forwarding operations in the data plane of each SN5000 network element using ASIC-maintained forwarding entries. In the PIM active-active MLAG configuration, multicast traffic arriving at one MLAG-enabled switch is received and processed by the Spectrum-4 forwarding datapath in the data plane of that switch. *See also* citations and analysis for remaining elements of claim 1. For further detail, consider the following exemplary evidence and analysis below.<br><br>Exhibit 4 discloses that the NVIDIA Spectrum SN5000 switch systems are based on the high-performance Spectrum-4 ASIC and provide feature-rich Layer 2 and Layer 3 forwarding, full-wire- |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | speed performance, cut-through-mode latency, on-chip packet buffering, and flexible port use. Accordingly, the forwarding datapath implemented in the Spectrum-4 ASIC is identified as the claimed Forwarding Data Unit ("FDU") within each SN5000 network element. *See* Ex. 4.<br><br>Exhibit 6 further establishes that the Spectrum-4 switching ASIC performs forwarding operations in the data plane using ASIC-maintained forwarding entries. In particular, Exhibit 6 discloses that, during a fast restart, the forwarding entries of the switching ASIC are maintained and the data plane is not affected. Exhibit 6 also explains that, during a warm restart, the switch continues forwarding using existing entries even while the control plane is unavailable. Thus, the Spectrum-4 forwarding datapath operates with associated forwarding state and performs packet-forwarding operations in the data plane of the SN5000 network element. *See* Ex. 6.<br><br>Exhibit 7 expressly discloses receipt of a multicast packet by the identified forwarding datapath. In the shared-tree example, the FHR receives a multicast data packet from the source, encapsulates the packet in a unicast PIM Register message, and sends the message toward the rendezvous point. Exhibit 7 identifies leaf01 as the FHR receiving the multicast packet from server01. In the PIM active-active MLAG example, Exhibit 7 further discloses that multicast traffic from a sender attached to an MLAG bond arrives at one of the MLAG-enabled switches. The illustrated flow shows server02 sending traffic to leaf02, after which leaf02 forwards the traffic to leaf01 over the MLAG peerlink. Consistent |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | with the identified FDU, the Spectrum-4 forwarding datapath in the initially receiving switch receives and processes the packet in the data plane of that SN5000 network element. *See* Ex. 7.<br><br>NVIDIA's PIM documentation provides a detailed traffic-flow diagram: "server02 sends traffic to leaf02. leaf02 forwards traffic to leaf01 because the peerlink is a multicast router port" (Ex. 7). This confirms that the Spectrum-4 forwarding datapath in the receiving SN5000 switch receives and processes the multicast packet in the data plane.<br><br>Collectively, Exhibits 4, 6, and 7 establish that an SN5000 network element has a Spectrum-4 forwarding datapath that performs Layer 2 and Layer 3 forwarding using ASIC-maintained forwarding entries. Exhibit 7 further confirms that a multicast packet arrives at and is received by an MLAG-enabled switch (SN5000 network element). *See* Exs. 4, 6, and 7. Accordingly, the cited materials practice receiving a packet by the identified Spectrum-4 forwarding datapath in the data plane of an SN5000 network element, as recited. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Step 1**<br><br><br>1. server02 sends traffic to leaf02.<br>2. leaf02 forwards traffic to leaf01 because the peer link is a multicast router port.<br>3. spine01 receives a PIM register from leaf01, the DR.<br>4. leaf02 syncs the *,G table from leaf01 as an MLAG active-active peer.<br><br>Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Protocol-Independent-Multicast-PIM/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br><br>Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Protocol-Independent-Multicast-PIM/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | SN5000 switch systems are based on the high-performance Spectrum-4 ASIC with a bidirectional switching capacity of up to 51.2 Tbps. SN5000 platforms are available in a range of configurations, each delivering high performance combined with feature-rich layer 2 and layer 3 forwarding, ideally suited for both top-of-rack leaf and fixed configuration spines. The SN5000 series provides full wire speed, cut through-mode latency, on-chip fully-shared 128MB packet buffering, and flexible port use in addition to advanced capabilities. Combining a wide range of innovations in the areas of programmability, telemetry, and tunneling with industry-leading performance, NVIDIA SN5000 series is capable of addressing the complex networking requirements of today's data centers.<br><br>Exhibit 4: https://networking-docs.nvidia.com/sn5000hw/introduction |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Restart Mode<br><br>You can configure the switch to restart in one of the following modes.<br><br>• **cold** restarts the system and resets all the hardware devices on the switch (including the switching ASIC).<br><br>• **fast** restarts the system more efficiently with minimal impact to traffic by reloading the kernel and software stack without a hard reset of the hardware. During a fast restart, the system decouples from the network to the extent possible using existing protocol extensions before recovering to the operational mode of the system. The restart process maintains the forwarding entries of the switching ASIC and the data plane is not affected. Traffic outage is much lower in this mode as there is a momentary interruption after reboot, while the system reinitializes.<br><br>**warm** restarts the system with no interruption to traffic for existing route entries. Warm mode diverts traffic from itself and restarts the system without a hardware reset of the switch ASIC. While this process does not affect the data plane, the control plane is absent during restart and is unable to process routing updates. However, if no alternate paths exist, the switch continues forwarding with the existing entries with no interruptions.<br><br>Exhibit 6: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-55/System-Configuration/In-Service-System-Upgrade-ISSU/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | PIM Active-active with MLAG<br><br>When a **multicast sender** attaches to an MLAG bond, the sender hashes the outbound multicast traffic over a single member of the bond. Traffic arrives on one of the MLAG enabled switches. Regardless of which switch receives the traffic, it goes over the MLAG peer link to the other MLAG-enabled switch, because the peer link is always the multicast router port and always receives the multicast stream.<br><br>Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Protocol-Independent-Multicast-PIM/ |
| **1[b]** | determining that the packet is a multicast packet; | The Accused Instrumentalities practice determining that the packet is a multicast packet. For example, the Accused Instrumentalities identify and process multicast packets using PIM, IGMP, and multicast forwarding state, including PIM Register encapsulation, (S,G) and (*,G) multicast state, IGMP membership information, and the Layer 2 MDB table. The PIM active-active MLAG configuration inherently requires the switch to distinguish multicast traffic from unicast traffic to apply the correct forwarding logic. *See also* citations and analysis for remaining elements of claim 1. For further detail, consider the following exemplary evidence and analysis below. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | Exhibit 7 discloses that NVIDIA Cumulus Linux identifies and processes multicast packets using PIM (Protocol Independent Multicast), IGMP (Internet Group Management Protocol), and multicast forwarding state. In the shared-tree traffic-flow example, Exhibit 7 expressly states that the first-hop router receives a "multicast data packet" from the source. *See* Ex. 7.<br><br>Exhibit 7 further confirms multicast determination in the accused PIM active-active MLAG configuration. Exhibit 7 identifies the transmitting endpoint as a "multicast sender," identifies the transmitted traffic as "outbound multicast traffic," and explains that the traffic arriving at one MLAG-enabled switch is passed over the peerlink because the peerlink is a "multicast router port" that receives the "multicast stream." Exhibit 7 also discloses that an IGMP join from a dual-attached multicast receiver is entered into the IGMP Join table and Layer 2 MDB table, after which both MLAG switches program IGMP and MDB forwarding information and receive the multicast stream. *See* Ex. 7.<br><br>Collectively, Exhibit 7 identifies the received packet as a multicast data packet and discloses subsequent processing using PIM Register encapsulation, (S,G) and (*,G) multicast state, IGMP membership information, and the Layer 2 MDB table. Consistent with the identified FDU, the forwarding datapath implemented in the Spectrum-4 ASIC of the receiving SN5000 switch recognizes and processes the packet as multicast traffic. The PIM active-active MLAG configuration inherently requires multicast packet identification, as the switch must distinguish multicast traffic from unicast |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | traffic to apply the correct forwarding logic, including PIM Register encapsulation, IGMP join processing, and MDB table programming. *See* Ex. 7. Accordingly, the cited materials practice determining that the packet is a multicast packet, as recited.<br><br><br>Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Protocol-Independent-Multicast-PIM/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | PIM Active-active with MLAG<br><br>When a **multicast sender** attaches to an MLAG bond, the sender hashes the outbound multicast traffic over a single member of the bond. Traffic arrives on one of the MLAG enabled switches. Regardless of which switch receives the traffic, it goes over the MLAG peer link to the other MLAG-enabled switch, because the peer link is always the multicast router port and always receives the multicast stream.<br><br>Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Protocol-Independent-Multicast-PIM/<br><br>A dual-attached **multicast receiver** sends an IGMP join on the attached VLAN. One of the MLAG switches receives the IGMP join, then adds the IGMP join to the IGMP Join table and layer 2 MDB table. The layer 2 MDB table, like the unicast MAC address table, synchronizes through MLAG control messages over the peer link. This allows both MLAG switches to program IGMP and MDB table forwarding information. Both switches send *,G PIM Join messages towards the RP. If the source is already sending, both MLAG switches receive the multicast stream.<br><br>Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/ProtocolIndependent-Multicast-PIM/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| **1[c]** | forwarding the packet to all egress FDUs having at least one port associated with at least one receiver of the multicast packet, said forwarding including determining if a receiver port is one of the group consisting of a stand alone port, a Multi Link trunk (MLT) group for a local FDU, and a MLT group for a remote FDU and forwarding a copy to each MLT member; and | The Accused Instrumentalities practice forwarding the packet to all egress FDUs having at least one port associated with at least one receiver of the multicast packet, including determining if a receiver port is one of a stand-alone port, a Multi Link trunk (MLT) group for a local FDU, or a MLT group for a remote FDU and forwarding a copy to each MLT member. For example, in the MLAG configuration, the Spectrum-4 forwarding datapath in the initially receiving switch forwards the multicast packet for processing by both the local and remote egress forwarding datapaths, while PIM elects a designated forwarder to prevent duplicate delivery. The Accused Instrumentalities determine whether the receiver-facing interface is a stand-alone port or part of a local or remote MLT arrangement and provide the multicast stream to the applicable member-supporting forwarding datapaths before final forwarding and duplicate suppression. *See also* citations and analysis for remaining elements of claim 1. For further detail, consider the following exemplary evidence and analysis below.<br><br>The patent describes first distributing copies of the multicast packet to the forwarding datapaths supporting the local and remote MLT members, including sending one copy over the IST for processing by the remote node. The receiving forwarding datapaths then use the MLT identifier, hash value, and port-state information to select an UP member, after which the selected forwarding datapath transmits the packet and the remaining forwarding datapaths drop their copies. Thus, hash-based |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | selection, single-member transmission, and delivery of a single packet to the receiver are consistent with an earlier distribution of copies to the applicable local and remote forwarding datapaths.<br><br>Exhibit 6 discloses that the switching ASIC maintains forwarding entries used by the data plane and that the data plane continues forwarding using the existing entries even when the control plane is temporarily unavailable. Consistent with the identified FDU, the forwarding datapath implemented in each Spectrum-4 ASIC performs packet-forwarding operations using ASIC-maintained forwarding state. *See* Ex. 6.<br><br>Exhibit 7 discloses that, for a dual-attached multicast receiver, an IGMP join received by one MLAG switch is added to the IGMP Join table and Layer 2 MDB table. The MDB table synchronizes through MLAG control messages over the peerlink, allowing both MLAG switches to program multicast forwarding information associated with the receiver. Exhibit 7 further discloses that multicast traffic arriving at one MLAG-enabled switch passes over the peerlink to the other MLAG-enabled switch and that both MLAG switches receive the multicast stream. Consistent with the identified FDU, the Spectrum-4 forwarding datapath in the initially receiving MLAG switch performs the local egress-FDU role, while the Spectrum-4 forwarding datapath in the peer switch receives the multicast stream over the peerlink and performs the remote egress-FDU role for that packet. *See* Ex. 7. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | NVIDIA's PIM documentation expressly confirms that both MLAG peers receive the multicast stream and program forwarding state: "This allows both MLAG switches to program IGMP and MDB table forwarding information. Both switches send *,G PIM Join messages towards the RP. If the source is already sending, both MLAG switches receive the multicast stream" (Ex. 7). NVIDIA further discloses the duplicate-suppression mechanism: "To prevent duplicate multicast packets, PIM elects a DF, which is the primary member of the MLAG pair" (Ex. 7). The DF election ensures that only one MLAG peer delivers the multicast packet to the receiver, while the other peer suppresses its copy—mirroring the patent's architecture where each egress FDU performs the port-state lookup but only the FDU supporting the selected UP port transmits the packet.<br><br>Exhibit 8 discloses that leaf01 and leaf02 operate as MLAG peers and present a two-port bond from a single logical system to spine01 and spine02. Exhibit 8 further explains that each peer periodically sends its LACP partner MAC-address list to the other peer through the clagd service. Matching LACP partner MAC addresses and clag-id values identify the bond as dual-connected. Accordingly, the receiver-facing member of the distributed bond on the switch initially processing the packet corresponds to an MLT member for the local FDU, while the corresponding member of the same logical bond on the peer switch corresponds to an MLT member for the remote FDU. *See* Ex. 8.<br><br>Exhibit 10 separately distinguishes an individual physical switch port from a link-aggregation trunk. Exhibit 10 identifies swp as a switch front-panel port and bond as an IEEE 802.3ad link-aggregation |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | trunk or port channel. Thus, an individual receiver-facing swp that is not configured as a bond member corresponds to the claimed stand-alone-port alternative, while a receiver-facing bond corresponds to the claimed MLT-group alternative. *See* Ex. 10.<br><br>Collectively, Exhibits 6–8 and 10 establish the presence of ASIC-maintained forwarding state, receiver-associated multicast forwarding information at both MLAG peers, transfer of the multicast stream from the initially receiving peer to the other peer, and a distributed logical bond having members associated with the local and remote Spectrum-4 forwarding datapaths. Exhibit 7 further explains that, after both MLAG peers receive the multicast stream, PIM elects a designated forwarder and omits the secondary-side VLAN from the outgoing-interface list to prevent duplicate receiver-facing delivery.<br><br>*See* Exs. 6–8 and 10. Accordingly, the cited materials practice forwarding the multicast packet from the initially receiving MLAG switch for processing by the local and remote egress Spectrum-4 forwarding datapaths having ports associated with the multicast receiver, determining whether the receiver-facing interface is a stand-alone port or part of a local or remote MLT arrangement, and providing the multicast stream to the applicable member-supporting forwarding datapaths before final forwarding and duplicate suppression, as recited. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | PIM Active-active with MLAG<br><br>When a **multicast sender** attaches to an MLAG bond, the sender hashes the outbound multicast traffic over a single member of the bond. Traffic arrives on one of the MLAG enabled switches. Regardless of which switch receives the traffic, it goes over the MLAG peer link to the other MLAG-enabled switch, because the peer link is always the multicast router port and always receives the multicast stream.<br><br>Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Protocol-Independent-Multicast-PIM/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Restart Mode<br><br>You can configure the switch to restart in one of the following modes.<br><br>• **cold** restarts the system and resets all the hardware devices on the switch (including the switching ASIC).<br><br>• **fast** restarts the system more efficiently with minimal impact to traffic by reloading the kernel and software stack without a hard reset of the hardware. During a fast restart, the system decouples from the network to the extent possible using existing protocol extensions before recovering to the operational mode of the system. The restart process maintains the forwarding entries of the switching ASIC and the data plane is not affected. Traffic outage is much lower in this mode as there is a momentary interruption after reboot, while the system reinitializes.<br><br>**warm** restarts the system with no interruption to traffic for existing route entries. Warm mode diverts traffic from itself and restarts the system without a hardware reset of the switch ASIC. While this process does not affect the data plane, the control plane is absent during restart and is unable to process routing updates. However, if no alternate paths exist, the switch continues forwarding with the existing entries with no interruptions.<br><br>Exhibit 6: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-55/System-Configuration/In-Service-System-Upgrade-ISSU/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | A dual-attached **multicast receiver** sends an IGMP join on the attached VLAN. One of the MLAG switches receives the IGMP join, then adds the IGMP join to the IGMP Join table and layer 2 MDB table. The layer 2 MDB table, like the unicast MAC address table, synchronizes through MLAG control messages over the peer link. This allows both MLAG switches to program IGMP and MDB table forwarding information. Both switches send *,G PIM Join messages towards the RP. If the source is already sending, both MLAG switches receive the multicast stream.<br><br>Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/ProtocolIndependent-Multicast-PIM/<br><br>**Switch Port Attributes**<br><br>Cumulus Linux exposes network interfaces for several types of physical and logical devices:<br>• `lo` is the network loopback device<br>• `eth` is a switch management port (for out of band management only)<br>• `swp` is a switch front panel port<br>• (optional) `br` is a bridge (IEEE 802.1Q VLAN)<br>• (optional) `bond` is a bond (IEEE 802.3ad link aggregation trunk, or port channel)<br><br>Exhibit 10: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-1-and-Switch-Ports/Interface-Configuration-and-Management/Switch-Port-Attributes/ |

<table>
<tr><th>Claim / Element</th><th>Claim Language</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td></td><td>
To prevent duplicate multicast packets, PIM elects a DF, which is the `primary` member of the MLAG pair. The MLAG secondary switch does not put the VLAN in the OIL, preventing duplicate multicast traffic.<br><br>
Example Traffic Flow<br><br>
The examples below show the flow of traffic between server02 and server03:<br><br>
<table>
<tr><th>Step 1</th><th></th></tr>
<tr><td>
</td><td>1. server02 sends traffic to leaf02.<br><br>2. leaf02 forwards traffic to leaf01 because the peer link is a multicast router port.<br><br>3. spine01 receives a PIM register from leaf01, the DR.<br><br>4. leaf02 syncs the *,G table from leaf01 as an MLAG active-active peer.</td></tr>
</table>
<br>
Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/ProtocolIndependent-Multicast-PIM/
</td></tr>
</table>

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | More elaborate configurations are also possible. The number of links between the host and the switches can be greater than two and does not have to be symmetrical. Also, because the two peer switches appear as a single switch to other bonding devices, you can also connect pairs of MLAG switches to each other in a switch-to-switch MLAG configuration:   • leaf01 and leaf02 are also MLAG peer switches and present a two-port bond from a single logical system to spine01 and spine02. <br><br> Exhibit 8: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Multi-Chassis-Link-Aggregation-MLAG/ <br><br> Each peer switch periodically makes a list of the LACP partner MAC addresses for its bonds and sends that list to its peer (using the `clagd` service). The LACP partner MAC address is the MAC address of the system at the other end of a bond (server01, server02, and server03 in the figure above). When a switch receives this list from its peer, it compares the list to the LACP partner MAC addresses on its switch. If there are any matches and the `clag-id` for those bonds match, then that bond is a dual-connected bond. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 8: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Multi-Chassis-Link-Aggregation-MLAG/ |
| **1[d]** | performing a lookup by each egress FDU in a synchronized local port state database to find a port for each receiver that is in an UP state. | The Accused Instrumentalities practice performing a lookup by each egress FDU in a synchronized local port state database to find a port for each receiver that is in an UP state. For example, each Spectrum-4 egress forwarding datapath operates with synchronized receiver-related multicast forwarding information, synchronized MLAG dynamic state, and current operational and carrier-state information for the associated switch ports. The synchronized MDB information identifies the forwarding interface for each multicast receiver, while the synchronized dynamic state and interface operational state identify an available receiver-facing port. *See also* citations and analysis for remaining elements of claim 1. For further detail, consider the following exemplary evidence and analysis below.<br><br>Exhibit 7 discloses that, when a dual-attached multicast receiver sends an IGMP join, one MLAG switch adds the receiver information to the IGMP Join table and Layer 2 multicast database (“MDB”) table. The Layer 2 MDB table synchronizes through MLAG control messages over the peerlink, allowing both MLAG switches to program IGMP and MDB forwarding information associated with the multicast receiver. Both MLAG switches also send (*,G) PIM Join messages toward the rendezvous point and receive the multicast stream. Consistent with the identified FDU, the forwarding |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | datapath implemented in the Spectrum-4 ASIC of each MLAG peer therefore operates with locally programmed and peer-synchronized receiver-related multicast forwarding information. *See* Ex. 7.<br><br>Exhibit 11 further discloses that MLAG synchronizes dynamic state between the two peer switches. Exhibit 12 explains that the operational state reflects the current status of an interface based on physical and logical conditions, while the carrier state indicates whether a switch port is enabled at the ASIC level and successfully connected. Exhibit 12 further explains that the operational state is determined from the administrative state, carrier state, and other link states. Accordingly, Exhibits 11 and 12 disclose synchronized dynamic state and current interface-state information identifying whether a receiver-facing port is operational and available for forwarding. *See* Exs. 11 and 12.<br><br>NVIDIA's MLAG documentation provides diagnostic output confirming synchronized port-state information. The clagctl command displays the MLAG peering state, including "Our Priority, ID, and Role," "Peer Priority, ID, and Role," and the status of each CLAG interface (showing whether each dual-connected bond is operational) (Ex. 11). NVIDIA's bonding documentation further shows per-slave interface status including "MII Status: up" for each bond member (Ex. 9), directly mapping to the patent's requirement of finding a port that is in an UP state. The synchronized MLAG state and locally maintained interface operational state collectively constitute the claimed "synchronized local port state database." |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Collectively, Exhibits 7, 11, and 12 establish that each identified Spectrum-4 egress forwarding datapath operates with synchronized receiver-related multicast forwarding information, synchronized MLAG dynamic state, and current operational and carrier-state information for the associated switch ports. The synchronized MDB information identifies the forwarding interface associated with each multicast receiver, while the synchronized dynamic state and interface operational state identify an available receiver-facing port. *See* Exs. 7, 11, and 12. Accordingly, the cited materials practice each egress FDU using synchronized local forwarding and port-state information to identify a port for each receiver that is in an UP state, as recited.<br><br>A dual-attached **multicast receiver** sends an IGMP join on the attached VLAN. One of the MLAG switches receives the IGMP join, then adds the IGMP join to the IGMP Join table and layer 2 MDB table. The layer 2 MDB table, like the unicast MAC address table, synchronizes through MLAG control messages over the peer link. This allows both MLAG switches to program IGMP and MDB table forwarding information. Both switches send *,G PIM Join messages towards the RP. If the source is already sending, both MLAG switches receive the multicast stream.<br><br>Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/ProtocolIndependent-Multicast-PIM/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | MLAG synchronizes the dynamic state between the two peer switches but it does not synchronize the switch configurations. After modifying the configuration of one peer switch, you must make the same changes to the configuration on the other peer switch. This applies to all configuration changes, including:<br><br>Exhibit 11: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Multi-Chassis-Link-Aggregation-MLAG/#check-mlag-status<br><br>Bring an Interface Up or Down<br><br>An interface status can be in an:<br><br>• Administrative state, where you configure the interface to be up or down. The administrative state reflects the intended configuration set by an administrator or management system. It indicates whether the interface is meant to be enabled or disabled.<br>• Operational state, which reflects the current operational status of an interface. The operational state reflects the actual current status of the interface, taking into account physical and logical conditions.<br><br>The carrier state is the lower layer state of an interface. For a switch port, the carrier state represents if the switch port is enabled at the ASIC level and a cable connects successfully. For a virtual interface, the carrier state involves the operational state of lower-level interfaces. For example, for a VLAN interface, the carrier state depends on the underlying bridge device operational state. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The operational state always depends on administrative state and carrier state; the operational state is a function of the administrative state, carrier state and other link states.<br><br>Exhibit 12: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-1-and-Switch-Ports/Interface-Configuration-and-Management/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| **3** | The method of claim 1 wherein when said receiver port is an MLT group for a local FDU then locating a local port member from the local port state table that is in an UP state. | The Accused Instrumentalities practice the method of claim 1, wherein when said receiver port is an MLT group for a local FDU then locating a local port member from the local port state table that is in an UP state. For example, the local Spectrum-4 forwarding datapath uses receiver-related multicast forwarding information, MLAG bond information, synchronized dynamic state, and current interface operational state to locate an UP local member of the receiver-facing MLAG bond. In a failover event, the switch adjusts the hash calculation to steer traffic over available members, dynamically locating an available local port member. For further explanation, consider the following exemplary evidence and analysis.<br><br>Exhibit 7 discloses that, for a dual-attached multicast receiver, an IGMP join received by one MLAG switch is added to the IGMP Join table and Layer 2 MDB table. The MDB table synchronizes through |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | MLAG control messages over the peerlink, allowing both MLAG switches to program multicast forwarding information associated with the receiver. Consistent with the identified FDU, the forwarding datapath implemented in the Spectrum-4 ASIC of the MLAG switch that initially receives the multicast packet performs the local-FDU role and operates with locally programmed receiver-related forwarding information. *See* Ex. 7.<br><br>Exhibit 8 discloses that leaf01 and leaf02 operate as MLAG peers and present a two-port bond from a single logical system. Exhibit 8 further explains that matching LACP partner MAC addresses and clag-id values identify a bond as dual-connected. For a multicast packet initially received by leaf02, the receiver-facing member of the distributed MLAG bond on leaf02 corresponds to an MLT member for the local Spectrum-4 forwarding datapath, while the corresponding member on peer switch leaf01 corresponds to an MLT member for the remote Spectrum-4 forwarding datapath. *See* Ex. 8.<br><br>Exhibit 11 discloses that MLAG synchronizes dynamic state between the peer switches. Exhibit 12 further explains that the operational state reflects the current status of an interface based on physical and logical conditions and that the carrier state identifies whether a switch port is enabled at the ASIC level and successfully connected. The synchronized MLAG dynamic state and locally maintained interface state therefore identify an operational local member of the receiver-facing MLAG bond. *See* Exs. 11 and 12. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Collectively, Exhibits 7, 8, 11, and 12 establish that the local Spectrum-4 forwarding datapath uses receiver-related multicast forwarding information, MLAG bond information, synchronized dynamic state, and current interface operational state to locate an UP local member of the receiver-facing MLAG bond. *See* Exs. 7, 8, 11, and 12. Accordingly, the cited materials practice locating a local port member from locally available port-state information that is in an UP state, as recited.<br><br>NVIDIA's bonding documentation confirms the fast-failover mechanism within the local bond: "In a failover event, the switch adjusts the hash calculation to steer traffic over available slaves" (Ex. 9). This demonstrates that the local Spectrum-4 forwarding datapath dynamically locates an available (UP) local port member of the MLAG bond when a member fails, practicing the claimed locating of a local port member from the local port state table that is in an UP state, as recited.<br><br>PIM Active-active with MLAG<br><br>When a **multicast sender** attaches to an MLAG bond, the sender hashes the outbound multicast traffic over a single member of the bond. Traffic arrives on one of the MLAG enabled switches. Regardless of which switch receives the traffic, it goes over the MLAG peer link to the other MLAG-enabled switch, because the peer link is always the multicast router port and always receives the multicast stream. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/Protocol-Independent-Multicast-PIM/<br><br>Restart Mode<br><br>You can configure the switch to restart in one of the following modes.<br><br>• **cold** restarts the system and resets all the hardware devices on the switch (including the switching ASIC).<br><br>• **fast** restarts the system more efficiently with minimal impact to traffic by reloading the kernel and software stack without a hard reset of the hardware. During a fast restart, the system decouples from the network to the extent possible using existing protocol extensions before recovering to the operational mode of the system. The restart process maintains the forwarding entries of the switching ASIC and the data plane is not affected. Traffic outage is much lower in this mode as there is a momentary interruption after reboot, while the system reinitializes.<br><br>**warm** restarts the system with no interruption to traffic for existing route entries. Warm mode diverts traffic from itself and restarts the system without a hardware reset of the switch ASIC. While this process does not affect the data plane, the control plane is absent during restart and is unable to process routing updates. However, if no alternate paths exist, the switch continues forwarding with the existing entries with no interruptions. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 6: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-55/System-Configuration/In-Service-System-Upgrade-ISSU/<br><br>**Switch Port Attributes**<br>Cumulus Linux exposes network interfaces for several types of physical and logical devices:<br>• `lo` is the network loopback device<br>• `eth` is a switch management port (for out of band management only)<br>• `swp` is a switch front panel port<br>• (optional) `br` is a bridge (IEEE 802.1Q VLAN)<br>• (optional) `bond` is a bond (IEEE 802.3ad link aggregation trunk, or port channel)<br><br>Exhibit 10: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-1-and-Switch-Ports/Interface-Configuration-and-Management/Switch-Port-Attributes/ |

<table>
<tr><th>Claim / Element</th><th>Claim Language</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td></td><td>
To prevent duplicate multicast packets, PIM elects a DF, which is the primary member of the MLAG pair. The MLAG secondary switch does not put the VLAN in the OIL, preventing duplicate multicast traffic.<br><br>
Example Traffic Flow<br><br>
The examples below show the flow of traffic between server02 and server03:<br><br>
<table>
<tr><th>Step 1</th><th></th></tr>
<tr><td>
</td><td>1. server02 sends traffic to leaf02.<br><br>2. leaf02 forwards traffic to leaf01 because the peer link is a multicast router port.<br><br>3. spine01 receives a PIM register from leaf01, the DR.<br><br>4. leaf02 syncs the *,G table from leaf01 as an MLAG active-active peer.</td></tr>
</table>
<br>
Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/ProtocolIndependent-Multicast-PIM/
</td></tr>
</table>

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | More elaborate configurations are also possible. The number of links between the host and the switches can be greater than two and does not have to be symmetrical. Also, because the two peer switches appear as a single switch to other bonding devices, you can also connect pairs of MLAG switches to each other in a switch-to-switch MLAG configuration:<br><br><br>• leaf01 and leaf02 are also MLAG peer switches and present a two-port bond from a single logical system to spine01 and spine02.<br><br>Exhibit 8: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Multi-Chassis-Link-Aggregation-MLAG/<br><br>Each peer switch periodically makes a list of the LACP partner MAC addresses for its bonds and sends that list to its peer (using the `clagd` service). The LACP partner MAC address is the MAC address of the system at the other end of a bond (server01, server02, and server03 in the figure above). When a switch receives this list from its peer, it compares the list to the LACP partner MAC addresses on its switch. If there are any matches and the `clag-id` for those bonds match, then that bond is a dual-connected bond. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 8: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Multi-Chassis-Link-Aggregation-MLAG/<br><br>A dual-attached **multicast receiver** sends an IGMP join on the attached VLAN. One of the MLAG switches receives the IGMP join, then adds the IGMP join to the IGMP Join table and layer 2 MDB table. The layer 2 MDB table, like the unicast MAC address table, synchronizes through MLAG control messages over the peer link. This allows both MLAG switches to program IGMP and MDB table forwarding information. Both switches send *,G PIM Join messages towards the RP. If the source is already sending, both MLAG switches receive the multicast stream.<br><br>Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-3/ProtocolIndependent-Multicast-PIM/<br><br>MLAG synchronizes the dynamic state between the two peer switches but it does not synchronize the switch configurations. After modifying the configuration of one peer switch, you must make the same changes to the configuration on the other peer switch. This applies to all configuration changes, including:<br><br>Exhibit 11: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Multi-Chassis-Link-Aggregation-MLAG/#check-mlag-status |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Bring an Interface Up or Down**<br><br>An interface status can be in an:<br><br>• Administrative state, where you configure the interface to be up or down. The administrative state reflects the intended configuration set by an administrator or management system. It indicates whether the interface is meant to be enabled or disabled.<br>• Operational state, which reflects the current operational status of an interface. The operational state reflects the actual current status of the interface, taking into account physical and logical conditions.<br><br>The carrier state is the lower layer state of an interface. For a switch port, the carrier state represents if the switch port is enabled at the ASIC level and a cable connects successfully. For a virtual interface, the carrier state involves the operational state of lower-level interfaces. For example, for a VLAN interface, the carrier state depends on the underlying bridge device operational state.<br><br>The operational state always depends on administrative state and carrier state; the operational state is a function of the administrative state, carrier state and other link states.<br><br>Exhibit 12: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-1-and-Switch-Ports/Interface-Configuration-and-Management/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| **5** | The method of claim 3 wherein a MLT Identifier (ID) and hash value are used to perform said lookup in said local port state database. | The Accused Instrumentalities practice the method of claim 3, wherein a MLT Identifier (ID) and hash value are used to perform said lookup in said local port state database. For example, each dual-connected MLAG bond is assigned a clag-id that identifies the receiver-facing link-aggregation group, and outgoing traffic is distributed across active ports according to a Layer3+4 packet-header hash. The clag-id functions as the MLT Identifier and the packet-header hash functions as the hash value, which together select among the active physical members of the bond based on current interface state. For further explanation, consider the following exemplary evidence and analysis.<br><br>For example, Exhibit 8 discloses that each dual-connected MLAG bond is assigned a clag-id, and that corresponding bonds on the two MLAG peers are identified as dual-connected when their LACP partner MAC addresses and clag-id values match. The bond identity and matching clag-id therefore correspond functionally to the claimed MLT identifier used to identify the receiver-facing link-aggregation group. *See* Ex. 8.<br><br>Exhibit 9 discloses that bonding aggregates multiple physical interfaces into a single logical bonded interface and that outgoing traffic is distributed across active ports according to hashed protocol-header information. Exhibit 9 further discloses active member ports used for load balancing and fault tolerance. Thus, the bond identity identifies the applicable local link-aggregation group, while the packet-header-based hash selects among the active physical members of that group. *See* Ex. 9. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | NVIDIA's bonding documentation expressly confirms the hash-based load-balancing mechanism: "The switch distributes egress traffic through a bond to a slave based on a packet hash calculation" with "Load Balancing: Layer3+4" (Ex. 9). Further, "Traffic for a single conversation flow always hashes to the same slave" (Ex. 9), confirming deterministic hash-based port selection within the bond. The clag-id identifies the applicable MLAG bond (MLT Identifier), and the Layer3+4 packet-header hash selects among the active physical members of that bond (hash value), directly practicing the claimed MLT Identifier and hash value used to perform the lookup in the local port state database, as recited.<br><br>Exhibits 11 and 12 further describe synchronized MLAG dynamic state and current operational and carrier state for the associated interfaces. Consistent with the identified FDU, the Spectrum-4 forwarding datapath performing the local-FDU role uses the receiver-facing bond identity, packet-header-based hash information, and current member availability to select an active or UP member of the local MLAG bond. *See* Exs. 11 and 12.<br><br>Collectively, Exhibits 8, 9, 11, and 12 establish that the Accused Instrumentalities use an identifier for the receiver-facing MLAG bond and a packet-header-based hash to select an active local member based on current interface state. *See* Exs. 8, 9, 11, and 12. Accordingly, the cited materials practice using an MLT identifier and hash value in connection with the local port-state lookup, as recited. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Each peer switch periodically makes a list of the LACP partner MAC addresses for its bonds and sends that list to its peer (using the `clagd` service). The LACP partner MAC address is the MAC address of the system at the other end of a bond (server01, server02, and server03 in the figure above). When a switch receives this list from its peer, it compares the list to the LACP partner MAC addresses on its switch. If there are any matches and the `clag-id` for those bonds match, then that bond is a dual-connected bond.<br><br>Exhibit 8: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Multi-Chassis-Link-Aggregation-MLAG/<br><br>Bonding - Link Aggregation<br><br>Linux bonding provides a way to aggregate multiple network interfaces (*slaves*) into a single logical bonded interface (bond). Link aggregation is useful for linear scaling of bandwidth, load balancing, and failover protection.<br><br>Exhibit 9: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Bonding-Link-Aggregation/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Create a Bond<br>To create a bond, specify the bond members. In the example below, the front panel port interfaces swp1 thru swp4 are members of bond1 but swp5 and swp6 are not part of bond1.<br><br>Exhibit 9: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Bonding-Link-Aggregation/<br>MLAG synchronizes the dynamic state between the two peer switches but it does not synchronize the switch configurations. After modifying the configuration of one peer switch, you must make the same changes to the configuration on the other peer switch. This applies to all configuration changes, including:<br>Exhibit 11: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-2/Multi-Chassis-Link-Aggregation-MLAG/#check-mlag-status |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Bring an Interface Up or Down<br><br>An interface status can be in an:<br><br>• Administrative state, where you configure the interface to be up or down. The administrative state reflects the intended configuration set by an administrator or management system. It indicates whether the interface is meant to be enabled or disabled.<br>• Operational state, which reflects the current operational status of an interface. The operational state reflects the actual current status of the interface, taking into account physical and logical conditions.<br><br>The carrier state is the lower layer state of an interface. For a switch port, the carrier state represents if the switch port is enabled at the ASIC level and a cable connects successfully. For a virtual interface, the carrier state involves the operational state of lower-level interfaces. For example, for a VLAN interface, the carrier state depends on the underlying bridge device operational state.<br><br>The operational state always depends on administrative state and carrier state; the operational state is a function of the administrative state, carrier state and other link states.<br><br>Exhibit 12: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Layer-1-and-Switch-Ports/Interface-Configuration-and-Management/ |