# EXHIBIT 9

### A. Accused Instrumentalities

The Accused Instrumentalities are NVIDIA switches with dual-homed shared-tunnel encapsulation functionality, including at least the NVIDIA Spectrum SN5000 series switch as deployed in an MLAG VXLAN active-active configuration with Cumulus Linux NOS. An exemplary implementation is the NVIDIA Spectrum SN5000 series switch (for example, the SN5600) operating with Cumulus Linux in an MLAG VXLAN active-active topology. Ex. 1 (Ethernet Switches Datasheet) and Ex. 9 (Ethernet Switching) identify the SN5000 series as NVIDIA's Spectrum-4 switch portfolio designed for data-center fabrics, and Ex. 2 (SN5000 Hardware User Manual) identifies the Spectrum-4 forwarding hardware and Cumulus Linux network software. The exemplary products are identified for illustration only, and Plaintiff does not limit the Accused Instrumentalities to them. The '230 Accused Instrumentalities further include NVIDIA's products with the same or similar features and functionality as the identified switches. The SN5000 platform is an Ethernet switching system that provides feature-rich Layer 2 and Layer 3 forwarding for packet switching and routing within data-center networks, supports deployment as top-of-rack leaf and spine switches, and provides dual-homed access through EVPN integrated with MLAG in VXLAN active-active mode. NVIDIA markets and documents this MLAG VXLAN active-active topology as a standard deployment configuration for the SN5000 platform. In this configuration, a pair of SN5000 MLAG switches act as a single VTEP, with both switches provisioned with the same anycast virtual IP address for VXLAN encapsulation and decapsulation. From the perspective of a remote third VTEP, the MLAG pair presents a single tunnel identity—the shared anycast IP—so that the remote VTEP learns the host MAC addresses attached to the MLAG switches against one logical VTEP, even though the switches independently encapsulate and decapsulate Layer 2 traffic. This shared-tunnel, single-identity architecture performs the dual-homed shared-tunnel encapsulation and MAC-learning functionality claimed in the '230 patent. As detailed below, the Accused Instrumentalities practice each element of claims 1, 4, and 5 of U.S. Patent No. 8,565,230 B2 (the '230 patent).

Upon information and belief, NVIDIA directly infringes the asserted claims by operating Spectrum SN5000 switches in MLAG VXLAN active-active configurations in its own facilities, including the data center and evaluation environments where NVIDIA deploys its networking infrastructure, and induces and contributes to infringement by the network operators and customers that deploy the Accused Instrumentalities, whom NVIDIA instructs to enable the accused MLAG VXLAN active-active and EVPN functionality. Ex. 3 (EVPN Network Reference Guide) and Ex. 4 (VXLAN Active-Active Mode) supply the configuration commands and parameters for enabling the MLAG VXLAN active-active arrangement, including the anycast virtual IP address and EVPN control-plane settings, and Ex. 11 (EVPN Basic Configuration) provides the configuration steps for establishing the EVPN tunnel infrastructure in production deployments.

### B. Exhibit List

| Exhibit | Description |
|---|---|
| Ex. 1 | https://resources.nvidia.com/en-us-accelerated-networking-resource-library/ethernet-switches-da-1?xs=1123793#page=1 |

| Exhibit | Description |
|---|---|
| Ex. 2 | https://docs.nvidia.com/networking/display/nvidia-spectrum-4-sn5000-2u-switch-systems-hardware-user-manual.pdf |
| Ex. 3 | https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |
| Ex. 4 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/ |
| Ex. 5 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-59/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/ |
| Ex. 6 | https://networking-docs.nvidia.com/onyxum/3.10.4800/ethernet-vpn-evpn |
| Ex. 7 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/ |
| Ex. 8 | https://docs.nvidia.com/networking-ethernet-software/knowledge-base/Support/Support-Offerings/Cumulus-Linux-Release-Versioning-and-Support-Policy/ |
| Ex. 9 | https://www.nvidia.com/en-us/networking/ethernet-switching/ |
| Ex. 10 | https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |
| Ex. 11 | https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/Basic-Configuration/ |

**Claim Chart — US 8,369,220 B1 (Claims 1, 4, 5)**

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| **1[pre]** | A method for packet switching and routing in a computer network that provides dual homed access, the method comprising: | The Accused Instrumentalities practice a method for packet switching and routing in a computer network that provides dual homed access. Consider the following exemplary evidence and analysis for further detail.<br><br>For instance, the NVIDIA Spectrum SN5000 series switch as deployed in an MLAG VXLAN active-active configuration with Cumulus Linux NOS. NVIDIA Spectrum SN5000 series comprises Ethernet switch systems designed for data-center fabrics. The SN5000 switches are available with NVIDIA Cumulus Linux, which provides network operating-system functionality, including routing support for large-scale network applications. NVIDIA markets and documents this MLAG VXLAN active-active topology as a standard deployment configuration for the SN5000 platform. *See* Ex. 1 and 9.<br><br>NVIDIA Spectrum SN5000 series is an Ethernet switching system that provides feature-rich Layer 2 and Layer 3 forwarding for packet switching and routing within a data-center network. The SN5000 switches support deployment as top-of-rack leaf and spine switches, while NVIDIA Cumulus Linux provides the associated networking and routing functionality. NVIDIA's own EVPN reference guide confirms that the platform supports 'integrated bridging and routing in overlay networks' and 'dual-attached hosts via VXLAN active-active mode.' *See* Exs. 1, 2 and 5. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 3 explains that EVPN is a feature offered with Cumulus Linux that carries Layer 2 MAC and Layer 3 IP information using MP-BGP to optimize switching and routing decisions. Exhibit 3 and 4 further discloses that EVPN provides controller-less VXLAN tunnels and integrates with MLAG and multihoming to provide host dual homing for redundancy. *See* Ex. 3 and 4.<br><br>Collectively, the cited materials disclose that SN5000 switches operating with NVIDIA Cumulus Linux perform Layer 2 and Layer 3 packet switching and routing and provide dual-homed access through EVPN integrated with MLAG in VXLAN active-active mode.<br><br>Accordingly, the SN5000 arrangement as configured in MLAG VXLAN active-active mode practices a method for packet switching and routing in a computer network that provides dual-homed access, as recited. *See* Exs. 1–5, 9 and 10. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | The NVIDIA Spectrum™ SN5000 series switches are the fifth generation of Spectrum Ethernet switches, purpose-built to accelerate data center fabrics. With port speeds spanning from 10 Gigabit Ethernet (GbE) to 800GbE, SN5000 series switches deliver accelerated Ethernet to every data center without compromising between performance and feature set.<br><br>The SN5000 series is ideal for enabling cloud-scale infrastructures for data centers of any size. SN5000 switch systems provide high performance, consistent low latency, and support for advanced data center networking features, making them ideal for cloud networks and end-to-end data center fabrics.<br><br>Exhibit 1: https://resources.nvidia.com/en-us-accelerated-networking-resource-library/ethernet-switches-da-1?xs=1123793#page=1 |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | <br>**NVIDIA Spectrum-4 SN5000 Series**<br>Purpose-built for AI, the SN5000 family is the world's first Ethernet switch portfolio suitable for deep learning workloads, connecting cloud-scale GPU compute at speeds up to 800 gigabits per second (Gb/s).<br>Exhibit 9: https://www.nvidia.com/en-us/networking/ethernet-switching/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **High Availability**<br>SN5000 series switches are designed with the following hardware and software features for high availability:<br>> 1+1 hot-swappable power supplies and N+1 hot-swappable fans<br>> Color-coded power supply units (PSUs) and fans<br>> Ethernet VPN (EVPN) multi-homing<br>> Multi-chassis link aggregation (LAG) for active/active L2 multipathing<br><br>Exhibit 1: https://resources.nvidia.com/en-us-accelerated-networking-resource-library/ethernet-switches-da-1?xs=1123793#page=1<br><br>Benefits of Deploying EVPN<br>EVPN is a standardized control plane protocol that offers controller-less VXLAN tunnels. It also offers scale, redundancy, fast convergence and robustness while reducing broadcast, unknown unicast, and multicast (BUM) traffic across a data center core. Deploying EVPN provides many advantages to an L3 data center:<br><br>**Support for VXLAN active-active mode**. Cumulus EVPN integrates with MLAG and multihoming, thereby providing host dual homing for redundancy.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **VXLAN Active-active Mode**<br>*VXLAN active-active mode* enables a pair of MLAG switches to act as a single VTEP, providing active-active VXLAN termination for bare metal as well as virtualized workloads.<br><br>Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/<br><br>> Comprehensive Layer 2 and Layer 3<br>> Advanced network virtualization with high-performance, single-pass VXLAN routing<br><br>Exhibit 1: https://resources.nvidia.com/en-us-accelerated-networking-resource-library/ethernet-switches-da-1?xs=1123793#page=1 |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **SN5000 Network Operating Systems**<br>Two versions of SN5000 series switches are available out of the factory:<br>> Preinstalled with NVIDIA Cumulus® Linux, a revolutionary NOS, taking the Linux user experience from servers to switches and providing a rich routing functionality for large-scale applications.<br><br>Exhibit 1: https://resources.nvidia.com/en-us-accelerated-networking-resource-library/ethernet-switches-da-1?xs=1123793#page=1<br><br>NVIDIA does not provide support for end of life releases; migrate to a current release for support and bug fixes. NVIDIA recommends that you run:<br>• The latest Cumulus Linux 5.y.z release on Spectrum switches.<br>• The latest Cumulus Linux 4.3.z release on Broadcom switches.<br><br>Cumulus Linux 5.y.z<br>**Cumulus Linux Version** \| **LTS Start Date** \| **End of Life Date** |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | 5.16.z — N/A — April 2027<br>5.17.z — N/A — July 2027<br>5.18.z — N/A — August 2027<br>Cumulus Linux 5.y.z supports Spectrum based switches only.<br><br>Exhibit 8: https://docs.nvidia.com/networking-ethernet-software/knowledge-base/Support/Support-Offerings/Cumulus-Linux-Release-Versioning-and-Support-Policy/<br><br>SN5000 switch systems are based on the high-performance Spectrum-4 ASIC with a bidirectional switching capacity of up to 51.2 Tbps. SN5000 platforms are available in a range of configurations, each delivering high performance combined with feature-rich layer 2 and layer 3 forwarding, ideally suited for both top-of-rack leaf and fixed configuration spines. The SN5000 series provides full wire speed, cut through-mode latency, on-chip fully-shared 128MB packet buffering, and flexible port use in addition to advanced capabilities. Combining a wide range of innovations in the areas of programmability, telemetry, and tunneling with industry-leading performance, NVIDIA SN5000 series is capable of addressing the complex networking requirements of today's data centers.<br><br>Exhibit 2: https://docs.nvidia.com/networking/display/nvidia-spectrum-4-sn5000-2u-switch-systems-hardware-user-manual.pdf |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Ethernet Virtual Private Network<br><br>EVPN is a feature offered with Cumulus Linux that provides a scalable, interoperable end-to-end control-plane solution using Border Gateway Protocol (BGP). It is a standards-based protocol that can carry both L2 MAC and L3 IP information simultaneously to optimize routing and switching decisions. This control plane technology uses Multiprotocol BGP (MP-BGP) for MAC and IP address endpoint distribution, in turn minimizing flooding.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/<br><br>VXLAN routing supports full layer 3 multi-tenancy; all routing occurs in the context of a VRF. Also, VXLAN routing supports dual-attached hosts where the associated VTEPs function in active-active mode.<br><br>Exhibit 10: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Ethernet Virtual Private Network - EVPN**<br><br>VXLAN enables layer 2 segments to extend over an IP core (the underlay). The initial definition of VXLAN (RFC 7348) does not include any control plane and relied on a flood-and-learn approach for MAC address learning.<br><br>EVPN is a standards-based control plane for VXLAN defined in RFC 7432 and RFC 8365 that allows for building and deploying VXLANs at scale. It relies on multi-protocol BGP (MP-BGP) to exchange information and uses BGP-MPLS IP VPNs (RFC 4364). It enables not only bridging between end systems in the same layer 2 segment but also routing between different segments (subnets). There is also inherent support for multi-tenancy.<br><br>Exhibit 5: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-59/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Key Features<br><br>Cumulus Linux fully supports EVPN as the control plane for VXLAN, including for both intra-subnet bridging and inter-subnet routing, and provides these key features:<br><br>• VNI membership exchange between VTEPs using EVPN type-3 (Inclusive multicast Ethernet tag) routes.<br>• Host MAC and IP address exchange using EVPN type-2 (MAC and IP advertisement) routes.<br>• Host/VM mobility support (MAC and IP moves) through exchange of the MAC Mobility Extended community.<br>• Dual-attached hosts via VXLAN active-active mode. MLAG synchronizes MAC addresses between the peer switches.<br><br>Exhibit 5: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-59/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/ |
| **1[a]** | identifying a transport network, the transport network including | The Accused Instrumentalities practice identifying a transport network, the transport network including switching devices that interconnect at least two separate access networks for transporting data traffic between end stations connected to the access networks, the transport network using tunnels |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | switching devices that interconnect at least two separate access networks for transporting data traffic between end stations connected to the access networks, the transport network using tunnels to encapsulate and transmit data packets between respective switching devices; | to encapsulate and transmit data packets between respective switching devices. Consider the following exemplary evidence and analysis for further detail.<br><br>Exhibit 3 discloses that NVIDIA Cumulus Linux operating on the SN5000 leaf switching devices identifies the leaf-spine underlay as the transport network used to carry the virtual-network overlay. NVIDIA's documentation confirms that 'VXLAN is the de facto technology for implementing network virtualization in the data center, enabling layer 2 segments to be extended over an IP core (the underlay).' The identified transport network includes leaf01, leaf02, spine01, and remote leaf/VTEP switching devices that interconnect source-side and destination-side server networks. The servers connected to the respective leaf switches constitute end stations in separate access networks. *See* Exs. 3, 1, and 5.<br><br>Exhibit 3 further shows that the Cumulus Linux network configuration identifies the source and destination leaf switches as VTEPs that originate and terminate VXLAN tunnels. NVIDIA's documentation states that EVPN is 'a standards-based control plane for VXLAN' that 'relies on multi-protocol BGP (MP-BGP) to exchange information,' and that 'Cumulus Linux disables data plane MAC learning by default on VXLAN interfaces,' confirming that the EVPN control plane—rather than flood-and-learn—manages tunnel-based forwarding. When a source host sends traffic belonging to a VNI, the source leaf/VTEP encapsulates the original data frame with IP, UDP, and VXLAN headers and transmits the resulting packet across the identified underlay network to the destination |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | leaf/VTEP. The destination leaf/VTEP decapsulates the packet and delivers the original data frame to the destination server. *See* Exs. 3 and 5.<br><br>Collectively, Exhibit 3 discloses that the SN5000 switching devices operating under Cumulus Linux identify and use the leaf-spine underlay as a transport network comprising switching devices that interconnect separate server-facing access networks. The VXLAN overlay encapsulates and transmits data packets between the respective leaf/VTEP switching devices for transporting traffic between end stations connected to those access networks.<br><br>Accordingly, the disclosed arrangement practices identifying a transport network, the transport network including switching devices that interconnect at least two separate access networks for transporting data traffic between end stations connected to the access networks, the transport network using tunnels to encapsulate and transmit data packets between respective switching devices, as recited. *See* Exs. 3, 1, and 5. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | A virtual network implemented with protocols that leave the transit nodes unaware of it is called a **virtual network overlay**. An **underlay** is the network that transports the overlay network. Underlay networks can be L2 or L3 networks. L2 underlay networks today are typically based on Ethernet, with segmentation accomplished through VLANs. Internet is an example of an L3 underlay network, where autonomous systems use interior gateway protocols (IGPs) such as OSPF and IS-IS to run control planes, and use BGP as the Internet-wide routing protocol. MPLS networks are a legacy underlay WAN technology that falls between L2 and L3. Overlay networks implement network virtualization concepts, where L2 and L3 tunneling encapsulation VXLAN, GRE and IPSec serves as the transport overlay protocol, sometimes referred to as OTV (Overlay Transport Virtualization).<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | When a host sends traffic that belongs to a VNI, as shown in figure 2, the traffic is encapsulated in UDP and IP headers. This is then sent across the underlay network, just like normal IP traffic. When the packet reaches the destination switch, the packet is decapsulated and delivered to the destination server.<br><br>**Figure 2 - VXLAN Communication**<br><br><br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Virtual Tunnel Endpoints<br><br>VTEPs are used to originate and terminate the VXLAN tunnel, and map a VLAN to a VNI and a VNI to a VLAN. As shown above in Figure 2, a VTEP is an edge device on a VXLAN network. It is either the start of a VXLAN tunnel, where the user data frame is encapsulated, or the end point of a VXLAN tunnel, where the user data frame is decapsulated.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/<br><br>**SN5400**<br><br>The SN5400 smart-leaf/spine/super-spine offers 64 ports of 400GbE in a 2U form factor. The SN5400 offers diverse quad small form factor double density (QSFP-DD) connectivity in combinations from 1 to 400 GbE and boasts a total throughput of 25.6Tb/s, making it ideal for 400G data center fabrics.<br><br>Exhibit 1: https://resources.nvidia.com/en-us-accelerated-networking-resource-library/ethernet-switches-da-1?xs=1123793#page=1 |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Multi-Chassis Link Aggregation (MLAG)<br><br>MLAG enables a pair of switches to act redundantly in an active-active architecture and appear as a single, logical device from the perspective of the host. The two switches in an MLAG pair are connected by a link or bonded links called the peer link. In a basic MLAG configuration, as shown in Figure 5, leaf01 and leaf02 are MLAG peers. MLAG is on three bonds, each with a single port, a peer link that is a bond with two member ports, and three VLANs on each port.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Ethernet Virtual Private Network - EVPN**<br><br>VXLAN enables layer 2 segments to extend over an IP core (the underlay). The initial definition of VXLAN (RFC 7348) does not include any control plane and relied on a flood-and-learn approach for MAC address learning.<br><br>EVPN is a standards-based control plane for VXLAN defined in RFC 7432 and RFC 8365 that allows for building and deploying VXLANs at scale. It relies on multi-protocol BGP (MP-BGP) to exchange information and uses BGP-MPLS IP VPNs (RFC 4364). It enables not only bridging between end systems in the same layer 2 segment but also routing between different segments (subnets). There is also inherent support for multi-tenancy.<br><br>Exhibit 5: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-59/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Key Features<br><br>Cumulus Linux fully supports EVPN as the control plane for VXLAN, including for both intra-subnet bridging and inter-subnet routing, and provides these key features:<br><br>• VNI membership exchange between VTEPs using EVPN type-3 (Inclusive multicast Ethernet tag) routes.<br>• Host MAC and IP address exchange using EVPN type-2 (MAC and IP advertisement) routes.<br>• Host/VM mobility support (MAC and IP moves) through exchange of the MAC Mobility Extended community.<br>• Dual-attached hosts via VXLAN active-active mode. MLAG synchronizes MAC addresses between the peer switches.<br><br>Exhibit 5: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-59/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/ |
| **1[b]** | identifying a first switching device that connects a first access network to the transport network; | The Accused Instrumentalities practice identifying a first switching device that connects a first access network to the transport network. Consider the following exemplary evidence and analysis for further detail. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 3 depicts leaf01 as a first switching device connected on its access-facing side to server01, server02, and server03 and on its network-facing side to spine01 of the leaf-spine underlay. The server-facing network connected to leaf01 constitutes the first access network, while the leaf-spine underlay constitutes the transport network. *See* Ex. 3.<br><br>Exhibit 3 further shows a source leaf/VTEP receiving traffic from connected servers and providing access to the VXLAN transport network. The source leaf/VTEP encapsulates host traffic for transmission across the underlay toward a destination leaf/VTEP. Cumulus Linux explicitly identifies leaf01 as a VTEP through its configuration: each leaf switch is provisioned with a local IP address and an anycast IP address under the loopback interface (configured via the clagd-vxlan-anycast-ip parameter), and the MLAG daemon (clagd) manages these addresses upon peering. This configuration process constitutes the NOS identifying leaf01 as the switching device connecting the server-facing access network to the transport network. *See* Exs. 3 and 4.<br><br>Collectively, Exhibit 3 shows that NVIDIA Cumulus Linux performs the claimed method by identifying leaf01, through its configured VTEP local IP, access-facing and transport-facing interfaces, as the switching device connecting the first server-facing access network to the leaf-spine transport network. Accordingly, the disclosed arrangement practices identifying a first switching device that connects a first access network to the transport network, as recited. *See* Exs. 3 and 4. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | When a host sends traffic that belongs to a VNI, as shown in figure 2, the traffic is encapsulated in UDP and IP headers. This is then sent across the underlay network, just like normal IP traffic. When the packet reaches the destination switch, the packet is decapsulated and delivered to the destination server.<br><br>**Figure 2 - VXLAN Communication**<br><br><br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | Configure VXLAN Active-Active<br><br>To configure VXLAN active-active mode, you must provision each switch in an MLAG pair with a virtual IP address for VXLAN data-path termination. The VXLAN termination address is an anycast IP address that you configure under the loopback interface. With MLAG peering, both switches use the anycast IP address for VXLAN encapsulation and decapsulation. This enables remote VTEPs to learn the host MAC addresses attached to the MLAG switches against one logical VTEP, even though the switches independently encapsulate and decapsulate layer 2 traffic originating from the host.<br><br>MLAG dynamically adds and removes the anycast IP address as the loopback interface address as follows:<br><br>1. When the switches boot up, all VXLAN interfaces are in a PROTO_DOWN state. The anycast IP address is not in use.<br>2. MLAG peering takes place and a successful VXLAN interface consistency check between the switches occurs.<br>3. The `clagd` daemon adds the anycast address to the loopback interface as a second address. It then changes the local IP address of the VXLAN interface from a unique address to the anycast IP address and puts the interface in an UP state.<br><br>Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | A virtual network implemented with protocols that leave the transit nodes unaware of it is called a **virtual network overlay**. An **underlay** is the network that transports the overlay network. Underlay networks can be L2 or L3 networks. L2 underlay networks today are typically based on Ethernet, with segmentation accomplished through VLANs. Internet is an example of an L3 underlay network, where autonomous systems use interior gateway protocols (IGPs) such as OSPF and IS-IS to run control planes, and use BGP as the Internet-wide routing protocol. MPLS networks are a legacy underlay WAN technology that falls between L2 and L3. Overlay networks implement network virtualization concepts, where L2 and L3 tunneling encapsulation VXLAN, GRE and IPSec serves as the transport overlay protocol, sometimes referred to as OTV (Overlay Transport Virtualization).<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |
| **1[c]** | identifying a second switching device that also connects the first access network to the transport network, the first and | The Accused Instrumentalities practice identifying a second switching device that also connects the first access network to the transport network, the first and second switching devices providing the first access network with a dual homed connection to the transport network. Consider the following exemplary evidence and analysis for further detail. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | second switching devices providing the first access network with a dual homed connection to the transport network; | Exhibit 3 identifies leaf02 as a second switching device that, together with the previously identified leaf01 (first switching device), connects the same server-facing access network to the leaf-spine transport network. The disclosed topology shows server01, server02, and server03 connected through separate links to both leaf01 and leaf02, while both leaf switches are connected to spine01. *See* Ex. 3.<br><br>Exhibit 3 further discloses that Cumulus EVPN integrates with MLAG and multihoming to provide host dual homing for redundancy. In the illustrated MLAG configuration, leaf01 and leaf02 operate redundantly in an active-active arrangement and provide the connected server-facing access network with separate connections to the transport network. Cumulus Linux identifies the second switching device (leaf02) through the MLAG peering process: the clagd daemon on each switch discovers its peer, performs a 'successful VXLAN interface consistency check between the switches,' and adds the shared anycast address to the loopback interface as a second address. The clagctl diagnostic output explicitly displays the 'Peer Interface and IP,' 'Peer Priority, ID, and Role,' and 'VxLAN Anycast IP' fields, confirming that each switch identifies its MLAG partner. *See* Exs. 3 and 4.<br><br>Collectively, Exhibit 3 shows that NVIDIA Cumulus Linux performs the claimed method by identifying leaf02 as the second switching device that also connects the first server-facing access network to the leaf-spine transport network through the MLAG peering and consistency-check process. Leaf01 and leaf02, operating in the disclosed MLAG-based VXLAN active-active |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | arrangement, provide the first access network with a redundant, dual-homed connection to the transport network.<br><br>Accordingly, the disclosed arrangement supports identifying a second switching device that also connects the first access network to the transport network, the first and second switching devices providing the first access network with a dual-homed connection to the transport network, as recited. *See* Ex. 3. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Figure 5 - Basic MLAG Cconfiguration<br><br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | When a host sends traffic that belongs to a VNI, as shown in figure 2, the traffic is encapsulated in UDP and IP headers. This is then sent across the underlay network, just like normal IP traffic. When the packet reaches the destination switch, the packet is decapsulated and delivered to the destination server.<br><br>**Figure 2 - VXLAN Communication**<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Benefits of Deploying EVPN<br><br>EVPN is a standardized control plane protocol that offers controller-less VXLAN tunnels. It also offers scale, redundancy, fast convergence and robustness while reducing broadcast, unknown unicast, and multicast (BUM) traffic across a data center core. Deploying EVPN provides many advantages to an L3 data center:<br><br>**Support for VXLAN active-active mode**. Cumulus EVPN integrates with MLAG and multihoming, thereby providing host dual homing for redundancy.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Configure VXLAN Active-Active<br><br>To configure VXLAN active-active mode, you must provision each switch in an MLAG pair with a virtual IP address for VXLAN data-path termination. The VXLAN termination address is an anycast IP address that you configure under the loopback interface. With MLAG peering, both switches use the anycast IP address for VXLAN encapsulation and decapsulation. This enables remote VTEPs to learn the host MAC addresses attached to the MLAG switches against one logical VTEP, even though the switches independently encapsulate and decapsulate layer 2 traffic originating from the host.<br><br>MLAG dynamically adds and removes the anycast IP address as the loopback interface address as follows:<br><br>1. When the switches boot up, all VXLAN interfaces are in a PROTO_DOWN state. The anycast IP address is not in use.<br>2. MLAG peering takes place and a successful VXLAN interface consistency check between the switches occurs.<br>3. The `clagd` daemon adds the anycast address to the loopback interface as a second address. It then changes the local IP address of the VXLAN interface from a unique address to the anycast IP address and puts the interface in an UP state.<br><br>Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | ```<br>cumulus@leaf01:mgmt:~$ nv show mlag<br>                operational              applied            description<br>--------------  -----------------------  -----------------  ------------------------------------------------<br>enable                                   on                 Turn the feature 'on' or 'off'.  The default is '<br>debug                                    off                Enable MLAG debugging<br>init-delay                               180                The delay, in seconds, before bonds are brought u<br>mac-address     44:38:39:FF:00:aa        44:38:39:FF:00:AA  Override anycast-mac and anycast-id<br>peer-ip         fe80::4638:39ff:fe00:5a  linklocal          Peer Ip Address<br>priority        32768                    32768              Mlag Priority<br>[backup]        10.10.10.2               10.10.10.2         Set of MLAG backups<br>anycast-ip      10.0.1.12                                   Vxlan Anycast Ip address<br>backup-active   True                                        Mlag Backup Status<br>backup-reason                                               Mlag Backup Reason<br>local-id        44:38:39:00:00:59                           Mlag Local Unique Id<br>local-role      primary                                     Mlag Local Role<br>peer-alive      True                                        Mlag Peer Alive Status<br>peer-id         44:38:39:00:00:5a                           Mlag Peer Unique Id<br>peer-interface  peerlink.4094                               Mlag Peerlink Interface<br>peer-priority   32768                                       Mlag Peer Priority<br>peer-role       secondary                                   Mlag Peer Role<br>``` |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/<br><br>A virtual network implemented with protocols that leave the transit nodes unaware of it is called a **virtual network overlay**. An **underlay** is the network that transports the overlay network. Underlay networks can be L2 or L3 networks. L2 underlay networks today are typically based on Ethernet, with segmentation accomplished through VLANs. Internet is an example of an L3 underlay network, where autonomous systems use interior gateway protocols (IGPs) such as OSPF and IS-IS to run control planes, and use BGP as the Internet-wide routing protocol. MPLS networks are a legacy underlay WAN technology that falls between L2 and L3. Overlay networks implement network virtualization concepts, where L2 and L3 tunneling encapsulation VXLAN, GRE and IPSec serves as the transport overlay protocol, sometimes referred to as OTV (Overlay Transport Virtualization).<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |
| **1[d]** | creating a shared virtual tunnel that connects the | The Accused Instrumentalities practice creating a shared virtual tunnel that connects the first switching device to a third switching device within the transport network, the shared virtual tunnel also |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | first switching device to a third switching device within the transport network, the shared virtual tunnel also connecting the second switching device to the third switching device within the transport network, the shared virtual tunnel defining a single virtualized source device address representing both the first switching device and the second switching device; and | connecting the second switching device to the third switching device within the transport network, the shared virtual tunnel defining a single virtualized source device address representing both the first switching device and the second switching device. Consider the following exemplary evidence and analysis for further detail.<br><br>Exhibit 3 depicts leaf01 and leaf02 as first and second switching devices connected to the same server-facing access network in an active-active MLAG arrangement. Exhibit 3 further shows VXLAN communication across the underlay between a source leaf/VTEP and a destination leaf/VTEP, which constitutes the third switching device. *See* Ex. 3.<br><br>Exhibit 4 discloses that the Cumulus Linux MLAG and VXLAN control functions executing on leaf01 and leaf02 configure and establish the VXLAN active-active arrangement, under which 'a pair of MLAG switches act as a single VTEP.' Each switch is provisioned with the same anycast virtual IP address for VXLAN data-path termination (configured via the clagd-vxlan-anycast-ip parameter or the nv set nve vxlan mlag shared-address command), and 'both switches use the anycast IP address for VXLAN encapsulation and decapsulation.' The anycast virtual IP address is used as the source IP in the outer VXLAN tunnel header for all encapsulated packets, and NVIDIA's documentation mandates that 'the anycast virtual IP address for VXLAN termination must be the same on each pair of switches.' The remote VTEP consequently 'learn[s] the host MAC addresses attached to the MLAG |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | switches against one logical VTEP, even though the switches independently encapsulate and decapsulate layer 2 traffic originating from the host.' *See* Ex. 4 and 11.<br><br>Critically, from the perspective of the remote third leaf/VTEP (the third switching device), the MLAG pair presents a single tunnel identity. The remote VTEP sees only one VTEP address—the shared anycast IP—and learns all MAC addresses against that one logical VTEP. This is directly analogous to the patent specification's description at Column 8-9, where 'transport device 143 recognizes tunnels 157-1 and 157-2 as one tunnel' and 'transport device 143 identifies a single virtual tunnel 157' with 'two paths in the transport network.' Just as the patent contemplates two physical paths within one virtual tunnel, NVIDIA's MLAG pair provides two physical encapsulation points sharing a single anycast tunnel identity. The clagctl diagnostic output confirms this single identity, displaying 'VxLAN Anycast IP: 10.0.1.12' as the shared tunnel endpoint for the pair. Collectively, Exhibits 3, 4 and 11 disclose that the Cumulus Linux MLAG and VXLAN functions operating on leaf01 and leaf02 create and maintain a shared virtual VXLAN tunnel to the remote third leaf/VTEP, with the common anycast VXLAN address serving as the single virtualized source-device address representing both leaf01 and leaf02.<br><br>Accordingly, the disclosed arrangement practices creating a shared virtual tunnel that connects the first switching device and the second switching device to a third switching device, the shared virtual tunnel |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | defining a single virtualized source-device address representing both the first and second switching devices, as recited. *See* Exs. 3, 4 and 11.<br><br>When a host sends traffic that belongs to a VNI, as shown in figure 2, the traffic is encapsulated in UDP and IP headers. This is then sent across the underlay network, just like normal IP traffic. When the packet reaches the destination switch, the packet is decapsulated and delivered to the destination server.<br><br>**Figure 2 - VXLAN Communication**<br><br><br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | Figure 5 - Basic MLAG Cconfiguration<br><br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | VXLAN Active-active Mode<br><br>*VXLAN active-active mode* enables a pair of MLAG switches to act as a single VTEP, providing active-active VXLAN termination for bare metal as well as virtualized workloads.<br><br>Configure VXLAN Active-Active<br><br>To configure VXLAN active-active mode, you must provision each switch in an MLAG pair with a virtual IP address for VXLAN data-path termination. The VXLAN termination address is an anycast IP address that you configure under the loopback interface. With MLAG peering, both switches use the anycast IP address for VXLAN encapsulation and decapsulation. This enables remote VTEPs to learn the host MAC addresses attached to the MLAG switches against one logical VTEP, even though the switches independently encapsulate and decapsulate layer 2 traffic originating from the host.<br><br>Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | • The active-active configuration for a given VXLAN interface must be consistent between both switches in the MLAG pair; MLAG ensures that the configuration is consistent before bringing up the VXLAN interfaces.<br>  ◦ The anycast virtual IP address for VXLAN termination must be the same on both switches in the MLAG pair.<br><br>Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/<br><br>leaf01 leaf02<br><br>`cumulus@leaf01:~$ nv set nve vxlan mlag shared-address 10.0.1.12`<br>`cumulus@leaf01:~$ nv config apply` |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | leaf01 leaf02<br>cumulus@leaf02:~$ nv set nve vxlan mlag shared-address 10.0.1.12<br>cumulus@leaf02:~$ nv config apply<br><br>Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/<br><br>EVPN and VXLAN Active-active Mode<br>For EVPN in VXLAN active-active mode, both switches in the MLAG pair establish EVPN peering with other EVPN speakers (for example, with spine switches if using hop-by-hop eBGP) and inform about their locally known VNIs and MACs. When MLAG is active, both switches announce this information with the shared anycast IP address.<br><br>Exhibit 11: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/Basic-Configuration/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | A virtual network implemented with protocols that leave the transit nodes unaware of it is called a **virtual network overlay**. An **underlay** is the network that transports the overlay network. Underlay networks can be L2 or L3 networks. L2 underlay networks today are typically based on Ethernet, with segmentation accomplished through VLANs. Internet is an example of an L3 underlay network, where autonomous systems use interior gateway protocols (IGPs) such as OSPF and IS-IS to run control planes, and use BGP as the Internet-wide routing protocol. MPLS networks are a legacy underlay WAN technology that falls between L2 and L3. Overlay networks implement network virtualization concepts, where L2 and L3 tunneling encapsulation VXLAN, GRE and IPSec serves as the transport overlay protocol, sometimes referred to as OTV (Overlay Transport Virtualization).<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |
| **1[e]** | in response to receiving a data packet from the first access network via the dual homed connection, encapsulating the data | The Accused Instrumentalities practice, in response to receiving a data packet from the first access network via the dual homed connection, encapsulating the data packet with the single virtualized source device address and transmitting the encapsulated data packet via the shared virtual tunnel to the third switching device. Consider the following exemplary evidence and analysis for further detail. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | packet with the single virtualized source device address and transmitting the encapsulated data packet via the shared virtual tunnel to the third switching device, and | Exhibit 3 depicts leaf01 and leaf02 as first and second switching devices providing active-active, dual-homed connectivity to the same server-facing access network. Exhibit 3 further explains that, when a host sends traffic belonging to a VNI, the receiving leaf/VTEP encapsulates the original data frame with IP, UDP, and VXLAN headers and transmits the encapsulated packet across the underlay to a destination leaf/VTEP, which corresponds to the third switching device. NVIDIA's distributed routing model provides 'VXLAN routing closest to the hosts on the directly connected leaf switches,' confirming that encapsulation occurs directly in response to receiving host traffic at the leaf. *See* Ex. 3.<br><br>Exhibit 4 discloses that the leaf01 and leaf02 switches operating under NVIDIA Cumulus Linux act as a single VTEP in VXLAN active-active mode. Both MLAG switches use the same anycast virtual IP address for VXLAN encapsulation and decapsulation, and NVIDIA's documentation mandates that 'the anycast virtual IP address for VXLAN termination must be the same on both switches.' Thus, when either leaf01 or leaf02 receives host traffic through the dual-homed connection, the receiving switch encapsulates the traffic using the common anycast VXLAN address as the source IP in the outer tunnel header, representing the MLAG pair. *See* Ex. 4.<br><br>Collectively, Exhibits 3 and 4 disclose that, in response to receiving a data packet from the first server-facing access network through either leaf01 or leaf02, the receiving SN5000 leaf switch operating under NVIDIA Cumulus Linux encapsulates the packet using the common anycast virtual IP address |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | as the single virtualized source-device address and transmits the encapsulated packet through the shared logical VXLAN tunnel to the remote third leaf/VTEP.<br><br>Accordingly, the disclosed VXLAN active-active arrangement practices, in response to receiving a data packet from the first access network via the dual-homed connection, encapsulating the data packet with the single virtualized source-device address and transmitting the encapsulated data packet via the shared virtual tunnel to the third switching device, as recited. *See* Exs. 3 and 4. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | When a host sends traffic that belongs to a VNI, as shown in figure 2, the traffic is encapsulated in UDP and IP headers. This is then sent across the underlay network, just like normal IP traffic. When the packet reaches the destination switch, the packet is decapsulated and delivered to the destination server.<br><br>**Figure 2 - VXLAN Communication**<br><br><br><br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
| --- | --- | --- |
| | | <br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Benefits of Deploying EVPN<br><br>EVPN is a standardized control plane protocol that offers controller-less VXLAN tunnels. It also offers scale, redundancy, fast convergence and robustness while reducing broadcast, unknown unicast, and multicast (BUM) traffic across a data center core. Deploying EVPN provides many advantages to an L3 data center:<br><br>**Support for VXLAN active-active mode**. Cumulus EVPN integrates with MLAG and multihoming, thereby providing host dual homing for redundancy.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/<br><br>VXLAN Active-active Mode<br><br>*VXLAN active-active mode* enables a pair of MLAG switches to act as a single VTEP, providing active-active VXLAN termination for bare metal as well as virtualized workloads. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | **Configure VXLAN Active-Active**<br><br>To configure VXLAN active-active mode, you must provision each switch in an MLAG pair with a virtual IP address for VXLAN data-path termination. The VXLAN termination address is an anycast IP address that you configure under the loopback interface. With MLAG peering, both switches use the anycast IP address for VXLAN encapsulation and decapsulation. This enables remote VTEPs to learn the host MAC addresses attached to the MLAG switches against one logical VTEP, even though the switches independently encapsulate and decapsulate layer 2 traffic originating from the host.<br><br>Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/<br><br>• The active-active configuration for a given VXLAN interface must be consistent between both switches in the MLAG pair; MLAG ensures that the configuration is consistent before bringing up the VXLAN interfaces.<br>    ◦ The anycast virtual IP address for VXLAN termination must be the same on both switches in the MLAG pair. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/ |
| **1[f]** | wherein said shared virtual tunnel extends from a first edge device and a second edge device in a dual-homed arrangement to a third edge device, wherein said first edge device comprises said first switching device, wherein said second edge device comprises said second switching device, and wherein said third edge device comprises said third switching device. | The Accused Instrumentalities practice a shared virtual tunnel extending from a first edge device and a second edge device in a dual-homed arrangement to a third edge device, wherein said first edge device comprises said first switching device, wherein said second edge device comprises said second switching device, and wherein said third edge device comprises said third switching device. Consider the following exemplary evidence and analysis for further detail.<br><br>Exhibit 3 depicts leaf01 and leaf02 as first and second edge switching devices connected to the same server-facing access network in a dual-homed MLAG arrangement. Exhibit 3 further depicts VXLAN communication through the leaf-spine underlay between a source leaf/VTEP and a remote destination leaf/VTEP, which corresponds to the third edge switching device. *See* Ex. 3.<br><br>Collectively, Exhibits 3 and 4 disclose that the common logical VXLAN tunnel relationship extends from leaf01 and leaf02, operating as the first and second edge switching devices in the dual-homed arrangement, to the remote leaf/VTEP operating as the third edge switching device. The patent specification at Column 6, Line 55 – Column 7, Line 3 confirms that 'edge node 141 can |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | interchangeably be referred to as transport device or switching device,' foreclosing any distinction between these terms.<br><br>Accordingly, the disclosed VXLAN active-active arrangement practices a shared virtual tunnel extending from a first edge device and a second edge device in a dual-homed arrangement to a third edge device, wherein the first edge device comprises the first switching device, the second edge device comprises the second switching device, and the third edge device comprises the third switching device, as recited. *See* Exs. 3 and 4. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | When a host sends traffic that belongs to a VNI, as shown in figure 2, the traffic is encapsulated in UDP and IP headers. This is then sent across the underlay network, just like normal IP traffic. When the packet reaches the destination switch, the packet is decapsulated and delivered to the destination server.<br><br>**Figure 2 - VXLAN Communication**<br><br><br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Figure 5 - Basic MLAG Cconfiguration<br><br><br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Benefits of Deploying EVPN<br><br>EVPN is a standardized control plane protocol that offers controller-less VXLAN tunnels. It also offers scale, redundancy, fast convergence and robustness while reducing broadcast, unknown unicast, and multicast (BUM) traffic across a data center core. Deploying EVPN provides many advantages to an L3 data center:<br><br>**Support for VXLAN active-active mode**. Cumulus EVPN integrates with MLAG and multihoming, thereby providing host dual homing for redundancy.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/<br><br>VXLAN Active-active Mode<br><br>*VXLAN active-active mode* enables a pair of MLAG switches to act as a single VTEP, providing active-active VXLAN termination for bare metal as well as virtualized workloads. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Configure VXLAN Active-Active<br><br>To configure VXLAN active-active mode, you must provision each switch in an MLAG pair with a virtual IP address for VXLAN data-path termination. The VXLAN termination address is an anycast IP address that you configure under the loopback interface. With MLAG peering, both switches use the anycast IP address for VXLAN encapsulation and decapsulation. This enables remote VTEPs to learn the host MAC addresses attached to the MLAG switches against one logical VTEP, even though the switches independently encapsulate and decapsulate layer 2 traffic originating from the host.<br><br>Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/<br><br>• The active-active configuration for a given VXLAN interface must be consistent between both switches in the MLAG pair; MLAG ensures that the configuration is consistent before bringing up the VXLAN interfaces.<br>  ◦ The anycast virtual IP address for VXLAN termination must be the same on both switches in the MLAG pair. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| **4** | The method of claim 1, wherein identifying the transport network comprises the transport network using an Ethernet-based Virtual Private Network (EVPN) protocol to transport data within the transport network, the EVPN protocol including maintaining end station | The Accused Instrumentalities practice identifying the transport network as using an Ethernet-based Virtual Private Network (EVPN) protocol to transport data within the transport network, the EVPN protocol including maintaining end station source and destination Media Access Control (MAC) addresses. Consider the following exemplary evidence and analysis for further detail.<br><br>Exhibit 3 discloses that the SN5000 switching devices operating under NVIDIA Cumulus Linux identify and use EVPN as the Ethernet-based control plane for the VXLAN transport network. NVIDIA's documentation states that EVPN is 'a standards-based control plane for VXLAN defined in RFC 7432' that 'relies on multi-protocol BGP (MP-BGP) to exchange information.' EVPN uses MP-BGP to carry Layer 2 MAC and Layer 3 IP information and distribute endpoint-address information for switching and routing decisions. Further, 'Cumulus Linux disables data plane MAC learning by |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | source and destination Media Access Control (MAC) addresses. | default on VXLAN interfaces,' confirming that MAC-address maintenance is handled by the EVPN protocol rather than by flooding. *See* Exs. 3 and 5.<br><br>Exhibit 6 further explains that EVPN serves as the control plane for VXLAN deployments, enabling VTEPs to discover each other and exchange MAC- and IP-address reachability information.<br><br>Collectively, the cited materials disclose that the SN5000 switching devices operating under NVIDIA Cumulus Linux identify and use an Ethernet-based EVPN protocol (defined in RFC 7432) within the transport network and maintain source- and destination-MAC reachability for end stations through EVPN type-2 route exchange, MLAG synchronization, and remote-VTEP learning.<br><br>Accordingly, the disclosed arrangement practices identifying the transport network as using an Ethernet-based Virtual Private Network protocol to transport data within the transport network, the EVPN protocol including maintaining end-station source and destination MAC addresses, as recited. *See* Exs. 3–6. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Ethernet Virtual Private Network<br><br>EVPN is a feature offered with Cumulus Linux that provides a scalable, interoperable end-to-end control-plane solution using Border Gateway Protocol (BGP). It is a standards-based protocol that can carry both L2 MAC and L3 IP information simultaneously to optimize routing and switching decisions. This control plane technology uses Multiprotocol BGP (MP-BGP) for MAC and IP address endpoint distribution, in turn minimizing flooding.<br><br>Exhibit 3: https://docs.nvidia.com/networking-ethernet-software/guides/EVPN-Network-Reference/Data-Center-Networking-Concepts/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Configure VXLAN Active-Active<br><br>To configure VXLAN active-active mode, you must provision each switch in an MLAG pair with a virtual IP address for VXLAN data-path termination. The VXLAN termination address is an anycast IP address that you configure under the loopback interface. With MLAG peering, both switches use the anycast IP address for VXLAN encapsulation and decapsulation. This enables remote VTEPs to learn the host MAC addresses attached to the MLAG switches against one logical VTEP, even though the switches independently encapsulate and decapsulate layer 2 traffic originating from the host.<br><br>Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/<br><br>Ethernet Virtual Private Network - EVPN<br><br>VXLAN enables layer 2 segments to extend over an IP core (the underlay). The initial definition of VXLAN (RFC 7348) does not include any control plane and relied on a flood-and-learn approach for MAC address learning. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 5: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-59/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/<br><br>Key Features<br><br>Cumulus Linux fully supports EVPN as the control plane for VXLAN, including for both intra-subnet bridging and inter-subnet routing, and provides these key features:<br><br>• VNI membership exchange between VTEPs using EVPN type-3 (Inclusive multicast Ethernet tag) routes.<br>• Host MAC and IP address exchange using EVPN type-2 (MAC and IP advertisement) routes.<br>• Host/VM mobility support (MAC and IP moves) through exchange of the MAC Mobility Extended community.<br>• Dual-attached hosts via VXLAN active-active mode. MLAG synchronizes MAC addresses between the peer switches.<br><br>Exhibit 5: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-59/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/ |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | However, many applications and storage appliances still require layer 2 adjacency. VXLAN tunnels can satisfy this L2 adjacency requirement, and EVPN serves as a standard for scale-out L2 Ethernet fabrics. VXLAN can virtualize the data center network, enabling layer 2 segments to be extended over an IP core (the underlay). EVPN is the control plane for modern VXLAN deployments, allowing VTEPs to discover each other via EVPN and exchange reachability information such as MAC and IPs across racks.<br><br>Exhibit 6: https://networking-docs.nvidia.com/onyxum/3.10.4800/ethernet-vpn-evpn |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| **5** | The method of claim 4, further comprising:<br><br>executing a MAC learning process on the switching devices by identifying end | The Accused Instrumentalities practice executing a MAC learning process on the switching devices by identifying end station locations linked to the single virtualized source device address without using routing paths corresponding to the single virtualized source device address as part of the MAC learning process. Consider the following exemplary evidence and analysis for further detail. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | station locations linked to the single virtualized source device address without using routing paths corresponding to the single virtualized source device address as part of the MAC learning process. | Exhibit 4 discloses that, in VXLAN active-active mode, both MLAG peer switches use the same anycast virtual IP address for VXLAN encapsulation and decapsulation. NVIDIA's documentation states that this common address enables the remote third leaf/VTEP operating under NVIDIA Cumulus Linux to 'learn the host MAC addresses attached to the MLAG switches against one logical VTEP, even though the switches independently encapsulate and decapsulate layer 2 traffic originating from the host.' *See* Ex. 4.<br><br>Collectively, Exhibits 4 and 7 disclose that the remote third leaf/VTEP identifies the locations of end stations behind the MLAG pair by learning their MAC addresses against the one logical VTEP represented by the shared anycast VXLAN address. The remote VTEP does not use the separate physical routing paths through leaf01 and leaf02 as part of its MAC-learning process; instead, it learns all end-station MAC addresses against the single shared anycast address regardless of which physical MLAG switch encapsulated the traffic. This maps directly to the patent specification at Column 8-9, where 'transport device 143 will then simply learn the MAC address against the single virtual tunnel itself, and not necessarily the path used for sending data packets' and 'transport device 143 does not use paths as part of tunnel learning.' Accordingly, NVIDIA Cumulus Linux practices executing a MAC-learning process on the switching devices by identifying end-station locations linked to the single virtualized source-device address without using routing paths corresponding to the single virtualized source-device address as part of the MAC-learning process, as recited. *See* Exs. 4 and 7. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Configure VXLAN Active-Active<br><br>To configure VXLAN active-active mode, you must provision each switch in an MLAG pair with a virtual IP address for VXLAN data-path termination. The VXLAN termination address is an anycast IP address that you configure under the loopback interface. With MLAG peering, both switches use the anycast IP address for VXLAN encapsulation and decapsulation. This enables remote VTEPs to learn the host MAC addresses attached to the MLAG switches against one logical VTEP, even though the switches independently encapsulate and decapsulate layer 2 traffic originating from the host.<br><br>Exhibit 4: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/VXLAN-Active-Active-Mode/<br><br>Key Features<br><br>Cumulus Linux fully supports EVPN as the control plane for VXLAN, including for both intra-subnet bridging and inter-subnet routing, and provides these key features:<br><br>• Dual-attached hosts via VXLAN active-active mode. MLAG synchronizes MAC addresses between the peer switches. |

| Claim / Element | Claim Language | Exemplary Evidence of Infringement |
|---|---|---|
| | | Exhibit 7: https://docs.nvidia.com/networking-ethernet-software/cumulus-linux-518/Network-Virtualization/Ethernet-Virtual-Private-Network-EVPN/ |